UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:
  CHRISTOPHER D. WYMAN

      *Debtor,*

             CASE NO. 12-32264

             CHAPTER 7
             JUDGE D.S. OPPERMAN
_____\

## EXHIBITS TO COMPLAINT TO COMPEL TURN OVER OF PROPERTY

1. JONES RD. DEED TO WYMAN

2. PICHLER MEMORANDUM OF LAND CONTRACT, JONES RD.

3. PICHLER MORTGAGE TO LINCK, JONES RD.

4. 2012 QUIT CLAIM DEED, WYMAN TO PICHLER, JONES RD

5. CD WYMAN CONTRACTORS BANK STATEMENTS-PICHLER ACCOUNT

6. JONES RD. PROPERTY ASSESSMENT CARD