IN RE CHRISTOPHER D. WYMAN     CASE NO: 12-32264

Debtor(s)

# EXHIBIT NO: 1

LIVINGSTON COUNTY TREASURER'S CERTIFICATE

I hereby certify that there are no TAX LIENS OR TITLES
held by the State or any individual against the within
description, and all TAXES are same as paid for five years
previous to the date of this instrument or appear on the
records in this office except as stated.

5-28-09      Dianne H. Hardy, Treasurer
             See 195 Act 266 1993 as Amended
____ Taxes not examined  Certificate #_____ 15033

HOMESTEAD DENIALS NOT EXAMINED

*2009R-015496*
2009R-015496
RECORDED ON
05/28/2009       03:39:05PM
SALLY REYNOLDS
REGISTER OF DEEDS
LIVINGSTON COUNTY, MI 48843
RECORDING:      10.00
REMON:           4.00
PAGES: 1

#653                              COVENANT DEED

KNOW ALL MEN BY THESE PRESENTS: That Wells Fargo Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust 2006-FF15, Mortgage Pass-Through Certificates, Series 2006-FF15, by its Attorney in Fact Select Portfolio Servicing whose address is 3815 SW Temple Salt Lake City, Utah 84115 covenants that it is seized of said land and has a right to convey it, conveys to:

Whose Address is: 5757 Millett Rd  Christopher Wyman a Single Man
                                    Fowlerville, MI 48836

The Following described premises situated in the Township of Cohoctah, Livingston County, and State of Michigan, to-wit:

Part of the Southwest 1/4 of Section 24, Town 4 North, Range 4 East, and part of the Northwest 1/4 of Section 25, Town 4 North, Range 4 East, more particularly described as follows: Commencing at the Southwest corner of said Section 24; thence North 03 degrees 46 minutes 16 seconds West 1298.63 feet (previously recorded as North 00 degrees 45 minutes 00 seconds West 1298.33 feet); thence along the centerline of Jones Road (66 foot wide Right of Way), North 88 degrees 04 minutes 34 seconds East 183.87 feet (previously recorded as South 89 degrees 29 minutes 00 seconds East 184.60 feet) to the Point of Beginning of the parcel to be described; thence continuing along said line North 88 degrees 04 minutes 34 seconds East (previously recorded as South 89 degrees 25 minutes 00 seconds East) 331.21 feet; thence South 01 degree 58 minutes 26 seconds East 1324.84 feet; thence South 88 degrees 10 minutes 34 seconds West 331.21 feet; thence North 01 degree 58 minutes 26 seconds West 1324.26 feet to the Point of Beginning, subject to the rights of the public over the existing Jones Road. Also subject to any other easements or restriction of record.

More commonly known as: 1011 E Jones Rd, Howell, MI 48855

for the full consideration of Seventy-Nine Thousand Nine Hundred and 00/100 Dollars ($79,900.00) subject to covenants, restrictions, and easements of record and subject to such liens and encumbrances as may have attached or accrued through the acts or omissions of persons other than the Grantor(s) and subject to the lien of taxes not yet due and payable.
This property may be located within the vicinity of farmland or a farm operation. Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan right to farm act.
The undersigned person executing this deed on behalf of Grantor represents and certifies that he or she is duly authorized to act for the Grantor and have been fully empowered, by proper resolution of the Board of Directors of Grantor, to execute and deliver this deed; that Grantor has full corporate capacity to convey the real estate described herein; and that all necessary corporate action for the making of such conveyance has been taken and done.

Dated this 19th day of May 2009

Witnesses:

Wells Fargo Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust
2006-FF15, Mortgage Pass-Through Certificates, Series 2006-FF15, by its
Attorney in Fact Select Portfolio Servicing

By: _____

CHERYL E. KRUEGER, DOC. CONTROL OFFICER
As its:

STATE OF UTAH          )
COUNTY OF SALT LAKE CITY )

                                                    Doc. Control Officer
The foregoing instrument was acknowledged before me this ___ day of May 2009 by CHERYL E. KRUEGER, DOC. CONTROL OFFICER of Select Portfolio Servicing Attorney in Fact for Wells Fargo Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust 2006-FF15, Mortgage Pass-Through Certificates, Series 2006-FF15,

WENDY EVERTSEN
NOTARY PUBLIC - STATE OF UTAH
7089 S UNION PARK AVE SUITE 110
MIDVALE, UT 84047
COMM. EXP. 01-12-2011

_____, Notary Public
____ SL ____ County, Utah
My commission expires:
01-12-2011

Drafted by:
Polestivo & Associates, P.C.
By: Angela S. Veda
811 South Blvd. Suite 100
Rochester Hills, MI 48307
Our File Number: 09-07040

Tax Parcel: 02-24-300-007    Recording Fee_____

Livingston County Register of Deeds. 2009R-015496

When recorded return to and send subsequent tax bills to:
Christopher Wyman
1011 E. Jones
Howell, MI 48855

Parks Title
530 S. Creyts Rd. Suite A
Lansing, MI 48917

Transfer Tax_____

R00595100

STATE OF MICHIGAN
REAL ESTATE TRANSFER TAX
LIVINGSTON COUNTY, MI
2009R-015496  28 May 2009
00079972  $ 600.00 S
$ 88.00 C $ 600.00 S