IN RE CHRISTOPHER D. WYMAN    CASE NO: 12-32264

Debtor(s)

# EXHIBIT NO: 2

*2009R-031991*
2009R-031991
RECORDED ON
11/25/2009    03:15:43PM
SALLY REYNOLDS
REGISTER OF DEEDS
LIVINGSTON COUNTY, MI 48843
RECORDING:    13.00
REMON:    4.00
PAGES: 2

2

# MEMORANDUM OF LAND CONTRACT

SELECT TITLE COMPANY

THIS MEMORANDUM OF LAND CONTRACT entered this 16th day of OCTOBER 09, 20, by and between:
CHRISTOPHER D. WYMAN, a single man
whose address 5757 Millett Road - Fowlerville, MI 48836
hereinafter referred to as "Seller" and
MICHELLE PICHLER
whose address is 1011 Jones Road Howell, MI 48843
hereinafter referred to as "Purchaser".

**WITNESSETH:**

The Purchaser and Seller have entered into a Land Contract of even date herewith and they desire to enter into this Memorandum of Land Contract to give record notice of the existence of said Land Contract. In consideration of the premises and other good and valuable consideration, the Seller acknowledges and agrees that the property described below was sold to the Purchaser on Land Contract of even date:

Land situated in the Township of Cohoctah, County, Michigan, to-wit:
LEGAL ATTACHED

COMMONLY KNOWN AS: 1011 Jones Road - Howell, MI 48843
TAX ID NUMBER: 4702-24-300-007

The purpose of this Memorandum of Land Contract is to give record notice of the existence of the aforesaid Land Contract.

IN WITNESS WHEREOF, the parties have executed this Memorandum of Land Contract and have caused their hands and seals to be affixed hereto the day and year first above written.

Signed, Sealed and Delivered in Presence of:

_Cass Ashton_
CASS ASHTON
_Donlo Rudy_
DONLO RUDY

_Christopher D. Wyman_
CHRISTOPHER D. WYMAN
_Michelle Pichler_
MICHELLE PICHLER

STATE OF MICHIGAN
COUNTY OF SS. LIVINGSTON

The foregoing instrument was acknowledged before me this 16th day of OCTOBER 09, 20, by CHRISTOPHER D. WYMAN AND MICHELLE PICHLER

My Commission expires: 09-16-15

_Diana Kay Suty_
DIANA KAY SUTY
Livingston County, Michigan
Notary Public

DRAFTED BY: Wyman 5757 Millett Road Fowlerville, MI 48836
RETURN TO: Pichler - 1011 Jones Road - Howell, MI 48843

Livingston County Register of Deeds, 2009R-031991

DEFENDANT'S EXHIBIT 2

12-03348-dof    Doc 1-3    Filed 09/20/12    Entered 09/20/12 13:28:54    Page 2 of 3

EXHIBIT "A"

Part of the Southwest 1/4 of Section 24, Town 4 North, Range 4 East, and part of the Northwest 1/4 of Section 25, Town 4 North, Range 4 East, more particularly described as follows: Commencing at the Southwest corner of said Section 24; thence North 03 degrees 46 minutes 16 seconds West 1298.63 feet (previously recorded as North 00 degrees 45 minutes 00 seconds West 1298.33 feet); thence along the centerline of Jones Road (66 foot wide Right of Way), North 88 degrees 04 minutes 34 seconds East 183.57 feet (previously recorded as South 89 degrees 29 minutes 50 seconds East 184.60 feet) to the Point of Beginning of the parcel to be described; thence continuing along said line North 88 degrees 04 minutes 34 seconds East (previously recorded as South 89 degrees 25 minutes 00 seconds East) 331.21 feet; thence South 01 degree 58 minutes 26 seconds East 1324.34 feet; thence South 88 degrees 10 minutes 34 seconds West 331.21 feet; thence North 01 degree 58 minutes 26 seconds West 1324.26 feet to the Point of Beginning, subject to the rights of the public over the existing Jones Road. Also subject to any other easements or restriction of record.

1011 East Jones Road

Tax I.D. No.: 02-24-300-007

Livingston County Register of Deeds. 2009R-031991