IN RE CHRISTOPHER D. WYMAN    CASE NO: 12-32264

Debtor(s)

# EXHIBIT NO: 4

2012R-014065
RECORDED ON
04/24/2012 08:11:41 AM
SALLY REYNOLDS
REGISTER OF DEEDS
LIVINGSTON COUNTY, MI 48843
RECORDING: 13.00
REMON: 4.00
PAGES: 2



REGISTER OF DEEDS CERTIFICATE
STATE OF MICHIGAN
I, SALLY REYNOLDS, 2 pages
Register of Deeds of said County of Livingston
do hereby certify that I have compared
copy with the original record thereof
remaining in my office and that it is a true
correct transcript therefrom, and of the whole
of such original record.
In Testimony Whereof, I have hereunto set
my hand and affixed the seal of said Register
of Deeds Office at Howell in said County
25th day of April A.D. 2012

Furnished by
American Title Company of Livingston

QUIT CLAIM DEED - Statutory Form
C.L. 1948, 565.152 M.S.A. 26.572

KNOW ALL MEN BY THESE PRESENTS: That CHRISTOPHER D. WYMAN, a single man
whose Street Number and Post Office address is 5757 Millet Road Fowlerville, Mi 48836
Quit Claim s _____ to MICHELLE PICHLER
whose Street Number and Post Office address is 1011 Jones Road Howell Mi 48843
the following described premises situated in the Township _____ of Cohoctah
Livingston _____ and State of Michigan, to-wit: _____ County of

LEGAL ATTACHED

1011 Jones Road Howell Mi 48843

for the full consideration of ~~ONE HUNDRED THIRTY THOUSAND AND 00/100~~ $0.00 (ZERO)

Dated this 16TH day of OCTOBER, 2009

Witnesses:
Cass Gentry
David Rudy

Signed and Sealed:
CHRISTOPHER D. WYMAN (L.S.)
_____ (L.S.)
_____ (L.S.)
_____ (L.S.)

STATE OF MICHIGAN
COUNTY OF LIVINGSTON

The foregoing instrument was acknowledged before me this 16TH day of OCTOBER
by ~~CHRISTOPHER D. WYMAN~~ CHRISTOPHER D. WYMAN, 2009

My commission expires
09-16-15

DIANA KAY GENTRY
Notary Public Livingston County, Michigan
Acting in Livingston County Michigan
Business Address 5757 Millett Rd Fowlerville, Mi 48836

Instrument
Drafted by CHRISTOPHER D. WYMAN
5757 Millett Rd Fowlerville, Mi 48836
Recording Fee _____
State Transfer Tax _____

When recorded return to WYMAN
~~5757 Millett Rd - Fowlerville, MI 48836~~
6241 W. Grand River Brighton 48114
Send subsequent tax bills to
WYMAN - 5757 Millett Rd - Fowlerville Mi 48836

Tax Parcel # 4702-24-300-007
Livingston County Register of Deeds 2012R-014065

EXHIBIT "A"

Part of the Southwest 1/4 of Section 24, Town 4 North, Range 4 East, and part of the Northwest 1/4 of Section 25, Town 4 North, Range 4 East, more particularly described as follows: Commencing at the Southwest corner of said Section 24; thence North 03 degrees 46 minutes 16 seconds West 1298.63 feet (previously recorded as North 00 degrees 45 minutes 00 seconds West 1298.33 feet); thence along the centerline of Jones Road (66 foot wide Right of Way), North 88 degrees 04 minutes 34 seconds East 183.87 feet (previously recorded as South 89 degrees 29 minutes 00 seconds East 184.60 feet) to the Point of Beginning of the parcel to be described; thence continuing along said line North 88 degrees 04 minutes 34 seconds East (previously recorded as South 89 degrees 25 minutes 00 seconds East) 331.21 feet; thence South 01 degree 58 minutes 26 seconds East 1324.84 feet; thence South 88 degrees 10 minutes 34 seconds West 331.21 feet; thence North 01 degree 58 minutes 26 seconds West 1324.26 feet to the Point of Beginning, subject to the rights of the public over the existing Jones Road. Also subject to any other easements or restriction of record.

1011 East Jones Road

Tax I.D. No.: 02-24-300-007