IN RE CHRISTOPHER D. WYMAN    CASE NO: 12-32264

Debtor(s)

# EXHIBIT NO: 5




TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

Page 1
STATEMENT DATE
01-31-12

9883401012
2

```
  2       114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI   48855-9298
```

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

TCF BANK IS PLEASED TO INTRODUCE MOBILE BANKING. WITH TEXT BANKING, MOBILE BROWSING, OR THE
IPHONE APP, YOU CAN BANK FROM THE PALM OF YOUR HAND. TAKE TCF WITH YOU WHEREVER YOU GO! VISIT
WWW.TCFBANK.COM TO GET STARTED. MEMBER FDIC.

## TCF SMALL BUSINESS CHECKING

ACCOUNT NUMBER 9883401012                              STATEMENT PERIOD 12-31-11 THROUGH 01-31-12

ACCOUNT SUMMARY    BALANCE 12-30-11    CHECKS/WITHDRAWALS    DEPOSITS/ADDITIONS    BALANCE 01-31-12
                        15.83                712.42                736.00                39.41

INTEREST EARNED IN STATEMENT PERIOD     .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

### CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5082 | 350.00 | 0124 | 82089244 | * 5086 | 40.00 | 0130 | 81310587 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0102 | 39.94 | MARATHON PETRO1221 HOWELL MI US | 0117 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0102 | 2.50 | LIVINGSTON COUNTY 517-546-7010 MI US | 0118 | 14.92 | SUNOCO 0387964000 HOWELL MI US |
| 0103 | 28.00 | DAILY OVERDRAFT FEE | 0119 | 24.95 | MARATHON PETRO1221 HOWELL MI US |
| 0104 | 35.99 | SUNOCO 0488524000 HOWELL MI US | 0120 | 44.52 | VESTA *BOOST PREP 888-440-9958 OR US |
| 0112 | 59.86 | SUNOCO 0488524000 HOWELL MI US | 0123 | 11.90 | MARATHON PETRO1221 HOWELL MI US |
| 0116 | 14.89 | SUNOCO 0387964000 HOWELL MI US | 0131 | 4.95 | MONTHLY MAINTENANCE FEE |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0103 | 100.00 | DEPOSIT | REF # 82289584 | 0118 | 50.00 | DEPOSIT | REF # 83395269 |
| 0104 | 28.00 | DEPOSIT | REF # 83398577 | 0124 | 350.00 | DEPOSIT | REF # 82277314 |
| 0104 | 28.00 | DAILY OVERDRAFT FEE REVERSAL | | 0130 | 40.00 | DEPOSIT | REF # 81474156 |
| 0113 | 100.00 | DEPOSIT | REF # 85283596 | 0131 | 40.00 | DEPOSIT | REF # 82333061 |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES $28
FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5. TCF CHARGES $27 FOR ANY DAY THAT WE RETURN ITEMS
WITHOUT PAYING THEM. FOR OTHER ACCOUNT TYPES, TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED
ITEMS. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

www.tcfbank.com

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153


Open 7 Days

Page  2
STATEMENT DATE
01-31-12

9883401012
2

```
 2      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI   48855-9298
```

REFER YOUR FRIENDS TO TCF AND GET REWARDED! GET $25 FOR EVERY FRIEND YOU REFER. PICK UP YOUR REFERRAL FORMS AT ANY TCF BANK OR PRINT THEM ONLINE AT TCFBANK.COM. OFFER SUBJECT TO LIMITATIONS AND REQUIREMENTS. SEE A TCF REPRESENTATIVE FOR DETAILS.

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE | TOTAL FOR 2011 |
|---|---|---|---|
| TOTAL OVERDRAFT FEES | $28.00 | $28.00 | $173.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS "OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS "RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE:      $28.00

Check 5082, dated 1-23-2012, Pay to order of CD Wyman, Inc., $350.00, "Three Hundred Fifty & 0/100", Memo: Property Tax
1/24/2012    5082  350.00

Check 5086, dated 1-27-12, Pay to order of CD Wyman, Inc., $40.00, "Forty & 00/100", Memo: Line-Draw
1/30/2012    5086  40.00



TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

PAGE 1

STATEMENT DATE
02-29-12

9883401012
0

0  114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET REWARDED! GET $25 FOR EVERY FRIEND YOU REFER. PICK UP YOUR REFERRAL FORMS AT ANY TCF BANK OR PRINT THEM ONLINE AT TCFBANK.COM. OFFER SUBJECT TO LIMITATIONS AND REQUIREMENTS. SEE A TCF REPRESENTATIVE FOR DETAILS.

