IN RE CHRISTOPHER D. WYMAN        CASE NO: 12-32264

Debtor(s)

# EXHIBIT NO: 6

# Image/Sketch for Parcel: 4702-24-300-007

Caption: 09_09_08

## Cohoctah Township

[Back to Non-Printer Friendly Version]   [Send To Printer]



**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

# Building Information

## Cohoctah Township

Parcel: 4702-24-300-007

[Back to Non-Printer Friendly Version]   [Send To Printer]

1 building(s) found.

| Description | Floor Area | Yr Built |
|---|---|---|
| Residential Building 1 | 2760 Sq. Ft. | 1995 |

### General Information

| | | | |
|---|---|---|---|
| Floor Area: | 2760 Sq. Ft. | Estimated TCV: | N/A |
| Garage Area: | 750 Sq. Ft. | Basement Area | 1380 Sq. Ft. |
| Foundation Size: | 1380 Sq. Ft. | | |
| Year Built: | 1995 | Year Remodeled: | 0 |
| Occupancy: | Single Family | Class: | C 10 |
| | | Tri-Level?: | NO |
| Percent Complete: | 100% | Heat: | Forced Air w/ Ducts |
| AC w/Separate Ducts: | NO | Wood Stove Add-on: | NO |
| 1st Floor Rooms: | 4 | Water: | Water Well |
| 2nd Floor Rooms: | 3 | Sewer: | Septic |
| Bedrooms: | 4 | | |
| Basement Rooms: | 1 | | |
| Style: | SEM/CSTM TWOSTY | | |

### Area Detail - Basic Building Areas

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| 2 Story | Full Bsmnt. | Siding | 1380 Sq. Ft. | 2 Story |

### Area Detail - Overhangs

| Height | Exterior | Area | Included in Size for Rates |
|---|---|---|---|

### Exterior

| | | | |
|---|---|---|---|
| Brick Veneer: | 660 Sq. Ft. | Stone Veneer: | 0 Sq. Ft. |

### Basement Finish

| | | | |
|---|---|---|---|
| Recreation: | 0 Sq. Ft. | Recreation % Good: | 0 |
| Living Area: | 0 Sq. Ft. | Living Area % Good: | 0 |
| Walk Out Doors: | 1 | No Concrete Floor Area: | 0 Sq. Ft. |

### Plumbing Information

| | |
|---|---|
| 3-Fixture Baths: | 2 |
| 2-Fixture Baths: | 1 |
| Extra Sink: | 1 |
| Ceramic Tile Floor: | 3 |

### Built-In Information

| Appliance Allow: | 1 |
| Jaccuzzi Tub: | 1 |

## Fireplace Information

| Prefab 2-Story: | 1 |

## Garage Information

### Garage # 1

| Area: | 750 Sq. Ft. | Exterior: | Siding |
| Foundation: | 42 Inch | Common Wall: | 1 Wall |
| Year Built: | 1995 | Finished?: | YES |
| Auto Doors: | 1 | Mech Doors: | 0 |

## Porch Information

| CPP: | 75 Sq. Ft. | Foundation: | Standard |

**Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy

# General Property Information

## Cohoctah Township

[Back to Non-Printer Friendly Version]   [Send To Printer]

**Parcel:** 4702-24-300-007   **Unit:** COHOCTAH TWP   **Data Current As Of:** 5/1/2012 7:25:31 PM

### Property Address [collapse]

1011 W JONES RD
HOWELL, MI

### Owner Information [collapse]

PICHLER, MICHELLE
1011 E JONES RD
HOWELL, MI 48855

**Unit:** 4702

### Taxpayer Information [collapse]

SEE OWNER INFORMATION

### General Information for Tax Year 2012 [collapse]

| | | | |
|---|---|---|---|
| **Property Class:** | 401 - RESIDENTIAL - IMPROVED | **Assessed Value:** | $97,500 |
| **School District:** | 47070 - 47070.HOWELL | **Taxable Value:** | $97,500 |
| **State Equalized Value:** | $97,500 | **Map #** | 0 |
| | | **Date of Last Name Chg:** | 01/07/2010 |
| | | **Date Filed:** | 10/16/2009 |
| | | **Notes:** | N/A |
| **Historical District:** | N/A | **Census Block Group:** | N/A |

| **Principal Residence Exemption** | **May 1st** | **Final** |
|---|---|---|
| 2012 | 100.0000 % | - |
| 2011 | 100.0000 % | 100.0000 % |

| Previous Year Info | MBOR Assessed | Final S.E.V. | Final Taxable |
|---|---|---|---|
| 2011 | $117,400 | $117,400 | $117,400 |
| 2010 | $118,300 | $118,300 | $118,300 |
| 2009 | $158,800 | $158,800 | $71,769 |

### Land Information [collapse]

| | Frontage | Depth |
|---|---|---|
| **Lot 1:** | 0.00 Ft. | 0.00 Ft. |
| **Lot 2:** | 0.00 Ft. | 0.00 Ft. |
| **Lot 3:** | 0.00 Ft. | 0.00 Ft. |
| **Total Frontage:** | 0.00 Ft. | **Average Depth:** 0.00 Ft. |

**Total Acreage:** 10.07
**Zoning Code:** AGRIG/R
**Land Value:** $55,518      **Mortgage Code:**
**Land Improvements:** $0    **Lot Dimensions/Comments:**

| | |
|---|---|
| Renaissance Zone: | NO |
| Renaissance Zone Expiration Date: | |
| ECF Neighborhood Code: | 47070 - RURAL HOWELL |

## Legal Information for 4702-24-300-007

[collapse]

SEC 24 & SEC 25, T4N-R4E, COM AT SW COR OF SEC 24; THN03-46-16W 1298.63 FT; TH N88-04-34E 183.87 FT TO POB; TH N88-04-34E 331.21 FT; TH S01-58-26E 1324.84 FT; TH S88-10-34W 331.21 FT; TH N01-58-26W 1324.26 FT TO POB. 10.07 ACRES M/L LAND TRANSFER Added from -24-300-005 & -006 (11/01/04).

# Sales Information

4 sale record(s) found.

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms Of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 10/16/2009 | $0.00 | LC | WYMAN, CHRISTOPHER | PICHLER, MICHELLE | LAND CONTRACT | 2009R-031991 |
| 05/19/2009 | $79,900.00 | CD | WELLS FARGO BANK NA | WYMAN, CHRISTOPHER | BANK SOLD PROPERTY | 2009R-015496 |
| 02/06/2009 | $256,905.00 | PTA | WELLS FARGO BANK | WELLS FARGO BANK NA | FORECLOSURE | |
| 02/06/2008 | $0.00 | SD | LAVOIE, PAUL E & KRISTY J | WELLS FARGO BANK | SHERIFF'S DEED | 2008R-004264 |

**\*\*Disclaimer:** BS&A Software provides this Web Site as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.
Privacy Policy