UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN
*Debtor(s),*

CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

_____\\

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN

                Plaintiffs

v.

ADVERSARY NO.12-03348

MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK

                Defendants.
_____\\

TINDALL LAW
Attorneys for Creditor B. DUGGAN
BY: MICHAEL E. TINDALL P29090
P.O, BOX 46564
MOUNT CLEMENS, MI 480436
(313) 638-7613
(815) 572-5858 (FAX)
Direct Email: met@comcast.net

_____\\

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon counsel of record herein at their respective addresses on the record on _____ 7/21 _____ 2012

\_\_\_ US MAIL   X \_\_\_ E-FILE/MAIL
\_\_\_ FAX   \_\_\_ DELIVERY

MICHAEL E. TINDALL

## CERTIFICATE OF SERVICE

The undersigned certifies that the attached SUMMONS and related COMPLAINT FOR TURNOVER was filed and served by US MAIL, postage prepaid on EDWARD LINCK and MICHELLE PICHLER at their addresses of record as set forth in Debtor's PETITION and SCHEDULES on September 20, 2012.

Respectfully Submitted,
TINDALL LAW

BY: /.S/ MICHAEL E. TINDALL
MICHAEL E. TINDALL P29090
For the Firm
P,O, BOX 46564
MOUNT CLEMENS, MI 480436
(313) 638-7613
(815) 572-5858 (FAX)
Direct Email: met@comcast.net

Dated: 9/21/12

**U.S. Bankruptcy Court**
**Eastern District of Michigan**

In re:

CHRISTOPHER D WYMAN
    Debtor

Bankruptcy Case No.12-32264-dof

MICHAEL A. MASON
BARBARA DUGGAN
    Plaintiff
v.
MICHELLE PICHLER
EDWARD LINCK
    Defendant

Adversary Proceeding No.12-03348-dof

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Eastern District of Michigan<br>226 West Second Street<br>Flint, Michigan 48502 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Michael E. Tindall<br>PO Box 46564<br>Mt. Clemens, MI 48046 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

IF THE DEFENDANT IS A CORPORATION, OTHER THAN THE DEBTOR OR A GOVERNMENT UNIT, NOTICE IS HEREBY GIVEN THAT PURSUANT TO FED.R.BANK.P.7007.1, THE DEFENDANT/CORPORATION IS REQUIRED TO FILE TWO COPIES OF A CORPORATE OWNERSHIP STATEMENT ON A FORM AVAILABLE FROM THE CLERK. [See www.mieb.uscourts.gov]

Date Issued:
09/20/2012



/s/
Katherine B. Gullo, Clerk of Court
United States Bankruptcy Court

1

U.S. Bankruptcy Court
Eastern District of Michigan

In re:

CHRISTOPHER D WYMAN
    Debtor

Bankruptcy Case No.12-32264-dof

MICHAEL A. MASON
BARBARA DUGGAN
    Plaintiff

Adversary Proceeding No.12-03348-dof

v.

MICHELLE PICHLER
EDWARD LINCK
    Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Eastern District of Michigan<br>226 West Second Street<br>Flint, Michigan 48502 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Michael E. Tindall<br>PO Box 46564<br>Mt. Clemens, MI 48046 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

IF THE DEFENDANT IS A CORPORATION, OTHER THAN THE DEBTOR OR A GOVERNMENT UNIT, NOTICE IS HEREBY GIVEN THAT PURSUANT TO FED.R.BANK.P.7007.1, THE DEFENDANT/CORPORATION IS REQUIRED TO FILE TWO COPIES OF A CORPORATE OWNERSHIP STATEMENT ON A FORM AVAILABLE FROM THE CLERK. [See www.mieb.uscourts.gov]

    Date Issued:
    09/20/2012



/s/
Katherine B. Gullo, Clerk of Court
United States Bankruptcy Court