UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
  CHRISTOPHER D. WYMAN
    *Debtor(s),*

CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

_____\\

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN

    Plaintiffs
v.

ADVERSARY NO.12-03348

MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK

    Defendants.
_____\\

TINDALL LAW
Attorneys for Creditor B. DUGGAN
BY: MICHAEL E. TINDALL P29090
P.O, BOX 46564
MOUNT CLEMENS, MI 480436
(313) 638-7613
(815) 572-5858 (FAX)
Direct Email: met@comcast.net
_____\\

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon counsel of record herein at their respective addresses on the record on \_\_\_\_\_10/12\_\_\_\_\_, 2012

\_\_\_ US MAIL    _X_ E-FILE/MAIL
\_\_\_ FAX    \_\_\_ DELIVERY

_/s/ MICHAEL E. TINDALL_

## CERTIFICATE OF SERVICE

The undersigned certifies that the attached SUMMONS and related COMPLAINT FOR TURNOVER was filed and served by US MAIL, postage prepaid on EDWARD LINCK at 1829 Hanover Rd., Ann Arbor MI 48103 and MICHELLE PICHLER at 1011 Jones Rd., Howell MI 48855 on September 20, 2012, by US Mail, postage prepaid.

Respectfully Submitted,
TINDALL LAW

BY: /.S/ MICHAEL E. TINDALL
MICHAEL E. TINDALL P29090
For the Firm
P,O, BOX 46564
MOUNT CLEMENS, MI  480436
(313) 638-7613
(815) 572-5858 (FAX)
Direct Email: met@comcast.net

Dated: 10/12/12