Form defaultAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

226 West Second Street
Flint, MI 48502

---

In Re: Christopher D Wyman
Debtor

        Case No.: 12−32264−dof
        Chapter 7
        Judge: Daniel S. Opperman.Flint

Michael A. Mason et al.
Plaintiff

        Adv. Proc. No. 12−03348−dof

v.

Michelle Pichler et al.
Defendant

---

## DEFAULT ENTRY BY CLERK

It appears from the records in the above−entitled proceeding that a summons has been served upon the defendant named below and that the defendant has failed to timely plead or otherwise defend in said proceeding as directed in said summons and as provided in the Federal Rules of Bankruptcy Procedure.

Now, therefore, pursuant to Fed. R. Bankr. P. 7055 the **DEFAULT** of the following is hereby entered.

**Michelle Pichler**

**The plaintiff shall file an application for default judgment, pursuant to L.B.R. 7055−1 within 14 days from the entry of this default. Applications for default judgment shall be accompanied by the affidavit required under the Servicemember's Civil Relief Act of 2003.**

**If the plaintiff fails to file the application for default judgment *within 14−days* from the entry of this default, the complaint may be dismissed without a hearing.**

Dated: 10/24/12

        /s/ Katherine B. Gullo
        Katherine B. Gullo , Clerk of Court
        United States Bankruptcy Court