# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:
   **CHRISTOPHER D. WYMAN**

      Debtors

             Bankruptcy Case No. 12-32264
             Hon. Daniel S. Opperman
             Chapter 7

_____

**MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
AND STATE COURT JUDGMENT
CREDITOR BARBARA DUGGAN**,

      Plaintiffs

v.

             Adversarial Case No. 12-03348
             Hon. Daniel S. Opperman

**MICHELLE PICHLER, a/k/a
MICHELLE GENTRY; and,
EDWARD LINCK**

      DefendantS.

_____

| | |
|---|---|
| Michael E. Tindall (P29090) | David W. Brauer (P41974) |
| Attorney for Creditor B. Duggan | Attorney for Defendant M. Pichler |
| P.O. Box 46564 | 515 E. Grand River Avenue |
| Mount Clemens, MI 48046 | Howell MI  48843 |
| (313) 638-7613 | (517) 548-1998 |
| met@comcast.net | davidwbrauer@sbcglobal.net |

_____

## CERTIFICATE OF SERVICE

      I certify that on October 26, 2012 a copy of *the Amended Motion to Set Aside Default with Exhibits, proposed Order Setting Aside Default Entered Against Defendant Pichler, and Prohibiting Entry of Default Judgment,  and Notice of Motion to Set Aside Default* was served upon all parties using the ECF system, which serves all parties electronically.

**Zichi &
Brauer, P.C.**

ATTORNEYS AT LAW
_____

515 E. Grand River Ave.
Howell, Michigan  48843
_____
(517) 548-1998

**In re: Mason and Duggan v. Pichler and Linck**     Case No.12-12-03348
<u>Certificate of Service</u>

Respectfully submitted,

**ZICHI & BRAUER, PC**

By:  */s/ Nicole Williams*
Secretary to David W. Brauer,
Attorney for Debtor
515 E. Grand River Avenue
Howell, Michigan 48843
517.548.1998
davidwbrauer@sbcglobal.net

Dated: October 26, 2012

**Zichi &
Brauer, P.C.**

ATTORNEYS AT LAW

515 E. Grand River Ave.
Howell, Michigan 48843

12-03348-dof   Doc 16   Filed 10/26/12   Entered 10/26/12 15:27:01   Page 2 of 2