UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:       Case No. 12-32264
    CHRISTOPHER D. WYMAN     Chapter 7

    *Debtor(s)*,     Hon. Daniel S. Opperman
_____/

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE and
STATE COURT JUDGMENT
CREDITOR BARBARA DUGGAN,     Adversary Case No. 12-03348

    *Plaintiff(s)*
V

MICHELLE PICHLER a/k/a MICHELLE
GENTRY and EDWARD LINCK,

    *Defendant(s)*.
_____/

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN     )
                             ) ss.
COUNTY OF LIVINGSTON     )

    Michael J. Olson hereby certifies that he served a copy of Appearance of Counsel for Defendant, Edward Linck's and this Certificate of Service, upon all counsel of record by electronically filing the same with the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan, which will send notice to all counsel of record via the ECF System for the U.S. Bankruptcy Court, E.D. Michigan, on this 13th day of November, 2012.

                                           /s/ Michael J. Olson
                                           Michael J. Olson (P-56453)