UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

   CHRISTOPHER D. WYMAN,                 Case No. 12-32264-dof
                                                 Chapter 7 Proceeding
        Debtor.                                 Hon. Daniel S. Opperman
_____/
MICHAEL A. MASON, Chapter 7 Trustee,
and BARBARA DUGGAN,

        Plaintiffs,

v.                                                 Adversary Proceeding
                                                Case No. 12-3348-dof
MICHELLE PICHLER
and EDWARD LINCK,

        Defendants.
_____/

ORDER DETERMINING STATUS OF CORE/NON-CORE
PROCEEDINGS OF COUNTS OF PLAINTIFFS' COMPLAINT,
DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, AND
DENYING DEFENDANT, MICHELLE PICHLER'S, MOTION FOR SUMMARY JUDGMENT

      For the reasons stated in an Opinion of this Court of even date;

      NOW, THEREFORE, IT IS HEREBY ORDERED that Counts I and IV of the Plaintiffs' Complaint are core proceedings. The remaining Counts of Plaintiffs' Complaint will be subject to a report and recommendation of this Court to the United States District Court;

      IT IS FURTHER ORDERED that the Plaintiffs' Motion for Summary Judgment is denied;

      IT IS FURTHER ORDERED that the Defendant, Michelle Pichler's, Motion for Summary Judgment is denied.

**Signed on August 20, 2013**

                                                            **/s/ Daniel S. Opperman**
                                                             **Daniel S. Opperman**
                                                             **United States Bankruptcy Judge**