IN RE CHRISTOPHER D. WYMAN          CASE NO: 12-32264

Debtor(s)

ADVERSARY NO. 12-03348

# PLAINTIFFS' MOTION IN LIMINE

# EXHIBIT NO: 1

PROPOSED ORDER

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION-FLINT

IN RE:

CHRISTOPHER D. WYMAN

Debtor,

_____/

CASE NO. 12-32264

CHAPTER 7
JUDGE D.S. OPPERMAN

## ORDER

This matter having come before this Court on PLAINTIFFS' MOTION IN LIMINE and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that PLAINTIFFS' MOTION be and it hereby is GRANTED.