IN RE WYMAN,    CASE NO: 12-32264

Debtor(s)

ADVERSARY 12-03348

# EXHIBIT NO: 2

## MOTION IN LIMINE

NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Form B20A(Official Form 20A)
09/97)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

**CHRISTOPHER D. WYMAN**

Chapter: 7

Case No.: 12-32264

ADVERSARY NO. 12-03348
Judge: D. S. OPPERMAN

_____Debtor(s)_____/

### NOTICE OF MOTION

Petitioner has filed papers with the court to: PLAINTIFFS' MOTION IN LIMINE.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (**If you do not have an attorney, you may wish to consult one.**)

If you do not want the court to grant the Motion or if you want the court to consider your views on the motion, within __14__ days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
226 WEST SECOND STREET
FLINT, MI 48502

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

**MICHAEL E. TINDALL ESQ., P.O. BOX 46564 MOUNT CLEMENS MI 48046-6564**

**MICHAEL A. MASON, TRUSTEE, 516 WEST COURT, FLINT MI 48503**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: ___5/6/13___

Signature: __/S/ MICHAEL E. TINDALL__
Name: MICHAEL E. TINDALL P29090
Address: P.O. BOX 46564
      MOUNT CLEMENS MI 48046-6564
(248) 250-8819

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)