IN RE CHRISTOPHER D. WYMAN        CASE NO: 12-32264

Debtor(s)

ADVERSARY NO. 12-03348

# PLAINTIFFS' MOTION IN LIMINE

# EXHIBIT NO: 3

BRIEF- COMBINED WITH MOTION