IN RE CHRISTOPHER D. WYMAN     CASE NO: 12-32264

Debtor(s)

ADVERSARY NO. 12-03348

# PLAINTIFFS' MOTION IN LIMINE

# EXHIBIT NO: 6

## EXHIBITS

1. LINK PROPOSED PRE TRIAL ORDER
2. PICHLER PROPOSED PRE TRIAL ORDER