UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - FLINT

In Re:

Christopher D. Wyman	Case No. 12-32264-dof
	Chapter 7 Proceeding
    Debtor.	Hon. Daniel S. Opperman
_____/

Michael A. Mason, U.S. Bankruptcy
 Trustee, and State Court Judgment
 Creditor Barbara Duggan,

    Plaintiffs,

v	A.P. No. 12-03348-dof

Michelle Pichler, aka Michelle
 Gentry, and Edward Linck,

    Defendants.
_____/

### MEDIATOR'S CERTIFICATION PURSUANT TO L.B.R. 7016-2(a)(7)(E.D.M.)

The mediator hereby certifies that mediation:

[X]   was conducted on May 19, 2014, in compliance with L.B.R. 7016-2.

[ ]   was not conducted in compliance with L.B.R. 7016-2, because

    [ ]   the parties settled prior to mediation; or

    [ ]   for the following reason:

As a result of the mediation, the parties:

[ ]   achieved a settlement,

    [ ]   and signed a written settlement memorandum. Counsel for Plaintiff is to prepare a settlement agreement and consent judgment for entry by the Court.

    [ ]   and did not sign a written settlement memorandum.

[X]   did not achieve settlement.

_____
Henry L. Knier, Jr. (P46393)
Smith, Martin, Powers & Knier, P.C.
P. O. Box 219
Bay City, MI 48707-0219
989-892-3924   hknier@smpklaw.com

P:\16 Mediate\Wyman - Mason v Pichler\Mediator's Cert.wpd