# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**IN RE:**
    **CHRISTOPHER D. WYMAN**

    Debtors

        Bankruptcy Case No. 12-32264
        Hon. Daniel S. Opperman
        Chapter 7

_____

**MICHAEL A. MASON, US BANKRUPTCY TRUSTEE AND STATE COURT JUDGMENT CREDITOR BARBARA DUGGAN**,

    Plaintiffs

v.          Adversarial Case No. 12-03348
        Hon. Daniel S. Opperman

**MICHELLE PICHLER, a/k/a MICHELLE GENTRY; and, EDWARD LINCK**

    DefendantS.

_____

Michael E. Tindall (P29090)
Attorney for Creditor B. Duggan
P.O. Box 46564
Mount Clemens, MI 48046
(313) 638-7613
met@comcast.net

David W. Brauer (P41974)
Attorney for Defendant M. Pichler
515 E. Grand River Avenue
Howell MI 48843
(517) 548-1998
davidwbrauer@sbcglobal.net

Michael J. Olson (P56453)
Attorney for Defendant E. Linck
915 N. Michigan Ave., Suite 6
Howell, MI 48843
(517) 548-7400
molson@mtolaw.com

_____

## NOTICE OF MOTION FOR RELIEF TO AMEND AFFIRMATIVE DEFENSES

    David W. Brauer of Zichi & Brauer, P.C., attorney for Defendant, Michelle Pichler, has filed a Motion for Relief to Amend Affirmative Defenses with the Court.

**Zichi & Brauer, P.C.**
ATTORNEYS AT LAW
515 E. Grand River Ave.
Howell, Michigan 48843
(517) 548-1998

12-03348-dof    Doc 184    Filed 06/03/14    Entered 06/03/14 15:57:44    Page 1 of 2

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 226 West Second Street, Flint, MI 48502.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

David W. Brauer (P41974), Counsel for Debtor(s), 515 E. Grand River Avenue, Howell, MI 48843, 517.548.1998

Michael A. Mason, 516 West Court, Flint, MI 48503

US Trustee's Office, 211 W. Fort Street, Suite 700, Detroit, MI 48226

Michael E. Tindall, P.O. Box 46564, Mount Clemens, MI 48046

Michael J. Olson, 915 N. Michigan Ave., Suite 6, Howell, MI 48843

2. If a response or answer is timely filed, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

Respectfully submitted,

**ZICHI & BRAUER, PC**

By: */s/ David W. Brauer* (P41974)
Attorney for Debtor
515 E. Grand River Avenue
Howell, Michigan 48843
517.548.1998
david_brauer@sbcglobal.net

Dated: June 3, 2014

[1]Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

**Zichi & Brauer, P.C.**
ATTORNEYS AT LAW
_____
515 E. Grand River Ave.
Howell, Michigan 48843
_____
(517) 548-1998

12-03348-dof    Doc 184    Filed 06/03/14    Entered 06/03/14 15:57:44    Page 2 of 2