Form nothrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

226 West Second Street
Flint, MI 48502

---

In Re: Christopher D Wyman
Debtor

    Case No.: 12–32264–dof
    Chapter 7
    Judge: Daniel S. Opperman.Flint

Michael A. Mason et al.
Plaintiff

    Adv. Proc. No. 12–03348–dof

v.

Michelle Pichler et al.
Defendant

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502** on **6/18/14** at **09:30 AM** to consider and act upon the following:

*182* – Motion for Relief to Amend Affirmative Defenses Filed by Defendant Michelle Pichler (Attachments: # 1 Exhibit Exhibit 1 # 2 Exhibit Brief in Support of Defendnat's Motion for Relief to Amend Affirmative Defenses # 3 Proposed Order Order Granting Defendant Pichler Leave to File Amended Affirmative Defenses) (Brauer, David)

Dated: 6/5/14

    BY THE COURT

    Katherine B. Gullo
    Clerk, U.S. Bankruptcy Court

    BY: JAM
    Deputy Clerk