IN RE WYMAN, CASE NO: 12-32264

Debtor(s)

ADVERSARY 12-03348

# EXHIBIT NO: 3

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

BRIEF-COMBINED WITH MOTION