IN RE WYMAN,        CASE NO: 12-32264

Debtor(s)

ADVERSARY 12-03348

# EXHIBIT NO: 4

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION-FLINT

IN RE:

CHRISTOPHER D. WYMAN

CASE NO. 1232264

ADVERSARY NO. 12-03348

Debtor,

CHAPTER 7
JUDGE D.S. OPPERMAN

_____/

## CERTIFICATE OF SERVICE

I certify that on June 9, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Debtors Counsel, DENNIS PERKINS and Chapter 7 Trustee MICHAEL MASON, Pichler Counsel D. Brauer, and, Linck Counsel M. Olson.

/s/ MICHAEL E. TINDALL