IN RE WYMAN,       CASE NO: 12-32264

Debtor(s)

ADVERSARY 12-03348

# EXHIBIT NO: 5

PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

AFFIDAVITS - NONE