IN RE:
    CHRISTOPHER D. WYMAN      CASE NO. 12-32264
    *Debtor(s),*      CHAPTER 7
    HON: D. S. OPPERMAN
_____\

**MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN**
    Plaintiffs      ADVERSARY NO.12-03348
v.

**MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK**
    Defendants.
_____\
**TINDALL LAW**
Attorneys for Creditor B. DUGGAN
And TRUSTEE MICHAEL A. MASON
BY: MICHAEL E. TINDALL P29090
P.O, BOX 46564
MOUNT CLEMENS, MI 480436
(248) 250-8819
Direct Email: met@comcast.net
_____\

## STIPULATED CONSENT JUDGMENT WITHOUT COSTS

In accordance with the Stipulation of Plaintiffs TRUSTEE MICHAEL A. MASON and BARBARA DUGGAN, and DEFENDANT EDWARD LINCK, by and through their respective counsel, pursuant to the terms of a certain SETTLEMENT AGREEMENT for the satisfaction thereof executed by and between the parties, **JUDGMENT** by **CONSENT** is hereby entered against DEFENDANT EDWARD LINCK, without costs, and, by signature of counsel for TRUSTEE MASON, is hereby acknowledged as fully satisfied.

.

**Signed on June 25, 2014**

                                       /s/ Daniel S. Opperman
                                       Daniel S. Opperman
                                       United States Bankruptcy Judge