# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:

**CHRISTOPHER D. WYMAN**
*Debtor(s),*

\

**MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN**

             **Plaintiffs**

v.

**MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK**

             **Defendants.**

\

**TINDALL LAW**
Attorneys for TRUSTEE MASON
And Creditor B. DUGGAN
BY: MICHAEL E. TINDALL P29090
P.O, BOX 46564
MOUNT CLEMENS, MI  480436
(248) 250-8819
(815) 572-5858 (FAX)
Direct Email: met@comcast.net

\

**CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN**

**ADVERSARY NO.12-03348**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon counsel of record herein at their respective addresses on the record on _____7/14_____ , 2014

____US MAIL / X___E-FILE/MAIL
FAX / ___DELIVERY

___MICHAEL E. TINDALL___

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT AS PROVIDED IN THIS COURT'S ORDER DE 214

**MICHAEL E. TINDALL**, being first duly sworn, deposes and says:

1. He is counsel and attorney of record for PLAINTIFFS in this Bankruptcy

   Adversary Proceeding, Case No. 12-03348.

2. He is familiar with the records, filings, pleadings and associated mailings

   connected with the various acts, actions and activities connected with this

matter; and, as the attorney principally responsible for the matter, receives all mailings and other filings made in connection with it, on behalf of TINDALL LAW.

3. On July 7, 2014, this Court entered its Order, DE 214, See, Exhibit 1 requiring the production of bank records subpoenaed from Defendant Pichler for trial in this case, See, Exhibit 2, no later than 5PM July 14, 2014.

4. On July 11, 2014, this Court entered its Order GRANTING Attorney Brauer's MOTION TO WITHDRAW as counsel for Pichler in this case. DE 219, See, Exhibit 3.

5. On July 14, 2014, at approximately 1PM, while absent from the office, the undersigned received – by email transmission- various documents from Attorney Brauer, despite the fact that he no longer represents Pichler and has not represented her for 3 days. See, Exhibit 5.

6. Upon return to the office, the undersigned examined the documents transmitted. The documents transmitted DO NOT comply with the order of this Court, or, with Plaintiff's subpoena in the following material respects:

   A. The documents transmitted contain bank statements from FNBH in the name of JOHN PICHLER for the years 2011, 2012 and 2013.

      1. This account is obviously a required "deposit" account for purposes of paying someone's mortgage to OCWEN PPD, as there is little or no other activity in the account in any month.

      2. There is only 1 statement, 12/31/2011 for 2011.

      3. The months of March, June, August and November are missing for the year 2012.

4. The months of May, August and November are missing for the year 2013.

B. The documents transmitted DO NOT include Ms. Pichler's personal checking account or her personal savings account, both of which she testified did exist, AND, from which she made deposits/web transfers to the CD WYMAN CONTRACTOR ACCOUNT, used to receive and further transfer moneys belonging to Debtor Wyman. See, Exhibit 4. According to the CD WYMAN CONTRACTOR statements provided today, the account numbers of the originating accounts were 8883524287, and, 6883372707.

C. Based on the statements of CD WYMAN CONTRACTORS provided, the amounts fraudulently transferred from Wyman to Pichler throught the years 2007 through 2012 is $ 105, 209.27.

7. Neither Defendant Pichler, nor attorney Brauer, have complied with the subpoena or the Order of this Court and Plaintiffs respectfully request the entry of the DEFAULT JUDGMENT attached as Exhibit 6.

**FURTHER DEPONENT SAITH NOT.**

_____

MICHAEL E. TINDALL

Subscribed and sworn to before me this 14th day of July, 2014

_____
Notary Public, _____ County, MI
My Commission Expires: _____