# EXHIBIT NO: 1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

**CHRISTOPHER D. WYMAN**
*Debtor(s),*

CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN

Plaintiffs

v.

ADVERSARY NO.12-03348

MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK

Defendants.

## ORDER REGARDING DEFAULT JUDGMENT

This matter having come before the Court on Plaintiffs' renewal of their MOTION FOR DEFAULT JUDGMENT for failure to comply/produce documents pursuant to Plaintiffs' trial subpoena, and, the Court having heard the arguments of counsel during its status conference and being otherwise fully advised in the premises:

**NOW THEREFORE IT IS ORDERED** that Defendant Pichler shall produce all bank records described in Plaintiffs' trial subpoena no later than 5:00PM, July 14, 2014.

**IT IS FURTHER ORDERED** that should Defendant Pichler fail to produce all bank records by July 14, 102 at 5:00PM, Counsel for Plaintiffs shall submit an Affidavit to that effect together with a DEFAULT JUDGMENT for entry by the Court.

Signed on July 07, 2014

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge

# EXHIBIT NO: 2

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan


EXHIBIT B

MASON, ET AL ) 
    *Plaintiff* )
v. )  Civil Action No. 12-32264-DOF
PICHLER, ET AL )
    *Defendant* )

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: MICHELLE PICHLER
    *(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

Place: 226 W. SECOND ST., FLINT MI 48502

Courtroom No.: HON. D. OPPERMAN
Date and Time: JUNE 24, 2014 9:30 AM *

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

* AND THEREAFFTER FROM DAY TO DAY UNTIL COMPLETED
ALL BANK STATEMENTS AND CANCELLED CHECKS FOR ALL ACCOUNTS OVER WHICH YOU HAD SIGNATURE AUTHORITY, NO MATTER THE NAME ON THE ACCOUNT, FOR THE YEARS 2008 THROUGH THE CURRENT DATE

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/29/14

DAVID J. WEAVER, CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* TRUSTEE MASON, BARBARA DUGGAN, who issues or requests this subpoena, are:
MICHAEL E. TINDALL, P29090, P.O. BOX 46564, MOUNT CLEMENS MI. 48046 248-250-8819, MET@COMCAST.NET

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## YOU ARE ORDERED TO PRODUCE FOR INSPECTION AND COPYING:

1. All bank statements, payment records, check registers, cancelled checks, receipts, wire transfer advice/confirmations/records, debit advice/records, receipt log entries, copies of personal/certified/cashier/bank checks, promissory notes, showing:

    a. payments made by you to or on behalf of, or, received from, by or on behalf of CHRISTOPHER WYMAN or any person or entity owned, controlled, operated or acting for him or on his behalf, whether alone or in conjunction with any other person or entity.

2. Copies of any and all transfers and/or receipts of any property, whether real or personal, to or from CHRISTOPHER WYMAN or any person(s) or entities, or, any officer, director, agent, owner, attorney, or other person for or on behalf of CHRISTOPHER WYMAN, whether as a gift, loan or for any other purpose.

3. Copies of all promissory notes, real estate deeds, mortgage documents, Closing Statements, Land Contracts, Discharges of Mortgage or Land Contract, Leases, Easement Agreements or any other form of document, no matter how titled or named, relating to any and every transfer of any interest in real estate between you and CHRISTOPHER WYMAN, whether alone or in conjunction with any other person or entity, regardless of whether the other person or entity was the transferor, or, transferee..

4. Copies of any Lease, purchase agreement, Bill(s) of Sale or any other document, no matter how titled or named, relating to any and every transfer of personal property, between you and CHRISTOPHER WYMAN or any person or entity under your control; or, received from CHRISTOPHER WYMAN, whether alone or in conjunction with any other person or entity, regardless of whether the other person or entity was the transferor, or, transferee.