# EXHIBIT NO: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

CHRISTOPHER D. WYMAN

    Debtors

Bankruptcy Case No. 12-32264
Hon. Daniel S. Opperman
Chapter 7

---

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
AND STATE COURT JUDGMENT
CREDITOR BARBARA DUGGAN,

    Plaintiffs

v.

MICHELLE PICHLER, a/k/a
MICHELLE GENTRY; and,
EDWARD LINCK

    Defendants.

Adversarial Case No. 12-03348
Hon. Daniel S. Opperman

---

Michael E. Tindall (P29090)
Attorney for Creditor B. Duggan
P.O. Box 46564
Mount Clemens, MI 48046
(313) 638-7613
met@comcast.net

David W. Brauer (P41974)
Attorney for Defendant M. Pichler
515 E. Grand River Avenue
Howell MI 48843
(517) 548-1998
davidwbrauer@sbcglobal.net

Michael J. Olson (P56453)
Attorney for Defendant E. Linck
915 N. Michigan Ave., Suite 6
Howell, MI 48843
(517) 548-7400
molson@mtolaw.com

## ORDER FOR WITHDRAWAL OF COUNSEL

THIS MATTER having come before the court upon Attorney David W. Brauer's Motion to Withdraw as Counsel, and the Court being otherwise duly advised in the premises:

Zichi & Brauer, P.C.
ATTORNEYS AT LAW

515 E. Grand River Ave.
Howell, Michigan 48843
(517) 548-1998

IT IS HEREBY ORDERED that defense counsel David W. Brauer is permitted to withdraw his representation of Defendant Michelle Pichler.

Signed on July 11, 2014

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge

Zichi & Brauer, P.C.
ATTORNEYS AT LAW
515 E. Grand River Ave.
Howell, Michigan 48843