# EXHIBIT NO: 4

MET

| | |
|---|---|
| From: | David <davidwbrauer@sbcglobal.net> |
| Sent: | Monday, July 14, 2014 1:00 PM |
| To: | 'MET' |
| Subject: | FW: All Bank information |
| Attachments: | 2011.PDF; 2012.PDF; 2013.PDF; 2014.PDF; CONTRACTORS 20140619130643111.pdf; FNB 2013 Kayle Savings.pdf; FNB 2014 Kayle Statements.pdf; LawnServices.pdf; MichellePersonal.pdf; TCF Savings 12 11 thru 2 13 MJP.pdf; TCF Savings 2 13 thru 9 13 MJP.pdf; TCF Savings 2014 MJP.pdf; Certificate of Service 7.14.14.pdf |

Dear Mr. Tindall:

Attached please find the documents pursuant to your Subpoena to Michelle Pichler. Also attached is the Proof of Service regarding same. Can you please verify that you have received this email.

*David W. Brauer*

Zichi & Brauer, PC
Attorneys at Law
515 E. Grand River Avenue
Howell, MI 48843
517.548.1998 - telephone
517.548.0102 - fax

*Please note for your records my new email address:* davidwbrauer@sbcglobal.net

The information contained in this communication is attorney privileged and confidential, private, proprietary, or otherwise privileged and is intended only for the use of the addressee. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Unauthorized use, disclosure, distribution or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately at 517.548.1998 and delete this email and all attachments from your system. Please contact us at the above telephone number if there are any problems with transmission.