# EXHIBIT NO: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN  
*Debtor(s),*

CASE NO. 12-32264  
CHAPTER 7  
HON: D. S. OPPERMAN

_____\\

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN

Plaintiffs

ADVERSARY NO.12-03348

v.

MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK

Defendants.
_____\\

## JUDGMENT DECLARING TITLE TO REAL PROPERTY

This matter having come before this Court for trial on June 23, 2014; and, Defendant LINCK having settled the issues relevant to him and consented to the entry of a Stipulated CONSENT JUDGMENT; and, Defendant PICHLER having been subpoenaed by Plaintiffs to appear to testify and produce documents, and, having failed and refused to appear and produce as ordered; and, the Court being otherwise fully advised in the premises:

**NOW THEREFORE, IT IS ORDERED**, that Plaintiffs' oral MOTION FOR DEFAULT JUDGMENT be and it hereby is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DETERMINED** that the subject Property, commonly known as 1011 Jones Rd., Howell MI, is and has been owned and controlled by CHRISTOPHER D. WYMAN, Debtor, and is hereby declared to be property of the Bankruptcy Estate of WYMAN under 11 USC 541, subject to

administration by TRUSTEE MASON and title to such property and possession thereof shall and hereby is declared to be held in TRUSTEE MASON, for the benefit of the Bankruptcy Estate, free and clear of the claims of WYMAN, EDWARD LINCK, and, MICHELLE PICHLER, and any other person or entity claiming by or through any of them, and, the automatic stay under 11 USC 362 shall be in full force and effect as to this Property.

**IT IS FURTHER ORDERED, ADJUDGED AND DETERMINED** that full possession and title to the Property shall immediately be turned over to TRUSTEE MASON, pursuant to 11 USC 542, and all Defendants and Debtor WYMAN, their agents, attorneys, employees and assigns are hereby ordered to fully and completely cooperate with and comply fully with the directions of TRUSTEE MASON with respect to the Property and are hereby enjoined and restrained from doing any act, action or thing whatsoever to damage the property or obstruct or interfere with TRUSTEE MASON, his agents, attorneys or assigns or the administration of this Property for the benefit of the Bankruptcy Estate.

**IT IS FURTHER ORDERED** that this Judgment shall be recorded with the LIVINGSTON COUNTY REGISTER OF DEEDS and immediately served on LIVINGSTON COUNTY and all other state and municipal entities as may be required to give immediate notice of this JUDGMENT and of the provisions of the automatic stay as applied to this Property.

12-03348-dof    Doc 224-5    Filed 07/14/14    Entered 07/14/14 17:00:26    Page 3 of 4

2

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Plaintiff BARBARA DUGGAN and against DEFENDANT MICHELLE PICHLER in the amount of $3, 739.80 plus $_____ in Plaintiff's costs and attorney fees to prepare for and attend for trial, as damages for fraud and for failure to appear as ordered under FRCP 37 and 45.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Plaintiff TRUSTEE MICHAEL MASON and against DEFENDANT MICHELLE PICHLER in the amount of $105,209.27 representing the total funds fraudulently transferred from Debtor Wyman to Defendant Pichler and, thereafter, further transferred to others.