PLEASE READ ENCLOSED "NOTICE OF CHANGE IN TERMS TO YOUR ACCOUNT CONTRACT."

## TCF SMALL BUSINESS CHECKING
ACCOUNT NUMBER 9883401012
ACCOUNT SUMMARY  BALANCE 01-31-12       STATEMENT PERIOD 02-01-12 THROUGH 02-29-12
                 39.41     CHECKS/WITHDRAWALS    DEPOSITS/ADDITIONS    BALANCE 02-29-12
                               346.39                 329.99                23.01
INTEREST EARNED IN STATEMENT PERIOD     .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0201 | 14.98 | SUNOCO 0488524000 HOWELL MI US | 0217 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0203 | 14.89 | SUNOCO 0387964000 HOWELL MI US | 0217 | 28.62 | ROLL N SAVE TOBACC HOWELL MI US |
| 0206 | 19.93 | EXXONMOBIL 9662 WHITMORE LAK MI US | 0220 | 51.94 | VESTA *BOOST PREP 888-440-9958 OR US |
| 0206 | 14.93 | SUNOCO 0387964000 HOWELL MI US | 0220 | 19.98 | SUNOCO 0387964000 HOWELL MI US |
| 0207 | 14.38 | MARATHON PETRO1221 HOWELL MI US | 0220 | 11.38 | SUNOCO 0387964000 HOWELL MI US |
| 0209 | 9.97 | MARATHON PETRO1221 HOWELL MI US | 0223 | 15.99 | MARATHON PETRO1221 HOWELL MI US |
| 0213 | 9.83 | MARATHON PETRO1221 HOWELL MI US | 0227 | 39.99 | SUNOCO 0488524000 HOWELL MI US |
| 0216 | 29.63 | INTUIT *TURBOTAX 800-446-8848 CA US | 0227 | 9.95 | SUNOCO 0488524000 HOWELL MI US |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0203 | 20.00 | DEPOSIT REF # 85230743 | 0220 | 29.99 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0206 | 40.00 | DEPOSIT REF # 81431094 | 0220 | 40.00 | DEPOSIT REF # 81092822 |
| 0215 | 80.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0224 | 20.00 | DEPOSIT REF # 85280553 |
| 0215 | 50.00 | DEPOSIT REF # 83256175 | 0227 | 50.00 | DEPOSIT REF # 81465933 |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE, VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES $28 FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5. TCF CHARGES $27 FOR ANY DAY THAT WE RETURN ITEMS WITHOUT PAYING THEM. FOR OTHER ACCOUNT TYPES, TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED ITEMS. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.



TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

PAGE 2-X

STATEMENT DATE
02-29-12

9883401012
0

0  114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48355-9298

REFER YOUR FRIENDS TO TCF AND GET REWARDED! GET $25 FOR EVERY FRIEND YOU REFER. PICK UP YOUR REFERRAL FORMS AT ANY TCF BANK OR PRINT THEM ONLINE AT TCFBANK.COM. OFFER SUBJECT TO LIMITATIONS AND REQUIREMENTS. SEE A TCF REPRESENTATIVE FOR DETAILS.

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $28.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS "OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS "RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE: $28.00



TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

Page 1
STATEMENT DATE
03-30-12

9883401012
4

114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET REWARDED! GET $25 FOR EVERY FRIEND YOU REFER. PICK UP YOUR REFERRAL FORMS AT ANY TCF BANK OR PRINT THEM ONLINE AT TCFBANK.COM. OFFER SUBJECT TO LIMITATIONS AND REQUIREMENTS. SEE A TCF REPRESENTATIVE FOR DETAILS.

REDUCE THE CLUTTER IN YOUR MAILBOX BY SWITCHING OFF PAPER STATEMENTS. DECREASE THE LIKELIHOOD OF FRAUD BY REMOVING A PAPER TRAIL AND OPTING FOR ONLINE STATEMENTS ONLY. NEVER AGAIN WILL YOU HAVE TO WORRY ABOUT YOUR STATEMENTS IN THE MAIL! VISIT WWW.TCFBANK.COM. MEMBER FDIC.

## TCF SMALL BUSINESS CHECKING
ACCOUNT NUMBER 9883401012
ACCOUNT SUMMARY

| BALANCE 02-29-12 | CHECKS/WITHDRAWALS | STATEMENT PERIOD 03-01-12 THROUGH 03-30-12 | |
|---|---|---|---|
| 23.01 | 1,444.83 | DEPOSITS/ADDITIONS | BALANCE 03-30-12 |
| | | 1,450.00 | 28.18 |

INTEREST EARNED IN STATEMENT PERIOD  .00
ANNUAL PERCENTAGE YIELD EARNED  .00%

### CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5083 | 78.00 | 0309 | 85074823 | 5085 | 410.00 | 0308 | 84084929 | * 5089 | 200.00 | 0328 | 83074934 |
| 5084 | 200.00 | 0306 | 82144049 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0301 | 15.94 | MARATHON PETRO1221 HOWELL MI US | 0316 | 53.00 | VESTA *BOOST PREP 888-440-9958 OR US |
| 0302 | 14.97 | MARATHON PETRO1221 HOWELL MI US | 0316 | 2.50 | KROGER #720 HOWELL MI US |
| 0306 | 21.74 | KROGER #720 HOWELL MI US | 0319 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0306 | 19.96 | SUNOCO 0315158100 HOWELL MI US | 0319 | 28.89 | ROLL N SAVE TOBACC HOWELL MI US |
| 0307 | 28.89 | ROLL N SAVE TOBACC HOWELL MI US | 0319 | 19.97 | MARATHON PETRO1221 HOWELL MI US |
| 0308 | 19.90 | SUNOCO 0387964000 HOWELL MI US | 0319 | 15.27 | KROGER #720 HOWELL MI US |
| 0309 | 5.58 | KROGER #720 HOWELL MI US | 0319 | 10.75 | WM SUPERCENTER#454 FOWLERVILLE MI US |
| 0312 | 34.99 | SUNOCO 0387964000 HOWELL MI US | 0319 | 32.61 | AUTOMATED WITHDRAWAL TRACTOR SUPPLY C PURCHASE 5087 HOWE MI |
| 0312 | 19.12 | POS ALDI 67051 90054001 HOWELL MI | 0320 | 19.95 | MARATHON PETRO1221 HOWELL MI US |
| 0313 | 5.58 | KROGER #720 HOWELL MI US | 0323 | 19.99 | MARATHON PETRO1221 HOWELL MI US |
| 0315 | 19.96 | SUNOCO 0387964000 HOWELL MI US | | | |
| 0315 | 15.46 | WAL-MART #1754 HOWELL MI US | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE, VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR ALL ACCOUNTS OTHER THAN TCF CHOICE CHECKING, TCF CHARGES UP TO $37 FOR OVERDRAFTS AND RETURNED ITEMS. FOR TCF CHOICE CHECKING, TCF CHARGES UP TO $28 FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5, AND $27 FOR ANY DAY THAT WE RETURN ITEMS WITHOUT PAYING THEM. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

www.tcfbank.com

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153



4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET REWARDED! GET $25 FOR EVERY FRIEND YOU REFER. PICK UP YOUR REFERRAL FORMS AT ANY TCF BANK OR PRINT THEM ONLINE AT TCFBANK.COM. OFFER SUBJECT TO LIMITATIONS AND REQUIREMENTS. SEE A TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0326 | 19.96 | MARATHON PETRO1221 HOWELL  MI US | 0330 | 26.60 | MEIJER INC #172 HOWELL  MI US |
| 0327 | 20.02 | MARATHON PETRO1221 HOWELL  MI US | 0330 | .30 | TOTAL POS BANK FEES |
| 0329 | 24.93 | SUNOCO 0387964000 HOWELL  MI US | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0301 | 1,200.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0328 | 250.00 | DEPOSIT REF # 83218603 |

| TOTAL OVERDRAFT FEES | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| | $.00 | $28.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS "OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS "RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.
TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE:    $28.00

| Date | Check # | Amount | Pay to | Memo |
|---|---|---|---|---|
| 3/9/2012 | 5083 | 78.00 | CD Wyman, Inc — Seventy Eight & 00/100 (Mar-8-2012) | Louvee |
| 3/6/2012 | 5084 | 200.00 | CD Wyman, Inc — Two Hundred & 00/100 (Mar 5, 2012) | Perseaier- DTV |
| 3/8/2012 | 5085 | 410.00 | CD Wyman, Inc — Four Hundred Ten & 00/100 (Mar 7, 2012) | Cans/Walmart Glasses |
| 3/28/2012 | 5089 | 200.00 | CD Wyman Inc — Two Hundred & 00/100 (3-27-12) | Ins. State Farm |

Drawn on: COWYMAN CONTRACTORS INC, 1011 E Jones Rd, Howell, MI 48855-9208 — TCF Bank. Signed: Michelle J. Poher.



TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

Page 1
STATEMENT DATE
04-30-12

9883401012
1

1   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

WHETHER YOU DREAM OF HOME IMPROVEMENTS, PURCHASING THAT NEW CAR\BOAT\RV, OR DEBT CONSOLIDATION,
A HOME EQUITY LOAN OR LINE OF CREDIT COULD BE THE ANSWER YOU NEED. STOP BY YOUR NEIGHBORHOOD
TCF BANK TO VISIT WITH ONE OF OUR EXPERIENCED LOAN OFFICERS OR APPLY NOW AT WWW.TCFBANK.COM.
MEMBER FDIC. EQUAL HOUSING LENDER.

## TCF SMALL BUSINESS CHECKING

ACCOUNT NUMBER        9883401012                                    STATEMENT PERIOD 03-31-12 THROUGH 04-30-12
ACCOUNT SUMMARY       BALANCE 03-30-12        CHECKS/WITHDRAWALS      DEPOSITS/ADDITIONS      BALANCE 04-30-12
                           28.18                    570.93                 540.00                 2.75-

INTEREST EARNED IN STATEMENT PERIOD            .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5092 | 150.00 | 0411 | 83086310 | | | | | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0402 | 24.96 | SHELL OIL 57443684 WESTLAND MI US | 0416 | 41.97 | SUNOCO 0387964000 HOWELL MI US |
| 0404 | 5.27 | POS 2260 E GRAND RIVER 90054001 HOWELL MI | 0416 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0404 | 2.95 | POS SPEEDWAY 08770 HOW LK655266 HOWELL MI | 0419 | 42.35 | INTUIT *TURBOTAX 800-446-8848 CA US |
| 0404 | 1.43 | POS DOLLAR-GENERAL 8028 GRA IN3200 BRIGHTON MI | 0420 | 47.70 | VESTA *BOOST PREP 888-440-9958 OR US |
| 0405 | 74.00 | NSF FEE-ITEM PAID | 0424 | 19.93 | SUNOCO 0387964000 HOWELL MI US |
| 0405 | 9.93 | POS THE HOME DEPOT 2703 00000057 CENTON MI | 0424 | 16.93 | MARATHON PETRO1221 HOWELL MI US |
| 0405 | 13.36 | KROGER #720 HOWELL MI US | 0430 | 1.20 | TOTAL POS BANK FEES |
| 0406 | 74.00 | NSF FEE-ITEM PAID | 0430 | 4.95 | MONTHLY MAINTENANCE FEE |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0403 | 25.00 | DEPOSIT REF # 82423327 | 0410 | 150.00 | DEPOSIT REF # 82350196 |
| 0405 | 6.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0416 | 55.00 | DEPOSIT REF # 81380310 |
| 0405 | 40.00 | DEPOSIT REF # 84306908 | 0416 | 40.00 | DEPOSIT REF # 81087962 |
| 0406 | 37.00 | UNAVAIL FUNDS OVERDRAFT FEE RV | 0417 | 40.00 | DEPOSIT REF # 82207744 |
| 0406 | 37.00 | NSF\OVERDRAFT FEE REV | 0418 | 50.00 | DEPOSIT REF # 83215643 |
| 0409 | 40.00 | DEPOSIT REF # 81432292 | 0423 | 20.00 | DEPOSIT REF # 81554836 |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR ALL ACCOUNTS OTHER THAN TCF CHOICE CHECKING, TCF CHARGES UP TO
$37 FOR OVERDRAFTS AND RETURNED ITEMS. FOR TCF CHOICE CHECKING, TCF CHARGES UP TO $28 FOR EACH DAY YOUR ACCOUNT
IS OVERDRAWN BY MORE THAN $5, AND $27 FOR ANY DAY THAT WE RETURN ITEMS WITHOUT PAYING THEM. SEE REVERSE SIDE
FOR MORE INFORMATION ABOUT OVERDRAFTS.

www.tcfbank.com

12-03348-dof    Doc 1-6    Filed 09/20/12    Entered 09/20/12 13:28:54    Page 10 of 12



TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

Page  2
STATEMENT DATE
04-30-12

9883401012
1

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $148.00 | $176.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS "OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS "RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.
TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE:    $102.00

www.tcfbank.com

> CDWYMAN CONTRACTORS INC
> 1011 E JONES RD
> HOWELL, MI 48855-9298
>
> 5092
>
> 4-9-15
>
> Pay to the Order of: CD Wyman Inc      $ 150 —
> One Hundred Fifty & 00/100      Dollars
>
> TCF BANK
>
> Memo: UFL —
>
> ⑆272471548⑆ 9883401012⑈ 05092

4/11/2012     5092   150.00