TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DADFTTTAFFFFTDTFAFFDADADDAFDDTFFFDDDTFAFTDTFDDFDATFAAFFDAADTTDATD

   1   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

MAY FLOWERS BRING A TIME TO CELEBRATE MOMS, DADS AND GRADS!  GIVE YOUR LOVED ONES AND FRIENDS THE
GIFT OF CHOICE - THE TCF VISA GIFT CARD. PURCHASE YOURS TODAY AT ANY TCF LOCATION OR VISIT
WWW.TCFBANK.COM. GIFT CARDS ARE SUBJECT TO TERMS AND CONDITIONS.  MEMBER FDIC.

## TCF SMALL BUSINESS CHECKING
**ACCOUNT NUMBER**   **9883401012**                     STATEMENT PERIOD 05-01-12 THROUGH 05-31-12

| ACCOUNT SUMMARY | BALANCE 04-30-12 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 05-31-12 |
|---|---|---|---|---|
| | 2.75- | 135.25 | 138.00 | .00 |

    INTEREST EARNED IN STATEMENT PERIOD           .00
    ANNUAL PERCENTAGE YIELD EARNED   .00%

### CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5030 | 47.04 | 0510 | 84076568 | | | | | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0516 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US | 0523 | 1.57 | ACCOUNT CLOSED |
| 0518 | 46.64 | VESTA *BOOST PREP 888-440-9958 OR US | | | |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|
| 0501 | 3.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 3441535502 | 0510 | 50.00 | DEPOSIT | REF # 84229914 |
| | | | 0514 | 85.00 | DEPOSIT | REF # 81510609 |

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $176.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

  TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE:     $102.00

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR ALL ACCOUNTS OTHER THAN TCF CHOICE CHECKING, TCF CHARGES $37
FOR OVERDRAFTS AND RETURNED ITEMS. FOR TCF CHOICE CHECKING, TCF CHARGES UP TO $28 FOR EACH DAY YOUR ACCOUNT IS
OVERDRAWN BY MORE THAN $5, AND $27 FOR ANY DAY THAT WE RETURN ITEMS WITHOUT PAYING THEM. SEE REVERSE SIDE FOR
MORE INFORMATION ABOUT OVERDRAFTS.

CD WYMAN CONTRACTORS INC.
1011 E JONES RD
HOWELL, MI 48855-9296

5030

5-8-12

Pay to the
Order of  C D Wyman Inc.                    $ 47.04

Forty Seven & 04/100                        Dollars

PNC
BANK

Michelle A Fisher

⑆272472548⑆ 9883401012⑈ 05030

5/10/2012      5030  47.04

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DDTDFDATAADAFFDAFTFFDATDDDFDDFFDATFFAADADATFTDDAFFFTFTTFFFFATAADA

```
     1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298
```

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

WHETHER YOU DREAM OF HOME IMPROVEMENTS, PURCHASING THAT NEW CAR\BOAT\RV, OR DEBT CONSOLIDATION,
A HOME EQUITY LOAN OR LINE OF CREDIT COULD BE THE ANSWER YOU NEED.  STOP BY YOUR NEIGHBORHOOD
TCF BANK TO VISIT WITH ONE OF OUR EXPERIENCED LOAN OFFICERS OR APPLY NOW AT WWW.TCFBANK.COM.
MEMBER FDIC.  EQUAL HOUSING LENDER.

## TCF SMALL BUSINESS CHECKING

ACCOUNT NUMBER    9883401012                      STATEMENT PERIOD 03-31-12 THROUGH 04-30-12

| ACCOUNT SUMMARY | BALANCE 03-30-12 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 04-30-12 |
|---|---|---|---|---|
| | 28.18 | 570.93 | 540.00 | 2.75- |

INTEREST EARNED IN STATEMENT PERIOD       .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5092 | 150.00 | 0411 | 83086310 | | | | | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0402 | 24.96 | SHELL OIL 57443684 WESTLAND      MI US | 0416 | 41.97 | SUNOCO 0387964000 HOWELL      MI US |
| 0404 | 5.27 | POS 2260 E GRAND RIVER 90054001   HOWELL    MI | 0416 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0404 | 2.95 | POS SPEEDWAY 08770 HOW LK655266      HOWELL    MI | 0419 | 42.35 | INTUIT *TURBOTAX 800-446-8848 CA US |
| 0404 | 1.43 | POS DOLLAR-GENERAL 8028 GRA 1N3200      BRIGHTON   MI | 0420 | 47.70 | VESTA *BOOST PREP 888-440-9958 OR US |
| 0405 | 74.00 | NSF FEE-ITEM PAID | 0424 | 19.93 | SUNOCO 0387964000 HOWELL      MI US |
| 0405 | 9.93 | POS THE HOME DEPOT 2703 00000057     CENTON    MI | 0424 | 16.93 | MARATHON PETROL221 HOWELL      MI US |
| 0405 | 13.36 | KROGER #720 HOWELL    MI US | 0430 | 1.20 | TOTAL POS BANK FEES |
| 0406 | 74.00 | NSF FEE-ITEM PAID | 0430 | 4.95 | MONTHLY MAINTENANCE FEE |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0403 | 25.00 | DEPOSIT       REF # 82423327 | 0410 | 150.00 | DEPOSIT       REF # 82350196 |
| 0405 | 6.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0416 | 55.00 | DEPOSIT       REF # 81380310 |
| | | | 0416 | 40.00 | DEPOSIT       REF # 81087962 |
| 0405 | 40.00 | DEPOSIT       REF # 84306908 | 0417 | 40.00 | DEPOSIT       REF # 82207744 |
| 0406 | 37.00 | UNAVAIL FUNDS OVERDRAFT FEE RV | 0418 | 50.00 | DEPOSIT       REF # 83215643 |
| 0406 | 37.00 | NSF\OVERDRAFT FEE REV | 0423 | 20.00 | DEPOSIT       REF # 81554836 |
| 0409 | 40.00 | DEPOSIT       REF # 81432292 | | | |
```

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR ALL ACCOUNTS OTHER THAN TCF CHOICE CHECKING, TCF CHARGES UP TO
$37 FOR OVERDRAFTS AND RETURNED ITEMS. FOR TCF CHOICE CHECKING, TCF CHARGES UP TO $28 FOR EACH DAY YOUR ACCOUNT
IS OVERDRAWN BY MORE THAN $5, AND $27 FOR ANY DAY THAT WE RETURN ITEMS WITHOUT PAYING THEM. SEE REVERSE SIDE
FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
04-30-12

9883401012
1

DDZDFDATAADAFFDAFTFFDATDDDFDDFFDATFFAADADATFTDDAFFFTFTTFFFFATAADA

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $148.00 | $176.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE:     $102.00

CERWYMAN CONTRACTORS INC
1011 E JONES RD
HOWELL MI 48823-9266

5092

4-9-15

Pay to the
Order of    CD Wyman Inc    | $ 150 —

One Hundred Fifty & No/100    Dollars

TCF
BANK

Memo  LLBL

Michelle Drake

⑆272471546⑆ 9883101012⑈ 05092

4/11/2012    5092 150.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FTDTDATDTFAFTFADFFTTDDFDATFTTADFTADTFAAAATTDTAAAFDTAFFATATFTDDAFF

4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

REDUCE THE CLUTTER IN YOUR MAILBOX BY SWITCHING OFF PAPER STATEMENTS.  DECREASE THE LIKELIHOOD OF
FRAUD BY REMOVING A PAPER TRAIL AND OPTING FOR ONLINE STATEMENTS ONLY.  NEVER AGAIN WILL YOU HAVE
TO WORRY ABOUT YOUR STATEMENTS IN THE MAIL!  VISIT WWW.TCFBANK.COM.  MEMBER FDIC.

## TCF SMALL BUSINESS CHECKING
STATEMENT PERIOD 03-01-12 THROUGH 03-30-12

**ACCOUNT NUMBER**     9883401012

**ACCOUNT SUMMARY**

| BALANCE 02-29-12 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 03-30-12 |
|---|---|---|---|
| 23.01 | 1,444.83 | 1,450.00 | 28.18 |

INTEREST EARNED IN STATEMENT PERIOD      .00

ANNUAL PERCENTAGE YIELD EARNED    .00%

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5083 | 78.00 | 0309 | 85074823 | 5085 | 410.00 | 0308 | 84084929 | * 5089 | 200.00 | 0328 | 83074934 |
| 5084 | 200.00 | 0306 | 82144049 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0301 | 15.94 | MARATHON PETRO1221 HOWELL     MI US | 0316 | 53.00 | VESTA  *BOOST PREP 888-440-9958 OR US |
| 0302 | 14.97 | MARATHON PETRO1221 HOWELL     MI US | 0316 | 2.50 | KROGER #720 HOWELL     MI US |
| 0306 | 21.74 | KROGER #720 HOWELL     MI US | 0319 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0306 | 19.96 | SUNOCO 0815158100 HOWELL     MI US | 0319 | 28.89 | ROLL N SAVE TOBACC HOWELL     MI US |
| 0307 | 28.89 | ROLL N SAVE TOBACC HOWELL     MI US | 0319 | 19.97 | MARATHON PETRO1221 HOWELL     MI US |
| 0308 | 19.90 | SUNOCO 0387964000 HOWELL     MI US | 0319 | 15.27 | KROGER #720 HOWELL     MI US |
| 0309 | 5.58 | KROGER #720 HOWELL     MI US | 0319 | 10.75 | WM SUPERCENTER#454 FOWLERVILLE  MI US |
| 0312 | 34.99 | SUNOCO 0387964000 HOWELL     MI US | 0319 | 32.61 | AUTOMATED WITHDRAWAL TRACTOR SUPPLY C   PURCHASE |
| 0312 | 19.12 | POS ALDI 67051 90054001       HOWELL     MI | | | 5087       HOWE MI |
| 0313 | 5.58 | KROGER #720 HOWELL     MI US | 0320 | 19.95 | MARATHON PETRO1221 HOWELL     MI US |
| 0315 | 19.96 | SUNOCO 0387964000 HOWELL     MI US | 0323 | 19.99 | MARATHON PETRO1221 HOWELL     MI US |
| 0315 | 15.46 | WAL-MART #1754 HOWELL     MI US | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR ALL ACCOUNTS OTHER THAN TCF CHOICE CHECKING, TCF CHARGES UP TO
$37 FOR OVERDRAFTS AND RETURNED ITEMS. FOR TCF CHOICE CHECKING, TCF CHARGES UP TO $28 FOR EACH DAY YOUR ACCOUNT
IS OVERDRAWN BY MORE THAN $5, AND $27 FOR ANY DAY THAT WE RETURN ITEMS WITHOUT PAYING THEM. SEE REVERSE SIDE
FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
03-30-12

9883401012
4

FTDTDATDTFAFTFADFFTTDDFDATFTTADFTADTFAAAATTDTAAAFDTAFFATATFTDDAFF

    4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0326 | 19.96 | MARATHON PETRO1221 | | 0330 | 26.60 | MEIJER INC #172 |
| | | HOWELL      MI US | | | | HOWELL      MI US |
| 0327 | 20.02 | MARATHON PETRO1221 | | 0330 | .30 | TOTAL POS BANK FEES |
| | | HOWELL      MI US | | | | |
| 0329 | 24.93 | SUNOCO 0387964000 | | | | |
| | | HOWELL      MI US | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 0301 | 1,200.00 | WEB TRANSFER DEPOSIT | | 0328 | 250.00 | DEPOSIT | REF # 83218603 |
| | | FROM ACCOUNT 6883372707 | | | | | |

|  | TOTAL FOR | TOTAL |
|---|-----------|-------|
|  | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | $.00 | $28.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

    TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE:    $28.00

| | |
|---|---|
| CDWYMAN CONTRACTORS INC<br>1001 E JONES RD<br>HOWELL, MI 48855-9296 | 5083<br>74-715/XXXXX 114<br>XXXXXXXX<br><br>MAR 8 2012<br><br>Pay to the<br>Order of  C D Wyman  Inc  \| $ 78.00<br>Seventy Eight & 00/100 — Dollars<br>TCF<br>BANK<br>Memo  Lowes<br>⑆272471568⑆ 9883401012⑆ 05083 |
| CDWYMAN CONTRACTORS INC<br>1001 E JONES RD<br>HOWELL, MI 48855-9296 | 5084<br>74-715/XXXXX 114<br>XXXXXXXX<br><br>MAR 5 2012<br><br>Pay to the<br>Order of  C D Wyman, Inc  \| $ 200.00<br>Two Thousand & 00/100 — Dollars<br>TCF<br>BANK<br>Memo  Petscript  DTV<br>⑆272471568⑆ 9883401012⑆ 05084 |

3/9/2012     5083    78.00         3/6/2012     5084    200.00

| | |
|---|---|
| CDWYMAN CONTRACTORS INC<br>1001 E JONES RD<br>HOWELL, MI 48855-9296 | 5085<br>74-715/XXXXX 114<br>XXXXXXXX<br><br>MAR 7 2012<br><br>Pay to the<br>Order of  C D Wyman, Inc  \| $ 410.00<br>Four Hundred Ten & 00/100 — Dollars<br>TCF<br>BANK<br>Memo  Glasses<br>Cons / Walmart<br>⑆272471568⑆ 9883401012⑆ 05085 |
| CDWYMAN CONTRACTORS INC<br>1001 E JONES RD<br>HOWELL, MI 48855-9296 | 5089<br>74-715/XXXXX 114<br>XXXXXXXX<br><br>3-27-12<br><br>Pay to the<br>Order of  C D Wyman Inc  \| $ 200.—<br>Two Hundred & 00/100 — Dollars<br>TCF<br>BANK<br>Memo  INS. State Far<br>⑆272471568⑆ 9883401012⑆ 05089 |

3/8/2012     5085    410.00        3/28/2012    5089    200.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
02-29-12

9883401012
0

TFATFFFTATTDFFDTDTTFFFTATDAAFDDTTDATADDDDADTFDTTDAADFTTADFFFAADFT

0     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

PLEASE READ ENCLOSED "NOTICE OF CHANGE IN TERMS TO YOUR ACCOUNT CONTRACT."

## TCF SMALL BUSINESS CHECKING
STATEMENT PERIOD 02-01-12 THROUGH 02-29-12

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 01-31-12 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 02-29-12 |
|---|---|---|---|---|
| | 39.41 | 346.39 | 329.99 | 23.01 |

INTEREST EARNED IN STATEMENT PERIOD       .00
ANNUAL PERCENTAGE YIELD EARNED      .00%

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0201 | 14.98 | SUNOCO 0488524000 HOWELL     MI US | | 0217 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0203 | 14.89 | SUNOCO 0387964000 HOWELL     MI US | | 0217 | 28.62 | ROLL N SAVE TOBACC HOWELL     MI US |
| 0206 | 19.93 | EXXONMOBIL    9662 WHITMORE LAK MI US | | 0220 | 51.94 | VESTA  *BOOST PREP 888-440-9958 OR US |
| 0206 | 14.93 | SUNOCO 0387964000 HOWELL     MI US | | 0220 | 19.98 | SUNOCO 0387964000 HOWELL     MI US |
| 0207 | 14.38 | MARATHON PETRO1221 HOWELL     MI US | | 0220 | 11.38 | SUNOCO 0387964000 HOWELL     MI US |
| 0209 | 9.97 | MARATHON PETRO1221 HOWELL     MI US | | 0223 | 15.99 | MARATHON PETRO1221 HOWELL     MI US |
| 0213 | 9.83 | MARATHON PETRO1221 HOWELL     MI US | | 0227 | 39.99 | SUNOCO 0488524000 HOWELL     MI US |
| 0216 | 29.63 | INTUIT *TURBOTAX 800-446-8848 CA US | | 0227 | 9.95 | SUNOCO 0488524000 HOWELL     MI US |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0203 | 20.00 | DEPOSIT          REF # 85230743 | | 0220 | 29.99 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0206 | 40.00 | DEPOSIT          REF # 81431094 | | 0220 | 40.00 | DEPOSIT          REF # 81092822 |
| 0215 | 80.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | 0224 | 20.00 | DEPOSIT          REF # 85280553 |
| 0215 | 50.00 | DEPOSIT          REF # 83256175 | | 0227 | 50.00 | DEPOSIT          REF # 81465933 |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE.  FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES $28
FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5.  TCF CHARGES $27 FOR ANY DAY THAT WE RETURN ITEMS
WITHOUT PAYING THEM.  FOR OTHER ACCOUNT TYPES, TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED
ITEMS.  SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
02-29-12

9883401012
0

TFATFFFTATTDFFDTDTDTTFFFTATDAAFDDTTDATADDDDADTFDTTDAADFTTADFFFAADFT

0      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

| | TOTAL FOR | TOTAL |
| | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | $.00 | $28.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE:      $28.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

TFDTDAAATDTFDATFFATDFFFFTDDADTTTTDDAAATFDTDDFFATFAAADDTTFFADTFAFF

2   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

TCF BANK IS PLEASED TO INTRODUCE MOBILE BANKING.  WITH TEXT BANKING, MOBILE BROWSING, OR THE
IPHONE APP, YOU CAN BANK FROM THE PALM OF YOUR HAND.  TAKE TCF WITH YOU WHEREVER YOU GO!  VISIT
WWW.TCFBANK.COM TO GET STARTED.  MEMBER FDIC.

## TCF SMALL BUSINESS CHECKING
STATEMENT PERIOD 12-31-11 THROUGH 01-31-12

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 12-30-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 01-31-12 |
|---|---|---|---|---|
| | 15.83 | 712.42 | 736.00 | 39.41 |

INTEREST EARNED IN STATEMENT PERIOD      .00
ANNUAL PERCENTAGE YIELD EARNED      .00%

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5082 | 350.00 | 0124 | 82089244 | * 5086 | 40.00 | 0130 | 81310587 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0102 | 39.94 | MARATHON PETRO1221 HOWELL     MI US | 0117 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0102 | 2.50 | LIVINGSTON COUNTY 517-546-7010 MI US | 0118 | 14.92 | SUNOCO 0387964000 HOWELL     MI US |
| 0103 | 28.00 | DAILY OVERDRAFT FEE | 0119 | 24.95 | MARATHON PETRO1221 HOWELL     MI US |
| 0104 | 35.99 | SUNOCO 0488524000 HOWELL     MI US | 0120 | 44.52 | VESTA *BOOST MOBILE 888-440-9958 OR US |
| 0112 | 59.86 | SUNOCO 0488524000 | 0123 | 11.90 | MARATHON PETRO1221 HOWELL     MI US |
| 0116 | 14.89 | SUNOCO 0387964000 HOWELL     MI US | 0131 | 4.95 | MONTHLY MAINTENANCE FEE |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0103 | 100.00 | DEPOSIT | REF # 82289584 | 0118 | 50.00 | DEPOSIT | REF # 83395269 |
| 0104 | 28.00 | DEPOSIT | REF # 83398577 | 0124 | 350.00 | DEPOSIT | REF # 82277314 |
| 0104 | 28.00 | DAILY OVERDRAFT FEE REVERSAL | | 0130 | 40.00 | DEPOSIT | REF # 81474156 |
| 0113 | 100.00 | DEPOSIT | REF # 85283596 | 0131 | 40.00 | DEPOSIT | REF # 82333061 |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE.  FOR CONSMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES $28
FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5.  TCF CHARGES $27 FOR ANY DAY THAT WE RETURN ITEMS
WITHOUT PAYING THEM.  FOR OTHER ACCOUNT TYPES, TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED
ITEMS.  SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
01-31-12

9883401012
2

TFDTDAAATDTFDATFFATDFFFFTDDADTTTTDDAAATFDTDDFFATFAAADDTTFFADTFAFF

2 114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET REWARDED! GET $25 FOR EVERY FRIEND YOU REFER. PICK UP YOUR REFERRAL FORMS AT ANY TCF BANK OR PRINT THEM ONLINE AT TCFBANK.COM. OFFER SUBJECT TO LIMITATIONS AND REQUIREMENTS. SEE A TCF REPRESENTATIVE FOR DETAILS.

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE | TOTAL FOR 2011 |
|---|---|---|---|
| TOTAL OVERDRAFT FEES | $28.00 | $28.00 | $173.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS "OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS "RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

TOTAL OVERDRAFT/RETURNED ITEM FEES REVERSED YEAR-TO-DATE: $28.00

COWYMAN CONTRACTORS INC
1011 E JONES RD
HOWELL, MI 48855-9296

5082

1-23-2012

Pay to the Order of CDWyman, INC                    $ 350.00

Three Hundred Fifty & 00/100                        Dollars

TCF BANK

Memo Property Tax

⑆272471548⑆ 9883401012⑆ 05082

1/24/2012    5082  350.00

COWYMAN CONTRACTORS INC
1011 E JONES RD
HOWELL, MI 48855-9296

5086

1-27-12

Pay to the Order of CDWyman, INC                    $ 40.00

Forty & 00/100                                      Dollars

TCF BANK

Memo Line-Draw

⑆272471548⑆ 9883401012⑆ 05086

1/30/2012    5086  40.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

DTTFDDTTDFFFFDTTADFDTTFFDAFDDAFADTDDTFAATDTFTFFFATFTAFAFAATTTTTTD

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

TCF BANK IS PLEASED TO INTRODUCE MOBILE BANKING. WITH TEXT BANKING, MOBILE BROWSING, OR THE
IPHONE APP, YOU CAN BANK FROM THE PALM OF YOUR HAND. TAKE TCF WITH YOU WHEREVER YOU GO! VISIT
WWW.TCFBANK.COM TO GET STARTED. MEMBER FDIC.

## TCF SMALL BUSINESS CHECKING

STATEMENT PERIOD 12-01-11 THROUGH 12-30-11

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 11-30-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 12-30-11 |
|---|---|---|---|---|
| | 27.95 | 452.12 | 440.00 | 15.83 |

INTEREST EARNED IN STATEMENT PERIOD    .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

### CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5027 | 100.00 | 1208 | 84070543 | | | | | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1202 | 14.92 | SUNOCO 0387964000 HOWELL MI US | 1219 | 10.60 | VESTA *BOOST PREP 888-440-9958 OR US |
| 1205 | 12.13 | MARATHON PETRO1221 HOWELL MI US | 1222 | 14.94 | MARATHON PETRO1165 BRIGHTON MI US |
| 1214 | 19.96 | MARATHON PETRO1221 HOWELL MI US | 1223 | 34.94 | MARATHON PETRO1221 HOWELL MI US |
| 1215 | 50.00 | VESTA *BOOST PREP 888-440-9958 OR US | 1223 | 9.96 | MARATHON PETRO1221 HOWELL MI US |
| 1219 | 59.84 | MARATHON PETRO1221 HOWELL MI US | 1226 | 29.93 | MARATHON PETRO1221 HOWELL MI US |
| 1219 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US | 1226 | 5.00 | OLD GLORY AUTOWASH HOWELL MI US |
| 1219 | 19.97 | MARATHON PETRO1221 HOWELL MI US | 1229 | 14.93 | MARATHON PETRO1221 HOWELL MI US |
| 1219 | 15.00 | SUNOCO 0488524000 HOWELL MI US | | | |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 1208 | 100.00 | DEPOSIT | REF # 84223955 | 1219 | 100.00 | DEPOSIT | REF # 81643734 |
| 1213 | 10.00 | DEPOSIT | REF # 82323045 | 1223 | 100.00 | DEPOSIT | REF # 85345552 |
| 1214 | 130.00 | DEPOSIT | REF # 83290498 | | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES $28
FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5. TCF CHARGES $27 FOR ANY DAY THAT WE RETURN ITEMS
WITHOUT PAYING THEM. FOR OTHER ACCOUNT TYPES, TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED
ITEMS. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DTTFDDTTDFFFFD1TADFDTTFFDAFDDAFADTDDTFAATDT7TFEFATFTAFAFAATTTTTTD

1     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $173.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT (OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

GDWYMAN CONTRACTORS INC
9211 E JONES RD
HOWELL, MI 48805-9296

5027

12-7-11

Pay to the
Order of    CD WYMAN INC                    $ 100.00

One Hundred & 00/100                         Dollars

TCF BANK

Memo  Deposit on Roof

Michelle J Resh

⑈272671564⑈ 9883401012⑈ 05027

12/8/2011    5027 100.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

DFADDTFAADDDTATDDAADFFAADDDDFTFTTDTDATTDDTFAFFFTDAFFFDTDDFFDTFDDD

```
    1      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298
```

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

REDUCE THE CLUTTER IN YOUR MAILBOX BY SWITCHING OFF PAPER STATEMENTS. DECREASE THE LIKELIHOOD OF
FRAUD BY REMOVING A PAPER TRAIL AND OPTING FOR ONLINE STATEMENTS ONLY. NEVER AGAIN WILL YOU HAVE
TO WORRY ABOUT YOUR STATEMENTS IN THE MAIL! VISIT WWW.TCFBANK.COM. MEMBER FDIC.

## TCF SMALL BUSINESS CHECKING

| ACCOUNT NUMBER | 9883401012 | STATEMENT PERIOD 11-01-11 THROUGH 11-30-11 | |
|---|---|---|---|
| ACCOUNT SUMMARY | BALANCE 10-31-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 11-30-11 |
| | 6.23 | 582.46 | 604.18 | 27.95 |

INTEREST EARNED IN STATEMENT PERIOD    .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5060 | 115.00 | 1107 | 81388845 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1101 | 39.99 | MARATHON PETRO1221 HOWELL MI US | 1114 | 10.00 | MARATHON PETRO1221 HOWELL MI US |
| 1102 | 10.00 | SUNOCO 0815158100 HOWELL MI US | 1117 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 1107 | 9.99 | MARATHON PETRO1221 HOWELL MI US | 1118 | 17.94 | MARATHON PETRO1221 HOWELL MI US |
| 1108 | 29.96 | SUNOCO 0488524000 HOWELL MI US | 1121 | 53.00 | VESTA *BOOST PREP 888-440-9958 OR US |
| 1108 | 29.92 | MARATHON PETRO1221 HOWELL MI US | 1121 | 19.94 | MARATHON PETRO1221 HOWELL MI US |
| 1108 | 21.41 | SUNOCO 0488524000 HOWELL MI US | 1123 | 25.10 | SUNOCO 0488524000 HOWELL MI US |
| 1108 | 10.31 | LOWES #00779* HOWELL MI US | 1123 | 24.92 | SUNOCO 0488524000 HOWELL MI US |
| 1109 | 20.68 | LOWES #00779* HOWELL MI US | 1125 | 34.91 | SUNOCO 0488524000 HOWELL MI US |
| 1114 | 35.00 | MARATHON PETRO1221 HOWELL MI US | 1129 | 34.39 | EXXONMOBIL 9672 FENTON MI US |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1101 | 50.00 | DEPOSIT REF # 82327845 | 1121 | 100.00 | WEB TRANSFER DEPOSIT |
| 1107 | 200.00 | DEPOSIT REF # 81600566 | | | FROM ACCOUNT 6883372707 |
| 1107 | 53.18 | DEPOSIT REF # 81146427 | 1122 | 51.00 | DEPOSIT REF # 82320058 |
| 1114 | 100.00 | DEPOSIT REF # 81588374 | 1128 | 50.00 | DEPOSIT REF # 81409492 |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES $28
FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5. TCF CHARGES $27 FOR ANY DAY THAT WE RETURN ITEMS
WITHOUT PAYING THEM. FOR OTHER ACCOUNT TYPES, TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED
ITEMS. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DFADDTFAADDDEATDDAADFFAADDDDFTFTTDTDATTDDDTFAFFETDAFFFDTDDFFDTFDDD

1     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $173.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

COWMAN CONTRACTORS INC
1011 E JONES RD
HOWELL, MI 48855-9296

5080

11-3-11

Pay to the
Order of __CD Wyman, Inc__ | $ 115.00

__One Hundred Fifteen & 00/100__ Dollars

Memo __Hines Advance__          Michelle J Fisher

⑆272672568⑆ 9883401012⑈ 5080

11/7/2011      5080  115.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FTFTAFDFAAADFAFADFDADTTTATTAAFTFTAATFFFTAATTTATADDTDFAAATDAAFTDFA

0    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

MAKE MORE PROFITABLE USE OF YOUR BUSINESS DAY. HAVE PAYROLL TASKS DONE FOR YOU. ALLOW PAYCHEX,
AN AFFILIATED THIRD PARTY PROVIDER, HELP WITH PAYMENT OPTIONS, DIRECT DEPOSIT, TAX PROCESSING AND
REPORTING. SERVICES ARE SIMPLE AND ECONOMICAL, TALK TO A TCF BANKER TO GET STARTED. MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 10-01-11 THROUGH 10-31-11

**ACCOUNT NUMBER**  9883401012

| ACCOUNT SUMMARY | BALANCE 09-30-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 10-31-11 |
|---|---|---|---|---|
| | 43.43 | 582.20 | 545.00 | 6.23 |

INTEREST EARNED IN STATEMENT PERIOD        .00
ANNUAL PERCENTAGE YIELD EARNED      .00%

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1003 | 24.94 | MARATHON PETRO1221 HOWELL    MI US | 1013 | 25.00 | SUNOCO 0387964000 HOWELL      MI US |
| 1003 | 28.62 | ROLL N SAVE TOBACC HOWELL    MI US | 1014 | 22.91 | MARATHON PETRO1221 HOWELL      MI US |
| 1004 | 10.57 | THE HOME DEPOT 275 HOWELL    MI US | 1017 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 1006 | 19.94 | BP ATLAS 1049 DEXTER     MI US | 1017 | 19.99 | MARATHON PETRO1221 HOWELL      MI US |
| 1007 | 25.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 1018 | 74.21 | A1S CONSTRUCTION E LANSING    MI US |
| 1010 | 15.41 | THE HOME DEPOT 275 HOWELL    M1 US | 1019 | 53.00 | VESTA  *BOOST PREP 888-440-9958 OR US |
| 1011 | 35.77 | MARATHON PETRO1221 HOWELL    MI US | 1021 | 19.96 | MARATHON PETRO1221 HOWELL      MI US |
| 1011 | 33.00 | MARATHON PETRO1221 HOWELL    MI US | 1024 | 19.94 | MARATHON PETRO1221 HOWELL      MI US |
| 1011 | 19.92 | MARATHON PETRO1221 HOWELL    M1 US | 1025 | 50.02 | MARATHON PETRO1221 HOWELL      MI US |
| 1012 | 6.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 1025 | 28.00 | DAILY OVERDRAFT FEE |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1003 | 45.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 1014 | 70.00 | DEPOSIT      REF # 85099188 |
| 1006 | 50.00 | DEPOSIT    REF # 84271989 | 1017 | 60.00 | DEPOSIT      REF # 81409304 |
| 1007 | 20.00 | DEPOSIT    REF # 85334059 | 1018 | 75.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 1011 | 125.00 | DEPOSIT    REF # 82396394 | 1025 | 100.00 | DEPOSIT      REF # 82358344 |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES $28
FOR EACH DAY YOUR ACCOUNT IS OVERDRAWN BY MORE THAN $5. TCF CHARGES $27 FOR ANY DAY THAT WE RETURN ITEMS
WITHOUT PAYING THEM. FOR OTHER ACCOUNT TYPES, TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED
ITEMS. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

STATEMENT DATE
10-31-11

9883401012
0

FTFTAFDFAAADFAFADFDADTTTATTAAFTFTAATFFFTAATTTATADDTDFAAATDAAFTDFA

```
    0    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI   48855-9298
```

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

|                        | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------------------------|-----------|-----------|
| TOTAL OVERDRAFT FEES   | $28.00    | $173.00   |
| TOTAL RETURNED ITEM FEES | $.00    | $35.00    |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)," "DAILY OVERDRAFT," "NONSUFFICIENT FUNDS (NSF)," OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM," "RETURNED ITEM ACTIVITY," "NSF," OR "UNAVL FUNDS" FEES.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DFFFADFTFTDDFDDTTAFFAFDTDFFFFDADFDAFTADDDFDADFDTTAFDATAFDFDAAADTT

0     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

RECEIVE NEXT BUSINESS DAY FUNDS AVAILABILITY.  LINK YOUR TCF BUSINESS CHECKING ACCOUNT WITH TCF
MERCHANT SERVICES.  TCF BANK AND FIRST DATA HAVE PARTNERED TO BRING YOU A GREAT RATE FOR CREDIT
CARD PROCESSING.  FOR ALL THE BENEFITS OF THIS GREAT SERVICE, SEE YOUR TCF BANKER.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER** 9883401012           STATEMENT PERIOD 09-01-11 THROUGH 09-30-11
**ACCOUNT SUMMARY**

| BALANCE 08-31-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 09-30-11 |
|---|---|---|---|
| 82.04 | 908.61 | 870.00 | 43.43 |

INTEREST EARNED IN STATEMENT PERIOD        .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0901 | 28.62 | ROLL N SAVE TOBACC HOWELL       MI US | 0913 | 4.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0901 | 15.01 | MARATHON OIL 12216 HOWELL       MI US | 0919 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0901 | 14.97 | MARATHON OIL 12216 HOWELL       MI US | 0919 | 23.75 | MARATHON PETRO1221 HOWELL       MI US |
| 0901 | 9.01 | SUBWAY      0050 BRIGHTON     MI US | 0919 | 19.97 | MARATHON PETRO1221 HOWELL       MI US |
| 0902 | 15.96 | MARATHON OIL 12216 HOWELL       MI US | 0920 | 58.30 | VESTA *BOOST PREP 888-440-9958 OR US |
| 0902 | 15.00 | MARATHON OIL 12216 HOWELL       MI US | 0920 | 39.94 | MARATHON PETRO1221 HOWELL       MI US |
| 0906 | 75.00 | MARATHON OIL 12216 HOWELL       MI US | 0921 | 75.00 | MARATHON PETRO1221 HOWELL       MI US |
| 0906 | 59.86 | MARATHON OIL 12216 HOWELL       MI US | 0922 | 37.04 | MARATHON PETRO1221 HOWELL       MI US |
| 0906 | 25.03 | MARATHON OIL 12216 HOWELL       MI US | 0926 | 53.40 | KROGER #720 HOWELL       MI US |
| 0906 | 19.35 | SUNOCO 0387964000 HOWELL       MI US | 0926 | 15.95 | SUNOCO 0488524000 HOWELL       MI US |
| 0907 | 28.62 | ROLL N SAVE TOBACC HOWELL       MI US | 0928 | 14.95 | MARATHON PETRO1221 HOWELL       MI US |
| 0908 | 9.43 | SUBWAY      0027 HOWELL       MI US | 0929 | 74.00 | MARATHON PETRO1221 HOWELL       MI US |
| 0909 | 49.53 | MARATHON OIL 12216 HOWELL       MI US | 0929 | 25.99 | MARATHON PETRO1221 HOWELL       MI US |
| 0912 | 60.93 | MARATHON PETRO1221 HOWELL       MI US | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE.  FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES A
DAILY OVERDRAFT FEE OF UP TO $25 FOR EACH DAY THAT YOUR CHECKING ACCOUNT IS OVERDRAWN. FOR OTHER ACCOUNT TYPES,
TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED ITEMS.  SEE REVERSE SIDE FOR MORE INFORMATION
ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

STATEMENT DATE
09-30-11

9883401012
0

DFFFADFTFTDDFDDTTAFFAFDTDFFFFDADFDAFTADDDFDADFDTTAFDATAFDFDAAADTT

0    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 0902 | 50.00 | DEPOSIT | REF # 85248185 | 0919 | 100.00 | DEPOSIT | REF # 81590515 |
| 0906 | 300.00 | DEPOSIT | REF # 82791259 | 0921 | 200.00 | DEPOSIT | REF # 83223257 |
| 0915 | 120.00 | DEPOSIT | REF # 84225561 | 0929 | 100.00 | DEPOSIT | REF # 84203015 |

|  | TOTAL FOR | TOTAL |
|--|-----------|-------|
|  | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | $.00 | $145.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)", "DAILY OVERDRAFT", "NONSUFFICIENT FUNDS (NSF)", OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM", "NSF", OR "UNAVL FUNDS" FEES.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
08-31-11

9883401012
1

TAAFDTDTDFFTDTTFTDADATATDAFFFTAADDTFTDADTDFAFDFTTTFFAAFDDTADDADDTF

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

PLEASE SEE THE ENCLOSED INSERT FOR IMPORTANT INFORMATION ABOUT CHANGES IN OUR OVERDRAFT FEES.

MAKE MORE PROFITABLE USE OF YOUR BUSINESS DAY. HAVE PAYROLL TASKS DONE FOR YOU. ALLOW PAYCHEX, AN
AFFILIATED THIRD PARTY PROVIDER, HELP WITH PAYMENT OPTIONS, DIRECT DEPOSIT, TAX PROCESSING AND
REPORTING. SERVICES ARE SIMPLE AND ECONOMICAL. TALK TO A TCF BANKER TO GET STARTED. MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 07-30-11 THROUGH 08-31-11

ACCOUNT NUMBER   9883401012

| ACCOUNT SUMMARY | BALANCE 07-29-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 08-31-11 |
|---|---|---|---|---|
| | 261.89 | 1,509.85 | 1,330.00 | 82.04 |

INTEREST EARNED IN STATEMENT PERIOD      .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

EFFECTIVE 8/25/11, THE TCF MILES PLUS REWARDS PROGRAM FOR CHECK CARDS WILL BE
DISCONTINUED AND NO POINTS WILL BE EARNED ON OR AFTER THAT DATE. YOU MUST REDEEM
ANY EARNED POINTS BY 9/22/11. POINTS NOT USED BY 9/22/11 CANNOT BE REDEEMED.
LOG INTO TCF ONLINE BANKING TO CHECK YOUR POINTS TOTAL AND REDEEM YOUR POINTS.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5025 | 453.00 | 0830 | 82076167 ! | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0801 | 63.27 | MARATHON OIL 12216 HOWELL    MI US | 0809 | 11.96 | MARATHON OIL 12216 HOWELL    MI US |
| 0801 | 54.67 | BENNIGAN'S 5822 HOWELL    MI US | 0811 | 37.49 | SUNOCO 0387964000 HOWELL    MI US |
| 0801 | 12.21 | KROGER #720 HOWELL    MI US | 0811 | 12.49 | SUNOCO 0387964000 HOWELL    MI US |
| 0802 | 60.41 | ROLL N SAVE TOBACC HOWELL    MI US | 0811 | 9.99 | MARATHON OIL 12216 HOWELL    MI US |
| 0805 | 29.99 | MARATHON OIL 12216 HOWELL    MI US | 0815 | 37.99 | MARATHON OIL 12216 HOWELL    MI US |
| 0805 | 29.97 | MARATHON OIL 12216 HOWELL    MI US | 0815 | 29.97 | SUNOCO 0815158100 HOWELL    MI US |
| 0808 | 59.87 | MARATHON OIL 12216 HOWELL    MI US | 0816 | 28.62 | ROLL N SAVE TOBACC HOWELL    MI US |
| 0808 | 34.96 | MARATHON OIL 12216 HOWELL    MI US | 0816 | 24.93 | MARATHON OIL 12216 HOWELL    MI US |
| 0808 | 28.62 | ROLL N SAVE TOBACC HOWELL    MI US | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES A
DAILY OVERDRAFT FEE OF UP TO $25 FOR EACH DAY THAT YOUR CHECKING ACCOUNT IS OVERDRAWN. FOR OTHER ACCOUNT TYPES,
TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED ITEMS. SEE REVERSE SIDE FOR MORE INFORMATION
ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

TAAFDTDTDFFTDTTFTDADATATDAFFFTAADDTFTDADTDFAFDFTTTFFAFDDTADDADDTF

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0817 | 40.00 | VIRGIN MOBILE USA<br>888-322-1122 VA US | | 0823 | 49.37 | KROGER #720<br>HOWELL      MI US |
| 0817 | 24.94 | MARATHON OIL 12216<br>HOWELL      MI US | | 0823 | 29.97 | MARATHON OIL 12216<br>HOWELL      MI US |
| 0818 | 20.51 | SUBWAY      0050<br>BRIGHTON    MI US | | 0826 | 28.62 | ROLL N SAVE TOBACC<br>HOWELL      MI US |
| 0819 | 19.98 | MARATHON OIL 12216<br>HOWELL      MI US | | 0829 | 5.00 | WEB TRANSFER WITHDRAWAL<br>TO ACCOUNT 6883372707 |
| 0822 | 58.30 | VESTA *BOOST PREP<br>888-440-9958 OR US | | 0829 | 30.00 | MARATHON OIL 12216<br>HOWELL      MI US |
| 0822 | 33.68 | WM SUPERCENTER<br>FOWLERVILLE  MI US | | 0829 | 15.99 | MARATHON OIL 12216<br>HOWELL      MI US |
| 0822 | 29.96 | WM SUPERCENTER<br>FOWLERVILLE  MI US | | 0829 | 15.96 | MARATHON OIL 12216<br>HOWELL      MI US |
| 0822 | 28.62 | ROLL N SAVE TOBACC<br>HOWELL      MI US | | 0829 | 9.22 | SUBWAY      0027<br>HOWELL      MI US |
| 0822 | 24.93 | MARATHON OIL 12216<br>HOWELL      MI US | | 0831 | 19.94 | SUNOCO 0488524000<br>HOWELL      MI US |
| 0822 | 4.45 | JOE'S JAVA REICHER<br>ANN ARBOR    MI US | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0808 | 150.00 | WEB TRANSFER DEPOSIT<br>FROM ACCOUNT 6883372707 | | 0815 | 300.00 | DEPOSIT        REF # 81510075 |
| 0810 | 35.00 | DEPOSIT        REF # 83261138 | | 0822 | 250.00 | WEB TRANSFER DEPOSIT<br>FROM ACCOUNT 6883372707 |
| 0811 | 10.00 | WEB TRANSFER DEPOSIT<br>FROM ACCOUNT 6883372707 | | 0829 | 550.00 | DEPOSIT        REF # 81569013 |
| | | | | 0829 | 35.00 | DEPOSIT        REF # 81568880 |

| | TOTAL FOR<br>THIS PERIOD | TOTAL<br>YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $145.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)", "DAILY OVERDRAFT", "NONSUFFICIENT FUNDS (NSF)", OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM", "NSF", OR "UNAVL FUNDS" FEES.

ODWYMAN CONTRACTORS INC
161 E JONES RD
HOWELL, MI 48855-1209

5025
73-9746/2724 114
(9883401012)

8-28-11

Pay to the
Order of   CD Wyman Ink                        | $ 455.00

Four Hundred Fifty Three & 00/100 ——————— Dollars

TCF
BANK

Memo   CUIZ - DR#3

⑆272471548⑆ 9883401012⑆ 05025

8/30/2011     5025  453.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
07-29-11

9883401012
0

ADFTFAFFATTDDFFFDADADFTAADDTAFTDAAAAFADTFATTTATFDFTFFTATDDFADFDFT

0    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

TCF BANK IS PLEASED TO INTRODUCE MOBILE BANKING.  WITH TEXT BANKING, MOBILE BROWSING OR THE
IPHONE APP YOU CAN BANK FROM THE PALM OF YOUR HAND.  TAKE TCF WITH YOU WHEREVER YOU GO!
VISIT WWW.TCFBANK.COM TO GET STARTED. MEMBER FDIC.
-
PLEASE SEE THE ENCLOSED INSERT FOR IMPORTANT INFORMATION ABOUT CHANGES IN OUR OVERDRAFT FEES.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 07-01-11 THROUGH 07-29-11

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 06-30-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 07-29-11 |
|---|---|---|---|---|
| | 274.44 | 1,192.55 | 1,180.00 | 261.89 |

INTEREST EARNED IN STATEMENT PERIOD        .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

EFFECTIVE 8/25/11, THE TCF MILES PLUS REWARDS PROGRAM FOR CHECK CARDS WILL BE
DISCONTINUED AND NO POINTS WILL BE EARNED ON OR AFTER THAT DATE. YOU MUST REDEEM
ANY EARNED POINTS BY 9/22/11. POINTS NOT USED BY 9/22/11 CANNOT BE REDEEMED.
LOG INTO TCF ONLINE BANKING TO CHECK YOUR POINTS TOTAL AND REDEEM YOUR POINTS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0701 | 75.00 | MARATHON OIL 12216 HOWELL    MI US | 0713 | 62.42 | MARATHON OIL 12216 HOWELL    MI US |
| 0701 | 54.58 | SUNOCO 0815158100 HOWELL    MI US | 0713 | 28.62 | ROLL N SAVE TOBACC HOWELL    MI US |
| 0701 | 20.49 | SUNOCO 0815158100 HOWELL    MI US | 0714 | 61.84 | KROGER #720 HOWELL    MI US |
| 0701 | 5.19 | MARATHON OIL 12216 HOWELL    MI US | 0714 | 34.41 | TRACTOR-SUPPLY-CO HOWELL    MI US |
| 0705 | 60.00 | MARATHON OIL 12216 HOWELL    MI US | 0715 | 26.00 | SUNOCO 0815158100 HOWELL    MI US |
| 0705 | 38.29 | PREMIER SHEEP SUPP 800-2826631  IA US | 0718 | 30.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0705 | 9.96 | SUNOCO 0387964000 HOWELL    MI US | 0718 | 75.00 | MARATHON OIL 12216 HOWELL    MI US |
| 0707 | 50.00 | MARATHON OIL 12216 HOWELL    MI US | 0718 | 56.44 | MARATHON OIL 12216 HOWELL    MI US |
| 0711 | 30.88 | KROGER #720 HOWELL    MI US | 0718 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US |
| 0711 | 22.24 | TRACTOR SUPPLY #11 WILLIAMSTON MI US | 0718 | 3.13 | JOE'S JAVA REICHER ANN ARBOR MI US |
| 0713 | 20.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 0719 | 53.00 | VESTA *BOOST PREP 888-440-9958 OR US |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES TO
THE ADDRESS SHOWN AT THE TOP OF THIS PAGE.  FOR CONSUMER AND SMALL BUSINESS CHECKING ACCOUNTS, TCF CHARGES A
DAILY OVERDRAFT FEE OF UP TO $25 FOR EACH DAY THAT YOUR CHECKING ACCOUNT IS OVERDRAWN. FOR OTHER ACCOUNT TYPES,
TCF CHARGES A PER ITEM FEE OF $35 FOR OVERDRAFTS AND DISHONORED ITEMS.  SEE REVERSE SIDE FOR MORE INFORMATION
ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
07-29-11

9883401012
0

ADFTFAFFATTDDFFFDADADFTAADDTAFTDAAAAFADTFATTTATFDFTFFTATDDFADFDFT

```
         0    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298
```

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0719 | 28.94 | KROGER #720 | | 0728 | 58.56 | KROGER #720 |
|      |       | HOWELL    MI US | | | | HOWELL    MI US |
| 0720 | 28.62 | ROLL N SAVE TOBACC | | 0728 | 57.90 | MARATHON OIL 11604 |
|      |       | HOWELL    MI US | | | | CHELSEA   MI US |
| 0725 | 66.06 | MARATHON OIL 12216 | | 0728 | 11.13 | O CONNORS DELI |
|      |       | HOWELL    MI US | | | | BRIGHTON  MI US |
| 0725 | 17.96 | SUNOCO 0815158100 | | 0729 | 21.15 | DTV*DIRECTV HARDWA |
|      |       | | | | | 800-347-3288 CA US |
| 0726 | 28.62 | ROLL N SAVE TOBACC | | 0729 | .30 | TOTAL POS BANK FEES |
|      |       | HOWELL    MI US | | | | |
| 0727 | 15.82 | POS THE HOME DEPOT 2751 | | | | |
|      |       | 00000059    HOWELL    MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0707 | 50.00 | DEPOSIT        REF # 84340963 | | 0718 | 200.00 | DEPOSIT        REF # 81578699 |
| 0711 | 270.00 | WEB TRANSFER DEPOSIT | | 0725 | 100.00 | WEB TRANSFER DEPOSIT |
|      |       | FROM ACCOUNT 6883372707 | | | | FROM ACCOUNT 6883372707 |
| 0714 | 160.00 | DEPOSIT        REF # 84284087 | | 0725 | 400.00 | DEPOSIT        REF # 81517305 |

0

| | | | TOTAL FOR | TOTAL |
|---|---|---|-----------|-------|
| | | | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | | | $.00 | $145.00 |
| TOTAL RETURNED ITEM FEES | | | $.00 | $35.00 |

0

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)", "DAILY OVERDRAFT", "NONSUFFICIENT FUNDS (NSF)", OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM", "NSF", OR "UNAVL FUNDS" FEES.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
06-30-11

9883401012
1

ATFFFTDFFAFTDTFDTDAATDDTFATFAFAADAAFDTFTAFDAAADFTDDFAAFDTTTFDDFTA

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

THE FOLLOWING IS ADDED TO YOUR ACCOUNT CONTRACT WITH TCF EFFECTIVE 8-3-11: TCF SUBSCRIBES TO THE
VISA ACCOUNT UPDATER SERVICE (VAU). WITH THIS SERVICE, IF YOU GIVE A MERCHANT YOUR VISA CARD NUMBER
AND AUTHORIZE THE MERCHANT TO BILL YOUR CARD PERIODICALLY FOR RECURRING PAYMENTS, ANY REPLACEMENT
CARD NUMBER WE GIVE YOU WILL BE AUTOMATICALLY SENT TO THE MERCHANT IF THE MERCHANT SUBSCRIBES TO
VAU. THIS APPLIES IF YOUR CARD EXPIRED OR WAS AUTOMATICALLY REPLACED BY TCF. THIS INCLUDES CURRENT
CARD NUMBERS AND ANY CARD NUMBERS ISSUED TO YOU IN THE PREVIOUS 12 MONTHS. CHANGES TO YOUR CARD
NUMBER AS A RESULT OF A LOST OR STOLEN CARD OR OTHER CARD REPLACEMENT REQUESTS YOU INITIATE WILL NOT
BE UPDATED. IF YOU PREFER THAT TCF NOT PROVIDE UPDATED CARD INFORMATION TO VAU, PLEASE CALL
1-800-823-2265 OR VISIT TCFBANK.COM FOR INFORMATION ON HOW TO OPT-OUT OF VAU.

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 06-01-11 THROUGH 06-30-11

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 05-31-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 06-30-11 |
|---|---|---|---|---|
| | 914.46 | 1,532.02 | 892.00 | 274.44 |

INTEREST EARNED IN STATEMENT PERIOD          .00
ANNUAL PERCENTAGE YIELD EARNED      .00%

AS OF 06/23/2011, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 45,609.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5078 | 150.00 | 0606 | 81486635 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0602 | 50.00 | SHELL OIL 57424077 HARTLAND MI US | 0608 | 32.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0606 | 74.52 | SUNOCO 0387964000 HOWELL MI US | 0608 | 49.46 | SUNOCO 0387964000 HOWELL MI US |
| 0606 | 59.83 | SUNOCO 0387964000 HOWELL MI US | 0609 | 66.55 | SUNOCO 0387964000 HOWELL MI US |
| 0606 | 36.00 | BENNIGAN'S 5822 HOWELL MI US | 0613 | 70.75 | KROGER 4720 HOWELL MI US |
| 0606 | 20.46 | SUBWAY 0003 BRIGHTON MI US | 0613 | 50.82 | SEARS ROEBUCK 86 800-676-5543 AL US |
| 0606 | 9.16 | SUNOCO 0387964000 HOWELL MI US | 0613 | 49.26 | SUNOCO 0387964000 HOWELL MI US |
| 0607 | 28.62 | ROLL N SAVE TOBACC HOWELL MI US | 0613 | 29.88 | SUNOCO 0488524000 HOWELL MI US |
| 0608 | 110.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES
TO THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. TCF CHARGES A DAILY OVERDRAFT FEE OF UP TO $25 FOR EACH DAY
YOUR ACCOUNT IS OVERDRAWN. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

ATFFFTDFFAFTDTFDTDAATDDTFATFAFAADAAFDTFTAFDAAADFTDDFAAFDTTTFDDFTA

1      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0613 | 29.36 | SUBWAY     0003 BRIGHTON    MI US | 0623 | 24.97 | SUNOCO 0815158100 HOWELL     MI US |
| 0613 | 24.66 | WM SUPERCENTER FOWLERVILLE MI US | 0623 | 19.82 | SUNOCO 0815158100 HOWELL     MI US |
| 0613 | 2.11 | KROGER #720 HOWELL     MI US | 0627 | 107.00 | SUNOCO 0815158100 HOWELL     MI US |
| 0616 | 44.33 | BRIGHTON BP BRIGHTON    MI US | 0627 | 70.14 | SUNOCO 0387964000 HOWELL     MI US |
| 0620 | 57.07 | SUNOCO 0387964000 HOWELL     MI US | 0627 | 42.62 | VENICE OIL LENNON     MI US |
| 0620 | 53.00 | VESTA *BOOST PREP 888-440-9958 OR US | 0627 | 7.41 | AUTOZONE #2170 HOWELL     MI US |
| 0620 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US | 0627 | 6.00 | OLD GLORY AUTOWASH HOWELL     MI US |
| 0620 | 24.96 | MARATHON OIL 12216 HOWELL     MI US | 0628 | 50.94 | MARATHON OIL 12216 HOWELL     MI US |
| 0620 | 17.55 | SUNOCO 0387964000 HOWELL     MI US | 0630 | 8.47 | AUTOZONE #2170 HOWELL     MI US |
| 0620 | 14.00 | POS SUNOCO 0387964000 42497201    HOWELL    MI | 0630 | .30 | TOTAL POS BANK FEES |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|------|--------|-------------|---|
| 0613 | 142.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0627 | 200.00 | DEPOSIT | REF # 81116326 |
| | | | 0627 | 40.00 | DEPOSIT | REF # 81540243 |
| 0620 | 150.00 | DEPOSIT        REF # 81420892 | 0628 | 200.00 | DEPOSIT | REF # 82264395 |
| 0622 | 40.00 | DEPOSIT        REF # 83262676 | 0630 | 100.00 | DEPOSIT | REF # 84255831 |
| 0627 | 20.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | | | |

|                         | TOTAL FOR | TOTAL |
|                         | THIS PERIOD | YEAR-TO-DATE |
|-------------------------|-----------|-------|
| TOTAL OVERDRAFT FEES    | $.00      | $145.00 |
| TOTAL RETURNED ITEM FEES | $.00     | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)", "DAILY OVERDRAFT", "NONSUFFICIENT FUNDS (NSF)", OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM", "NSF", OR "UNAVL FUNDS" FEES.

ODWYMAN CONTRACTORS INC
1011 E JOMER RD
HOWELL, MI 48843-9295

5078

6-5-11

Pay to the
Order of     Cash                          $ 150

One Hundred Fifty & 00/100                     Dollars

BANK

⑈272471548⑈ 9883401012⑈ 05078

6/6/2011     5078  150.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

TFFFFDFADTDTFDDATAFFAATADFFFFDFDDDADTTDDDFFADFDTTFFDATFFDADAAAFTT

0     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

REDUCE THE CLUTTER IN YOUR MAILBOX BY SWITCHING OFF PAPER STATEMENTS.  DECREASE THE LIKELYHOOD OF
FRAUD BY REMOVING A PAPER TRAIL AND OPTING FOR ONLINE STATEMENTS ONLY.  NEVER AGAIN WILL YOU HAVE
TO WORRY ABOUT YOUR STATEMENTS IN THE MAIL!  VISIT WWW.TCFBANK.COM.  MEMBER FDIC.

**FREE SMALL BUSINESS CHECKING**

| ACCOUNT NUMBER | 9883401012 | STATEMENT PERIOD 04-30-11 THROUGH 05-31-11 | |
|---|---|---|---|
| ACCOUNT SUMMARY | BALANCE 04-29-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 05-31-11 |
| | 52.43 | 1,002.97 | 1,865.00 | 914.46 |

INTEREST EARNED IN STATEMENT PERIOD          .00
ANNUAL PERCENTAGE YIELD EARNED      .00%

AS OF 05/25/2011, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 44,489.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0502 | 60.00 | MARATHON OIL 12216 HOWELL      MI US | 0520 | 49.93 | SUNOCO 0387964000 HOWELL      MI US |
| 0502 | 49.30 | SUNOCO 0387964000 HOWELL      MI US | 0523 | 59.45 | MARATHON OIL 12216 HOWELL      MI US |
| 0503 | 19.52 | CONVENIENCE DEPOT PINCKNEY      MI US | 0523 | 50.00 | SUNOCO 0387964000 HOWELL      MI US |
| 0504 | 56.01 | MARATHON OIL 12216 HOWELL      MI US | 0523 | 49.98 | SUNOCO 0387964000 HOWELL      MI US |
| 0504 | 19.53 | SUNOCO 0387964000 HOWELL      MI US | 0524 | 69.91 | SUNOCO 0815158100 HOWELL      MI US |
| 0505 | 28.62 | ROLL N SAVE TOBACC HOWELL      MI US | 0524 | 18.29 | SUNOCO 0815158100 HOWELL      MI US |
| 0506 | 74.65 | SUNOCO 0387964000 HOWELL      MI US | 0525 | 30.01 | SUNSHINE AMOCO BRIGHTON    MI US |
| 0509 | 49.80 | MARATHON OIL 12216 HOWELL      MI US | 0526 | 17.00 | MARATHON OIL 12216 HOWELL      MI US |
| 0516 | 60.01 | MARATHON OIL 11772 HOWELL      MI US | 0531 | 28.62 | ROLL N SAVE TOBACC HOWELL      MI US |
| 0516 | 6.00 | OLD GLORY AUTOWASH HOWELL      MI US | 0531 | 24.81 | SUNOCO 0387964000 HOWELL      MI US |
| 0517 | 50.00 | MARATHON OIL 12216 HOWELL      MI US | 0531 | 21.92 | KROGER #720 HOWELL      MI US |
| 0517 | 50.00 | MARATHON OIL 12216 HOWELL      MI US | 0531 | 19.61 | SUBWAY      0003 BRIGHTON    MI US |
| 0519 | 40.00 | VIRGIN MOBILE USA 888-322-1122 VA US | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145.  YOU CAN ALSO DIRECT INQUIRIES
TO THE ADDRESS SHOWN AT THE TOP OF THIS PAGE.  TCF CHARGES A DAILY OVERDRAFT FEE OF UP TO $25 FOR EACH DAY
YOUR ACCOUNT IS OVERDRAWN.  SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

STATEMENT DATE
05-31-11

9883401012
0

**TFFFFDFADTDTFDDATAFFAATADFFFEDFDDDADTTDDDFFADFDTTFFDATFFDADAAAFTT**

0     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|------|--------|-------------|--|
| 0502 | 70.00 | DEPOSIT | REF # 81581485 | 0516 | 60.00 | DEPOSIT | REF # 81622806 |
| 0503 | 40.00 | DEPOSIT | REF # 82370161 | 0517 | 40.00 | WEB TRANSFER DEPOSIT | |
| 0504 | 25.00 | WEB TRANSFER DEPOSIT | | | | FROM ACCOUNT 6883372707 | |
| | | FROM ACCOUNT 6883372707 | | 0517 | 100.00 | DEPOSIT | REF # 82326403 |
| 0504 | 55.00 | DEPOSIT | REF # 83342759 | 0519 | 50.00 | DEPOSIT | REF # 84313288 |
| 0505 | 75.00 | DEPOSIT | REF # 84222413 | 0523 | 300.00 | DEPOSIT | REF # 81537115 |
| 0509 | 50.00 | DEPOSIT | REF # 81502522 | 0526 | 1,000.00 | DEPOSIT | REF # 84210532 |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--|--|--|
| TOTAL OVERDRAFT FEES | $.00 | $145.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)", "DAILY OVERDRAFT", "NONSUFFICIENT FUNDS (NSF)", OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM", "NSF", OR "UNAVL FUNDS" FEES.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
04-29-11

9883401012
1

DTFFDDDAFDFDFDTATFADTDAADAFDFAAFDTTFTFATTDTATFFFTDFDAFDFTFDTATDTF

1     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

MAKE MORE PROFITABLE USE OF YOUR BUSINESS DAY. HAVE PAYROLL TASKS DONE FOR YOU. ALLOW PAYCHEX,
AN AFFILIATED THIRD PARTY PROVIDER, HELP WITH PAYMENT OPTIONS, DIRECT DEPOSIT, TAX PROCESSING AND
REPORTING. SERVICES ARE SIMPLE AND ECONOMICAL. TALK TO A TCF BANKER TO GET STARTED. MEMBER FDIC.

---

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 04-01-11 THROUGH 04-29-11

**ACCOUNT NUMBER**   9883401012

| ACCOUNT SUMMARY | BALANCE 03-31-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 04-29-11 |
|---|---|---|---|---|
| | 6.28 | 1,789.85 | 1,836.00 | 52.43 |

INTEREST EARNED IN STATEMENT PERIOD     .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

---

AS OF 04/25/2011, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 43,476.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

---

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5110 | 375.00 | 0411 | 81323814 | 5110 | 375.00 | 0406 | 83102483 | 5111 | 210.00 | 0425 | 81094330 |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0404 | 19.96 | SUNOCO 0815158100 HOWELL MI | 0421 | 57.31 | TRACTOR-SUPPLY-CO HOWELL MI US |
| 0404 | 19.95 | SUNOCO 0815158100 HOWELL MI | 0421 | 49.92 | SUNOCO 0387964000 HOWELL MI US |
| 0406 | 19.90 | SUNOCO 0387964000 HOWELL MI | 0422 | 5.81 | SPEEDWAY 08770 HOW HOWELL MI US |
| 0407 | 29.97 | MARATHON OIL 12216 | 0425 | 57.13 | KROGER #720 HOWELL MI US |
| 0413 | 39.95 | MARATHON OIL 12216 | 0425 | 49.62 | SUNOCO 0815158100 HOWELL MI US |
| 0415 | 192.00 | REAL COMP 248-553-3003 MI | 0425 | 29.95 | MARATHON OIL 12216 HOWELL MI US |
| 0415 | 117.00 | REAL COMP 248-553-3003 MI | 0425 | 9.54 | TRACTOR-SUPPLY-CO HOWELL MI US |
| 0419 | 20.21 | SUNOCO 0815158100 HOWELL MI | 0426 | 49.89 | SPEEDWAY 08770 HOW HOWELL MI US |
| 0420 | 20.00 | SUNOCO 0387964000 HOWELL MI | 0429 | 41.74 | SUNOCO 0387964000 HOWELL MI US |

---

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES
TO THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. TCF CHARGES A DAILY OVERDRAFT FEE OF UP TO $25 FOR EACH DAY
YOUR ACCOUNT IS OVERDRAWN. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DTFFDDDAFDFDFDTATFADTDAADAFDFAAFDTTFTFATTDTATFFFTDFDAFDFTFDTATDTF

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 0401 | 20.00 | DEPOSIT | REF # 85265359 | 0413 | 400.00 | DEPOSIT | REF # 83174046 |
| 0404 | 20.00 | DEPOSIT | REF # 81676442 | 0418 | 535.00 | DEPOSIT | REF # 81442349 |
| 0405 | 50.00 | DEPOSIT | REF # 82319161 | 0428 | 20.00 | DEPOSIT | REF # 84188573 |
| 0407 | 375.00 | RETURNED CHECK # 5110 | | 0429 | 41.00 | WEB TRANSFER DEPOSIT | |
| 0412 | 375.00 | RETURNED CHECK # 5110 | | | | FROM ACCOUNT 6883372707 | |

|  | | TOTAL FOR | TOTAL |
|--|--|-----------|-------|
|  | | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | | $.00 | $145.00 |
| TOTAL RETURNED ITEM FEES | | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT(OD)", "DAILY OVERDRAFT", "NONSUFFICIENT FUNDS (NSF)", OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM", "NSF", OR "UNAVL FUNDS" FEES.

COWYMAN CONTRACTORS INC
1011 C JONES RD
HOWELL MI 48855-4298

5111

TH-734/659-6114

4-21-11

Pay to the
Order of    James Evans                    $ 210.00

Two Hundred Ten $ 00/100 ================ Dollars

Memo:

C272471568C 9883401012C D5111

4/25/2011    5111 210.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
03-31-11

9883401012
5

DFDTFFAAATTAFFDAFTDFFFDFTDDADDDTADFAAFDFDATDDDTTFFATDTDAFAFAAAAFT

5   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

RECEIVE NEXT BUSINESS DAY FUNDS AVAILABILITY. LINK YOUR TCF BUSINESS CHECKING ACCOUNT WITH TCF
MERCHANT SERVICES. TCF BANK AND FIRST DATA HAVE PARTNERED TO BRING YOU A GREAT RATE FOR CREDIT
CARD PROCESSING. FOR ALL THE BENEFITS OF THIS GREAT SERVICE, SEE YOUR TCF BANKER. MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
ACCOUNT NUMBER  9883401012          STATEMENT PERIOD 03-01-11 THROUGH 03-31-11
ACCOUNT SUMMARY  BALANCE 02-28-11     CHECKS/WITHDRAWALS     DEPOSITS/ADDITIONS    BALANCE 03-31-11
                     352.20              2,026.92               1,681.00             6.28

INTEREST EARNED IN STATEMENT PERIOD     .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

AS OF 03/24/2011, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 42,833.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5102 | 65.00 | 0304 | 85087920 | * 5105 | 310.00 | 0308 | 82119328 | * 5109 | 450.00 | 0322 | 82106382 |
| 5103 | 100.00 | 0309 | 83093496 | * 5107 | 200.00 | 0315 | 82112497 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0302 | 19.40 | SUNOCO 0815158100 HOWELL MI | | 0311 | 24.92 | SUNOCO 0815158100 HOWELL MI |
| 0302 | 6.77 | SUBWAY 0027 HOWELL MI | | 0311 | 16.67 | SUBWAY 0027 HOWELL MI |
| 0303 | 43.44 | TRACTOR-SUPPLY-CO HOWELL MI | | 0314 | 49.96 | MARATHON OIL 12216 HOWELL MI |
| 0304 | 33.00 | LUCKYS PUB FOWLERVILLE MI | | 0314 | 22.25 | TRACTOR-SUPPLY-CO HOWELL MI |
| 0304 | 24.96 | SUNOCO 0815158100 HOWELL MI | | 0314 | 19.95 | SUNOCO 0815158100 HOWELL MI |
| 0304 | 7.39 | THE HOME DEPOT 275 HOWELL MI | | 0314 | 19.94 | SUNOCO 0815158100 HOWELL MI |
| 0307 | 39.98 | MARATHON OIL 12216 HOWELL MI | | 0314 | 17.73 | SUBWAY 0012 HOWELL MI |
| 0307 | 11.84 | MARATHON OIL 12216 HOWELL MI | | 0314 | 8.05 | SUBWAY 0027 HOWELL MI |
| 0309 | 39.69 | SUNOCO 0815158100 HOWELL MI | | 0316 | 39.91 | MARATHON OIL 12216 HOWELL MI |
| 0310 | 17.73 | SUBWAY 0006 FOWLERVILLE MI | | | | |

FOR BALANCE AND CHECKS PAID INFORMATION, DEPOSIT VERIFICATION, FUNDS TRANSFERS, AND OTHER CUSTOMER SERVICE,
VISIT US ONLINE AT TCFBANK.COM OR CALL 1-800-823-2265 OR TDD 1-800-343-6145. YOU CAN ALSO DIRECT INQUIRIES
TO THE ADDRESS SHOWN AT THE TOP OF THIS PAGE. TCF CHARGES A DAILY OVERDRAFT FEE OF UP TO $25 FOR EACH DAY
YOUR ACCOUNT IS OVERDRAWN. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

DFDTFFAAATTAFFDAFTDFFFDFTDDADDDTADFAAFDFDATDDDTTFFATDTDAFAFAAAFT

5    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0317 | 20.01 | SUNOCO 0815158100 HOWELL MI | 0322 | 43.44 | AUTOMATED WITHDRAWAL TRACTOR SUPPLY C PURCHASE 5108 HOWE MI |
| 0318 | 39.94 | EXXONMOBIL 9612 WILLIAMSTON MI | 0323 | 99.65 | MARATHON OIL 12216 HOWELL MI |
| 0321 | 29.50 | MARATHON OIL 12216 HOWELL MI | 0323 | 25.00 | DAILY OVERDRAFT FEE |
| 0321 | 19.96 | SUNOCO 0815158100 HOWELL MI | 0324 | 25.00 | DAILY OVERDRAFT FEE |
| 0321 | 10.00 | MARATHON OIL 12216 HOWELL MI | 0325 | 25.00 | DAILY OVERDRAFT FEE |
| 0321 | 9.91 | MARATHON OIL 12216 HOWELL MI | 0328 | 11.85 | CASCARDO FOWLERVIL FOWLERVILLE MI |
| 0322 | 39.98 | SUNOCO 0815158100 HOWELL MI | 0331 | 39.10 | SUNOCO 0815158100 HOWELL MI |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0304 | 81.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0318 | 80.00 | DEPOSIT REF # 85249131 |
| | | | 0321 | 50.00 | DEPOSIT REF # 81572184 |
| 0308 | 410.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0323 | 500.00 | DEPOSIT REF # 83230113 |
| 0314 | 200.00 | DEPOSIT REF # 81425604 | 0325 | 110.00 | DEPOSIT REF # 85251754 |
| 0314 | 80.00 | DEPOSIT REF # 81552053 | 0325 | 30.00 | DEPOSIT REF # 85251756 |
| 0315 | 40.00 | DEPOSIT REF # 82285841 | 0330 | 40.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0317 | 60.00 | DEPOSIT REF # 84190057 | | | |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $75.00 | $145.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FOR ITEMS TCF PAYS THAT OVERDRAW YOUR ACCOUNT. YOUR STATEMENT IDENTIFIES THESE FEES AS
"OVERDRAFT (OD)", "DAILY OVERDRAFT", "NONSUFFICIENT FUNDS (NSF)", OR "UNAVAILABLE (UNAVL) FUNDS" FEES. RETURNED
ITEM FEES ARE FOR ITEMS TCF DISHONORS OR RETURNS WITHOUT PAYING. YOUR STATEMENT IDENTIFIES THESE FEES AS
"RETURNED ITEM", "NSF", OR "UNAVL FUNDS" FEES.

3/4/2011    5102 65.00



3/9/2011    5103 100.00



3/8/2011    5105 310.00



3/15/2011    5107 200.00



3/22/2011    5109 450.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

TAATAADTATADDADFDDDFFTDATTDTFDTFADATAAFDTATTDFTTDDAFFAFTTAAAADFFT

1    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

MAKE MORE PROFITABLE USE OF YOUR BUSINESS DAY. HAVE PAYROLL TASKS DONE FOR YOU. ALLOW PAYCHEX, AN
AFFILIATED THIRD PARTY PROVIDER, HELP WITH PAYMENT OPTIONS, DIRECT DEPOSIT, TAX PROCESSING AND
REPORTING. SERVICES ARE SIMPLE AND ECONOMICAL, TALK TO A TCF BANKER TO GET STARTED. MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 02-01-11 THROUGH 02-28-11

**ACCOUNT NUMBER**    9883401012

| ACCOUNT SUMMARY | BALANCE 01-31-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 02-28-11 |
|---|---|---|---|---|
| | 4.25 | 899.05 | 1,247.00 | 352.20 |

INTEREST EARNED IN STATEMENT PERIOD        .00
ANNUAL PERCENTAGE YIELD EARNED      .00%

AS OF 02/24/2011, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 41,933.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5101 | 275.00 | 0223 | 83097001 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0202 | 74.74 | SUNOCO 0815158100 | | 0217 | 74.88 | MARATHON OIL 12216 |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0203 | 16.16 | SUNOCO 0387964000 | | 0221 | 68.15 | KROGER #720 |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0204 | 35.00 | NSF FEE-ITEM PAID | | 0223 | 76.38 | MARATHON OIL 12216 |
| 0207 | 49.35 | SUNOCO 0815158100 | | | | HOWELL      MI |
| | | HOWELL      MI | | 0225 | 14.90 | SUNOCO 0387964000 |
| 0210 | 14.90 | MARATHON OIL 12216 | | | | HOWELL      MI |
| | | HOWELL      MI | | 0228 | 75.00 | SUNOCO 0815158100 |
| 0214 | 74.80 | SUNOCO 0815158100 | | | | HOWELL      MI |
| | | HOWELL      MI | | | | |
| 0214 | 49.79 | SUNOCO 0387964000 | | | | |
| | | HOWELL      MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0202 | 75.00 | DEPOSIT      REF # 83286573 | | 0211 | 55.00 | WEB TRANSFER DEPOSIT |
| 0203 | 10.00 | DEPOSIT      REF # 84194242 | | | | FROM ACCOUNT 6883372707 |
| 0204 | 5.00 | WEB TRANSFER DEPOSIT | | 0214 | 80.00 | WEB TRANSFER DEPOSIT |
| | | FROM ACCOUNT 6883372707 | | | | FROM ACCOUNT 6883372707 |
| 0207 | 100.00 | DEPOSIT      REF # 81701136 | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35.  SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

TAATAADTATADDADFDDDFFTDATTDTFDTFADATAAFDTATTDFTTDDAFFAFTTAAAADFFT

1     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI   48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0217 | 75.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0218 | 847.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $35.00 | $70.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.   RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

CDWYMAN CONTRACTORS INC
8911 E JONES RD
HOWELL, MI 48855-9299

5101

2-21-2011

Pay to the Order of ___ CD Wyman, Inc ___ | $275.00

Two Hundred Seventy Five & 00/100 ___ Dollars

Memo ___ Shorts ___

Michele J Becker

⑆272471546⑆ 9883401012⑆ 05401

2/23/2011      5101  275.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FATDFTTFTAFADFFFFDFAFTTFFTADTDAFTFFDFDFFAAAFDADTFDDADAADATFADDADT

3   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

TCF BANK IS PLEASED TO INTRODUCE MOBILE BANKING.  WITH TEXT BANKING, MOBILE BROWSING OR THE
IPHONE APP YOU CAN BANK FROM THE PALM OF YOUR HAND.  TAKE TCF WITH YOU WHEREVER YOU GO!
VISIT WWW.TCFBANK.COM TO GET STARTED.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 01-01-11 THROUGH 01-31-11

**ACCOUNT NUMBER**  9883401012

| ACCOUNT SUMMARY | BALANCE 12-31-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 01-31-11 |
|---|---|---|---|---|
| | 4.08 | 2,834.67 | 2,834.84 | 4.25 |

INTEREST EARNED IN STATEMENT PERIOD     .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

AS OF 01/25/2011, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 41,448.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5075 | 170.00 | 0104 | 82128267 | * 5079 | 1,050.00 | 0118 | 82156092 | 5079 | 1,050.00 | 0112 | 83155930 |
| * 5077 | 50.00 | 0107 | 85120190 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0103 | 9.94 | MARATHON OIL 12216 HOWELL      MI | | 0117 | 9.98 | SUNOCO 0387964000 HOWELL      MI |
| 0104 | 19.99 | SUNOCO 081515810C HOWELL      MI | | 0119 | 48.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0106 | 15.08 | SUNOCO 0387964000 HOWELL      MI | | 0121 | 9.62 | SUNOCO 0488524000 HOWELL      MI |
| 0107 | 14.95 | SUNOCO 0815158100 HOWELL      MI | | 0121 | 7.21 | SUNOCO 0815158100 HOWELL      MI |
| 0110 | 29.69 | SUNOCO 0815158100 HOWELL      MI | | 0124 | 19.99 | MARATHON OIL 12216 HOWELL      MI |
| 0111 | 75.00 | SUNOCO 0815158100 HOWELL      MI | | 0124 | 19.60 | MARATHON OIL 12216 HOWELL      MI |
| 0112 | 75.00 | SUNOCO 0815158100 HOWELL      MI | | 0124 | 19.09 | SUNOCO 0815158100 HOWELL      MI |
| 0113 | 35.00 | NSF FEE-ITEM PAID | | 0128 | 21.57 | SUNOCO 0815158100 HOWELL      MI |
| 0113 | 35.00 | NSF FEE-ITEM NOT PAID | | | | |
| 0117 | 10.05 | SUNOCO 0815158100 HOWELL      MI | | 0131 | 39.91 | MARATHON OIL 12216 HOWELL      MI |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.  SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
01-31-11

9883401012
3

FATDFTTFTAFADFFFFDFAFTTFFTADTDAFTFFDFDFFAAAFDADTFDDADAADATFADDADT

3    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 0103 | 30.00 | DEPOSIT | REF # 81361140 | 0114 | 1,225.00 | DEPOSIT | REF # 85131701 |
| 0104 | 200.00 | DEPOSIT | REF # 82297256 | 0117 | 50.00 | DEPOSIT | REF # 81384138 |
| 0107 | 50.00 | DEPOSIT | REF # 85379294 | 0120 | 30.00 | DEPOSIT | REF # 84347566 |
| 0110 | 34.84 | DEPOSIT | REF # 81579918 | 0121 | 48.00 | WEB TRANSFER DEPOSIT | |
| 0111 | 75.00 | DEPOSIT | REF # 82252148 | | | FROM ACCOUNT 6883372707 | |
| 0113 | 1,050.00 | RETURNED CHECK # 5079 | | 0131 | 42.00 | DEPOSIT | REF # 81565717 |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $35.00 | $35.00 |
| TOTAL RETURNED ITEM FEES | $35.00 | $35.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

1/4/2011    5075  170.00

1/7/2011    5077  50.00

1/18/2011   5079  1,050.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

ADTDDTADADDADFAFFTATDFADFDTDTAATAADDFFTAFTFFAAFAFADAFDDDFTADFFTDF

4   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

EFFECTIVE OCTOBER 15, 2010, YOU MAY TRANSFER FUNDS TO OR RECEIVE FUNDS FROM ANOTHER VISA
CARDHOLDER'S ACCOUNT THROUGH A VISA-APPROVED ORIGINATOR USING THE VISA MONEY TRANSFER SYSTEM. IF A
TCF CHECK CARD HAS BEEN ISSUED FOR YOUR ACCOUNT YOU MAY RECEIVE DEPOSITS TO YOUR ACCOUNT THROUGH THE
VISA MONEY TRANSFER SYSTEM UP TO ONE DEPOSIT OF $2,500 PER CARD PER DAY, THREE DEPOSITS TOTALING
$7,500 PER CARD OVER 7 DAYS, AND FIVE DEPOSITS TOTALING $12,500 PER CARD OVER 30 DAYS. THESE
TRANSFERS ARE CONSIDERED POINT-OF-SALE (POS) TRANSACTIONS FOR PURPOSE OF YOUR ACCOUNT CONTRACT WITH
TCF, AND TRANSFERS FROM YOUR ACCOUNT USING THE VISA MONEY TRANSFER SYSTEM ARE SUBJECT TO THE SAME
TRANSACTION LIMITS AS OTHER NON-SECRET CODE POS TRANSACTIONS.

## FREE SMALL BUSINESS CHECKING
ACCOUNT NUMBER    9883401012                STATEMENT PERIOD 12-01-10 THROUGH 12-31-10
ACCOUNT SUMMARY

| BALANCE 11-30-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 12-31-10 |
|---|---|---|---|
| 8.29 | 2,839.21 | 2,835.00 | 4.08 |

INTEREST EARNED IN STATEMENT PERIOD     .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

AS OF 12/23/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 40,919.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5066 | 800.00 | 1202 | 84114257 | 5068 | 800.00 | 1221 | 82133056 | 5069 | 550.00 | 1228 | 82105736 |
| 5067 | 50.00 | 1206 | 81422714 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1203 | 30.00 | CASCARDO FOWLERVIL FOWLERVILLE MI | | 1217 | 29.92 | SUNOCO 0815158100 HOWELL MI |
| 1206 | 60.12 | CASCARDO FOWLERVIL FOWLERVILLE MI | | 1220 | 49.60 | MARATHON OIL 12216 HOWELL MI |
| 1207 | 35.00 | NSF FEE-ITEM PAID | | 1220 | 30.47 | CASCARDO FOWLERVIL FOWLERVILLE MI |
| 1209 | 39.78 | SUNOCO 0815158100 HOWELL MI | | 1222 | 49.65 | SUNOCO 0815158100 HOWELL MI |
| 1213 | 62.25 | KROGER #720 HOWELL MI | | 1227 | 75.00 | SUNOCO 0815158100 HOWELL MI |
| 1213 | 39.43 | SUNOCO 0815158100 HOWELL MI | | 1227 | 14.95 | SUNOCO 0815158100 HOWELL MI |
| 1213 | 29.97 | SUNOCO 0387964000 HOWELL MI | | 1230 | 33.48 | MARATHON OIL 12216 HOWELL MI |
| 1215 | 39.64 | SUNOCO 0815158100 HOWELL MI | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265. TDD 1 (800) 343-6145. THANK YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35. SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

ADTDDTADADDADFAFFTATDFADFDTDTAATAADDFFTAFTFFAAFAFADAFDDDFTADFFTDF

4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 1230 | 19.95 | SUNOCO 0488524000 | | | | |
| | | HOWELL      MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|---|------|--------|-------------|---|
| 1202 | 800.00 | DEPOSIT | REF # 84226709 | | 1215 | 15.00 | DEPOSIT | REF # 83304137 |
| 1203 | 25.00 | DEPOSIT | REF # 85359062 | | 1220 | 80.00 | DEPOSIT | REF # 81623413 |
| 1206 | 60.00 | DEPOSIT | REF # 81714091 | | 1221 | 860.00 | DEPOSIT | REF # 82342344 |
| 1207 | 85.00 | DEPOSIT | REF # 82372898 | | 1227 | 80.00 | DEPOSIT | REF # 81397704 |
| 1209 | 80.00 | DEPOSIT | REF # 84232744 | | 1228 | 550.00 | DEPOSIT | REF # 82300643 |
| 1213 | 100.00 | DEPOSIT | REF # 81014407 | | 1230 | 50.00 | DEPOSIT | REF # 84304659 |
| 1213 | 50.00 | DEPOSIT | REF # 81605632 | | | | | |

| | TOTAL FOR | TOTAL |
|---|---|---|
| | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | $35.00 | $735.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $105.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

12/2/2010    5066 800.00

12/6/2010    5067 50.00

12/21/2010    5068 800.00

12/28/2010    5069 550.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

DFDADFATDDTAFTTAATTDAFADTFDTDTDTDDDATTTFDDDDFDADAAATADDAFADDAAAAD

3     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

EFFECTIVE OCTOBER 15, 2010, YOU MAY TRANSFER FUNDS TO OR RECEIVE FUNDS FROM ANOTHER VISA
CARDHOLDER'S ACCOUNT THROUGH A VISA-APPROVED ORIGINATOR USING THE VISA MONEY TRANSFER SYSTEM.  IF A
TCF CHECK CARD HAS BEEN ISSUED FOR YOUR ACCOUNT YOU MAY RECEIVE DEPOSITS TO YOUR ACCOUNT THROUGH THE
VISA MONEY TRANSFER SYSTEM UP TO ONE DEPOSIT OF $2,500 PER CARD PER DAY, THREE DEPOSITS TOTALING
$7,500 PER CARD OVER 7 DAYS, AND FIVE DEPOSITS TOTALING $12,500 PER CARD OVER 30 DAYS.  THESE
TRANSFERS ARE CONSIDERED POINT-OF-SALE (POS) TRANSACTIONS FOR PURPOSE OF YOUR ACCOUNT CONTRACT WITH
TCF, AND TRANSFERS FROM YOUR ACCOUNT USING THE VISA MONEY TRANSFER SYSTEM ARE SUBJECT TO THE SAME
TRANSACTION LIMITS AS OTHER NON-SECRET CODE POS TRANSACTIONS.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 10-30-10 THROUGH 11-30-10

ACCOUNT NUMBER     9883401012

| ACCOUNT SUMMARY | BALANCE 10-29-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 11-30-10 |
|---|---|---|---|---|
| | 27.80 | 1,999.51 | 1,980.00 | 8.29 |

INTEREST EARNED IN STATEMENT PERIOD          .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

AS OF 11/23/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 40,358.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5063 | 150.00 | 1104 | 84116198 | 5064 | 950.00 | 1116 | 82129054 | 5065 | 350.00 | 1130 | 82125344 |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1101 | 53.01 | SUNOCO 0387964000 HOWELL           MI | | 1118 | 27.75 | SUNOCO 0815158100 HOWELL           MI |
| 1101 | 24.58 | MARATHON OIL 12216 HOWELL           MI | | 1119 | 6.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 1108 | 74.86 | SUNOCO 0815158100 HOWELL           MI | | 1122 | 30.08 | MARATHON OIL 12216 HOWELL           MI |
| 1109 | 3.99 | USA 2 GO CAR WASH HOWELL           MI | | 1123 | 30.14 | MARATHON OIL 12216 HOWELL           MI |
| 1111 | 39.99 | SUNOCO 0815158100 HOWELL           MI | | 1124 | 35.00 | NSF FEE-ITEM PAID |
| | | | | 1126 | 30.32 | SUNOCO 0815158100 HOWELL           MI |
| 1115 | 69.32 | SUNOCO 0815158100 HOWELL           MI | | 1129 | 29.97 | SUNOCO 0815158100 HOWELL           MI |
| 1117 | 30.00 | SUNOCO 0387964000 HOWELL           MI | | 1130 | 29.50 | MARATHON OIL 12216 HOWELL           MI |
| 1118 | 35.00 | NSF FEE-ITEM PAID | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.  SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DFDADFATDDTAFTTAATTDAFADTFDTDTDTDDDATTTFDDDDFDADAAATADDAFADDAAAAD

3    214 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|-----------|------|--------|-------------|-----------|
| 1101 | 50.00 | DEPOSIT | REF # 81504247 | 1118 | 100.00 | DEPOSIT | REF # 84249257 |
| 1103 | 170.00 | DEPOSIT | REF # 83343451 | 1122 | 50.00 | DEPOSIT | REF # 81552344 |
| 1108 | 75.00 | DEPOSIT | REF # 81518164 | 1124 | 75.00 | DEPOSIT | REF # 83276715 |
| 1111 | 100.00 | DEPOSIT | REF # 84132886 | 1129 | 30.00 | DEPOSIT | REF # 81344372 |
| 1116 | 950.00 | DEPOSIT | REF # 82355458 | 1130 | 380.00 | DEPOSIT | REF # 82323032 |

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES | $70.00 | $703.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $105.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

11/4/2010     5063  150.00

11/16/2010    5064  950.00

11/30/2010    5065  350.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FDDTDAAFAFTADFAFFATTDFFDADDTTADTAADTFATAFTDDTTAFFFTAFDFTFTTFFTFD

4       114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

EFFECTIVE OCTOBER 15, 2010, YOU MAY TRANSFER FUNDS TO OR RECEIVE FUNDS FROM ANOTHER VISA
CARDHOLDER'S ACCOUNT THROUGH A VISA-APPROVED ORIGINATOR USING THE VISA MONEY TRANSFER SYSTEM.  IF A
TCF CHECK CARD HAS BEEN ISSUED FOR YOUR ACCOUNT YOU MAY RECEIVE DEPOSITS TO YOUR ACCOUNT THROUGH THE
VISA MONEY TRANSFER SYSTEM UP TO ONE DEPOSIT OF $2,500 PER CARD PER DAY, THREE DEPOSITS TOTALING
$7,500 PER CARD OVER 7 DAYS, AND FIVE DEPOSITS TOTALING $12,500 PER CARD OVER 30 DAYS.  THESE
TRANSFERS ARE CONSIDERED POINT-OF-SALE (POS) TRANSACTIONS FOR PURPOSE OF YOUR ACCOUNT CONTRACT WITH
TCF, AND TRANSFERS FROM YOUR ACCOUNT USING THE VISA MONEY TRANSFER SYSTEM ARE SUBJECT TO THE SAME
TRANSACTION LIMITS AS OTHER NON-SECRET CODE POS TRANSACTIONS.

## FREE SMALL BUSINESS CHECKING

ACCOUNT NUMBER   9883401012          STATEMENT PERIOD 10-01-10 THROUGH 10-29-10

| ACCOUNT SUMMARY | BALANCE 09-30-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 10-29-10 |
|---|---|---|---|---|
| | 26.75 | 2,456.95 | 2,458.00 | 27.80 |

INTEREST EARNED IN STATEMENT PERIOD    .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

AS OF 10/25/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 39,992.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5057 | 360.00 | 1001 | 85102128 | 5060 | 650.00 | 1018 | 81415438 | * 5062 | 600.00 | 1026 | 82116226 |
| * 5059 | 300.00 | 1007 | 84125289 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1004 | 29.39 | SUNOCO 0815158100 HOWELL MI | 1011 | 10.14 | SPEEDWAY 05508 8 M NOVI MI |
| 1004 | 14.93 | EXXONMOBIL   9616 HOWELL MI | 1012 | 19.97 | SUNOCO 0488524000 HOWELL MI |
| 1005 | 70.00 | NSF FEE-ITEM PAID | 1012 | 3.99 | USA 2 GO CAR WASH HOWELL MI |
| 1006 | 19.99 | SUNOCO 0815158100 HOWELL MI | 1013 | 49.39 | SUNOCO 0815158100 HOWELL MI |
| 1011 | 43.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 1013 | 15.16 | SUNOCO 0387964000 HOWELL MI |
| 1011 | 29.99 | SUNOCO 0387964000 HOWELL MI | 1014 | 29.95 | SUNOCO 0815158100 HOWELL MI |
| 1011 | 28.90 | SUNOCO 0815158100 HOWELL MI | | | |
| 1011 | 24.98 | SHELL OIL 52145400 HOWELL MI | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35.  SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

FDDTDAAFAFTADFAFFATTDFFDADDTTADTAADTFATAFTDDTTAFFFTAFDFTFTFTFFTFD

        4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI   48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 1018 | 30.58 | SUNOCO 0815158100 | | 1020 | 5.00 | WEB TRANSFER WITHDRAWAL |
| | | HOWELL      MI | | | | TO ACCOUNT 6883372707 |
| 1018 | 29.59 | SUNOCO 0815158100 | | 1021 | 29.89 | SUNOCO 0815158100 |
| | | HOWELL      MI | | | | HOWELL      MI |
| 1018 | 19.89 | SUNOCO 0387964000 | | 1025 | 41.62 | EXXONMOBIL    9616 |
| | | HOWELL      MI | | | | HOWELL      MI |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 1001 | 360.00 | DEPOSIT       REF # 85317839 | | 1011 | 50.00 | DEPOSIT | REF # 81411666 |
| 1005 | 53.00 | WEB TRANSFER DEPOSIT | | 1012 | 70.00 | DEPOSIT | REF # 82454786 |
| | | FROM ACCOUNT 6883372707 | | 1013 | 100.00 | DEPOSIT | REF # 83343729 |
| 1005 | 25.00 | DEPOSIT       REF # 82400946 | | 1018 | 700.00 | DEPOSIT | REF # 81513201 |
| 1006 | 50.00 | DEPOSIT       REF # 83322287 | | 1025 | 600.00 | DEPOSIT | REF # 81580647 |
| 1007 | 350.00 | DEPOSIT       REF # 84254920 | | 1025 | 50.00 | DEPOSIT | REF # 81433326 |
| 1011 | 50.00 | DEPOSIT       REF # 81257856 | | | | | |

| | TOTAL FOR | TOTAL |
|---|-----------|-------|
| | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | $70.00 | $630.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $105.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

10/1/2010    5057   360.00



10/7/2010    5059   300.00



10/18/2010   5060   650.00



10/26/2010   5062   600.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

**TTDFFDTADAFFADDAAFFFTTTFDATDDFAFFTFFTDFATFFFTEDFADFTAAAFAADAATTTA**

4      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

PAYING YOUR BILLS CAN BE SAFE, EASY AND CONVENIENT WITH TCF BILL PAY!  WHETHER MAKING A ONE TIME
PAYMENT OR LOOKING TO SET UP A RECURRING TRANSACTION THERE ARE SEVERAL BILL PAYMENT OPTIONS
AVAILABLE. SIGN UP FOR BILL PAY TODAY AT WWW.TCFBANK.COM OR SEE A REPRESENTATIVE FOR DETAILS.
MEMBER FDIC.

**FREE SMALL BUSINESS CHECKING**                STATEMENT PERIOD 09-01-10 THROUGH 09-30-10
**ACCOUNT NUMBER**    9883401012
**ACCOUNT SUMMARY**   BALANCE 08-31-10      CHECKS/WITHDRAWALS      DEPOSITS/ADDITIONS      BALANCE 09-30-10
                          104.21                2,135.46               2,058.00                 26.75

     INTEREST EARNED IN STATEMENT PERIOD          .00
     ANNUAL PERCENTAGE YIELD EARNED    .00%

AS OF 09/23/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 39,509.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

**CHECKS PAID**

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5053 | 500.00 | 0920 | 81388485 | * 5058 | 450.00 | 0928 | 82126202 | * 5061 | 250.00 | 0917 | 85103032 |
| * 5056 | 500.00 | 0920 | 81388492 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0903 | 46.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 0920 | 30.15 | EXXONMOBIL 9616 HOWELL MI |
| 0903 | 5.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 0920 | 19.51 | EXXONMOBIL 9616 HOWELL MI |
| 0907 | 30.10 | SUNOCO 0488524000 HOWELL MI | 0922 | 45.02 | EXXONMOBIL 9616 HOWELL MI |
| 0907 | 8.69 | SUBWAY 0027 HOWELL MI | 0922 | 14.86 | EXXONMOBIL 9616 HOWELL MI |
| 0909 | 75.00 | SUNOCO 0815158100 HOWELL MI | 0927 | 49.53 | SUNOCO 0815158100 HOWELL MI |
| 0910 | 6.36 | SUBWAY 0027 HOWELL MI | 0927 | 15.06 | EXXONMOBIL 9616 HOWELL MI |
| 0913 | 30.00 | EXXONMOBIL 9616 HOWELL MI | 0928 | 30.06 | EXXONMOBIL 9616 HOWELL MI |
| 0915 | 30.12 | SUNOCO 0815158100 HOWELL MI | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35.  SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
09-30-10

9883401012
4

TTDFFDTADAFFADDAAFFFTTTFDATDDFAFFTFFTDFATFFFTFDFADFTAAAFAADAATTTA

4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0909 | 68.00 | WEB TRANSFER DEPOSIT | | 0921 | .60.00 | WEB TRANSFER DEPOSIT |
| | | FROM ACCOUNT 6883372707 | | | | FROM ACCOUNT 6883372707 |
| 0913 | 110.00 | DEPOSIT        REF # 81644741 | | 0922 | 20.00 | DEPOSIT        REF # 83321716 |
| 0916 | 250.00 | DEPOSIT        REF # 84232382 | | 0927 | 50.00 | DEPOSIT        REF # 81452540 |
| 0920 | 1,000.00 | DEPOSIT        REF # 81584787 | | 0928 | 500.00 | DEPOSIT        REF # 82323827 |

| | TOTAL FOR<br>THIS PERIOD | TOTAL<br>YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $560.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $105.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

9/20/2010    5053 500.00

9/20/2010    5056 500.00

9/28/2010    5058 450.00

9/17/2010    5061 250.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

FTAFTTDDDFFTDTAFTDFTTTAAFAAFAAFFFATDDTATADTATTFATDDFTFFDTDTTFDFTF

4      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

PAYING YOUR BILLS CAN BE SAFE, EASY AND CONVENIENT WITH TCF BILL PAY! WHETHER MAKING A ONE TIME
PAYMENT OR LOOKING TO SET UP A RECURRING TRANSACTION THERE ARE SEVERAL BILL PAYMENT OPTIONS
AVAILABLE. SIGN UP FOR BILL PAY TODAY AT WWW.TCFBANK.COM OR SEE A REPRESENTATIVE FOR DETAILS.
MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 07-31-10 THROUGH 08-31-10

**ACCOUNT NUMBER** 9883401012

| ACCOUNT SUMMARY | BALANCE 07-30-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 08-31-10 |
|---|---|---|---|---|
| | 9.08 | 1,754.87 | 1,850.00 | 104.21 |

INTEREST EARNED IN STATEMENT PERIOD          .00
ANNUAL PERCENTAGE YIELD EARNED     .00%

AS OF 08/25/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 38,955.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5018 | 400.00 | 0824 | 82119593 | * 5052 | 200.00 | 0802 | 81408390 | * 5055 | 100.00 | 0809 | 81423756 |
| * 5020 | 300.00 | 0810 | 82127205 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0805 | 75.00 | EXXONMOBIL 9616 HOWELL MI | | 0823 | 20.05 | EXXONMOBIL 9616 HOWELL MI |
| 0809 | 75.00 | SUNOCO 0815158100 HOWELL MI | | 0823 | 7.02 | SUNOCO 0815158100 HOWELL MI |
| 0809 | 30.18 | SUNOCO 0815158100 HOWELL MI | | 0825 | 16.13 | EXXONMOBIL 9616 HOWELL MI |
| 0810 | 30.00 | EXXONMOBIL 9616 HOWELL MI | | 0827 | 75.00 | EXXONMOBIL 9616 HOWELL MI |
| 0812 | 28.76 | EXXONMOBIL 9616 HOWELL MI | | 0827 | 75.00 | EXXONMOBIL 9616 HOWELL MI |
| 0816 | 40.09 | EXXONMOBIL 9616 HOWELL MI | | 0831 | 32.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883727707 |
| 0817 | 40.61 | EXXONMOBIL 9616 HOWELL MI | | 0831 | 50.07 | SUNOCO 0488524000 HOWELL MI |
| 0817 | 37.00 | EXXONMOBIL 9616 HOWELL MI | | 0831 | 47.96 | SUNOCO 0488524000 HOWELL MI |
| 0820 | 75.00 | EXXONMOBIL 9616 HOWELL MI | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265. TDD 1 (800) 343-6145. THANK YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35. SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

FTAFTTDDDFFTDTAFTDFTTTAAFAAFAAFFFATDDTATADTATTFATDDFTFFDTDTTFDFTF

4      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--------------|------|--------|-------------|--------------|
| 0802 | 200.00 | DEPOSIT | REF # 81512947 | 0816 | 100.00 | DEPOSIT | REF # 81558372 |
| 0804 | 100.00 | DEPOSIT | REF # 83319918 | 0819 | 100.00 | DEPOSIT | REF # 84269064 |
| 0809 | 300.00 | DEPOSIT | REF # 81515560 | 0823 | 400.00 | DEPOSIT | REF # 81600538 |
| 0809 | 250.00 | DEPOSIT | REF # 81642602 | 0826 | 200.00 | DEPOSIT | REF # 84281910 |
| 0810 | 50.00 | DEPOSIT | REF # 82273273 | 0830 | 150.00 | DEPOSIT | REF # 81613864 |

| | TOTAL FOR | TOTAL |
| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $560.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $105.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

8/24/2010    5018  400.00

8/10/2010    5020  300.00

8/2/2010    5052  200.00

8/9/2010    5055  100.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FAADTTDDAFFTTFADDFATFDFAFTFDATAAAFTFFAADATDADAFTDDDFFFDDTTATFDFDF

1   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

SAVING FOR YOUR FUTURE IS EASY WITH TCF BANK!  TCF OFFERS A VARIETY OF SAVINGS PRODUCTS SURE TO FIT
YOUR NEEDS AND FINANCIAL GOALS.  KEEP YOUR MONEY SAFE AND WATCH IT GROW BY OPENING A SAVINGS ACCOUNT
AT TCF TODAY.  SEE A TCF REPRESENTATIVE FOR DETAILS OR VISIT WWW.TCFBANK.COM.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 07-01-10 THROUGH 07-30-10

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 06-30-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 07-30-10 |
|---|---|---|---|---|
| | 11.44 | 1,842.36 | 1,840.00 | 9.08 |

INTEREST EARNED IN STATEMENT PERIOD       .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

AS OF 07/26/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 38,179.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5051 | 874.00 | 0713 | 82075503 | | | | | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0701 | 50.03 | EXXONMOBIL    9616 HOWELL    MI | 0714 | 30.90 | TECH CHECKS INC 732-901-9145 NJ |
| 0701 | 9.32 | SUBWAY    0027 HOWELL    MI | 0716 | 75.00 | EXXONMOBIL    9616 HOWELL    MI |
| 0705 | 75.00 | EXXONMOBIL    9616 HOWELL    MI | 0719 | 75.00 | EXXONMOBIL    9616 HOWELL    MI |
| 0705 | 35.00 | SUNOCO 0387964000 | 0726 | 75.00 | EXXONMOBIL    9616 HOWELL    MI |
| 0705 | 15.24 | SUBWAY    0027 HOWELL    MI | 0726 | 27.48 | WASH WORLD III HOWELL    MI |
| 0705 | 1.06 | REDBOX *DVD RENTAL 866-733-2693 IL | 0727 | 26.99 | SUNOCO 0488524000 HOWELL    MI |
| 0705 | 1.06 | REDBOX *DVD RENTAL OAKBRKTERRACEIL | 0727 | 13.33 | SUNOCO 0488524000 HOWELL    MI |
| 0706 | 75.00 | EXXONMOBIL    9616 HOWELL    MI | 0729 | 77.16 | BURNSIDE JUNCTION BROWN CITY  MI |
| 0707 | 35.00 | NSF FEE-ITEM PAID | 0729 | 75.00 | EXXONMOBIL    9616 HOWELL    MI |
| 0708 | 59.05 | EXXONMOBIL    9616 HOWELL    MI | 0729 | 15.45 | BURNSIDE JUNCTION BROWN CITY  MI |
| 0712 | 7.83 | SUBWAY    0027 HOWELL    MI | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.  SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FAADTTDDAFFTTFADDFATFDFAFTFDATAAAFTFFAADATDADAFTDDDFFFDDTTATFDFDF

1     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|--|------|--------|-------------|
| 0729 | 8.46 | SUBWAY         0006 | | 0730 | 105.00 | NSF FEE-ITEM PAID |
|      |        | FOWLERVILLE  MI | | | | |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|------|--------|-------------|--|
| 0701 | 200.00 | DEPOSIT | REF # 84244614 | 0719 | 100.00 | DEPOSIT | REF # 81505256 |
| 0708 | 200.00 | DEPOSIT | REF # 84338404 | 0726 | 100.00 | DEPOSIT | REF # 81594464 |
| 0713 | 900.00 | DEPOSIT | REF # 82279194 | 0727 | 100.00 | DEPOSIT | REF # 82267341 |
| 0716 | 60.00 | DEPOSIT | REF # 85238449 | 0730 | 180.00 | DEPOSIT | REF # 85251454 |

| | TOTAL FOR | TOTAL |
|--|-----------|-------|
| | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | $140.00 | $560.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $105.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

CD WYMAN CONTRACTORS INC
1011 E JONES RD
HOWELL, MI 48855-9298

5051

7 - 10 - 10

Pay to the
Order of    CD Wyman, Inc              | $ 874.00

Eight Hundred Seventy Four & 00/100

TCF
BANK

Dewit. Sports Banking

029247154 98834010112 05051

7/13/2010    5051 874.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

FFDTDAADTDTFTFAFFATTFAFDADDTTTDTTFDAFTTFFTTDFAATFATAFDDTFTFTFFAFD

3  114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

PAYING YOUR BILLS CAN BE SAFE, EASY AND CONVENIENT WITH TCF BILL PAY! WHETHER MAKING A ONE TIME
PAYMENT OR LOOKING TO SET UP A RECURRING TRANSACTION THERE ARE SEVERAL BILL PAYMENT OPTIONS
AVAILABLE. SIGN UP FOR BILL PAY TODAY AT WWW.TCFBANK.COM OR SEE A REPRESENTATIVE FOR DETAILS.
MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER** 9883401012          STATEMENT PERIOD 05-29-10 THROUGH 06-30-10

| ACCOUNT SUMMARY | BALANCE 05-28-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 06-30-10 |
|---|---|---|---|---|
| | 53.66 | 3,712.22 | 3,670.00 | 11.44 |

AS OF 06/24/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 37,575.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5015 | 900.00 | 0601 | 82295648 | 5016 | 700.00 | 0618 | 85082830 | * 5050 | 700.00 | 0622 | 82304580 |
| 5016 | 700.00 | 0615 | 82009964 | * 5019 | 170.00 | 0611 | 85084390 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0601 | 36.12 | SUNOCO 0387964000 HOWELL MI | | 0609 | 1.06 | REDBOX *DVD RENTAL 866-733-2693 IL |
| 0601 | 33.96 | SUNOCO 0815158100 HOWELL MI | | 0614 | 47.04 | EXXONMOBIL 9616 HOWELL MI |
| 0601 | 30.10 | SUNOCO 0815158100 HOWELL MI | | 0614 | 21.77 | SUNOCO 0387964000 HOWELL MI |
| 0601 | 3.99 | USA 2 GO CAR WASH HOWELL MI | | 0615 | 30.09 | SUNOCO 0815158100 HOWELL MI |
| 0603 | 8.69 | SUBWAY 0027 | | 0616 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0603 | 6.63 | CASCARDO OIL HOWEL MI | | 0616 | 30.19 | SUNOCO 0387964000 HOWELL MI |
| 0607 | 50.46 | EXXONMOBIL 9616 HOWELL MI | | 0617 | 20.04 | EXXONMOBIL 9616 HOWELL MI |
| 0607 | 41.18 | EXXONMOBIL 9616 HOWELL MI | | 0621 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0607 | 14.84 | SUBWAY 0027 HOWELL MI | | 0628 | 75.00 | EXXONMOBIL 9616 HOWELL MI |
| 0607 | 1.06 | REDBOX *DVD RENTAL OAKBRKTERRACEIL | | 0628 | 20.00 | SUNOCO 0387964000 HOWELL MI |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265. TDD 1 (800) 343-6145. THANK YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35. SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

FFDTDAADTDTFTFAFFATTFAFDADDTTTDTTFDAFTTFFTTDFAATFATAFDDTFTFTTFFAFD

3    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI   48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 0601 | 530.00 | WEB TRANSFER DEPOSIT | | 0614 | 100.00 | DEPOSIT | REF # 81442152 |
| | | FROM ACCOUNT 6883372707 | | 0615 | 75.00 | DEPOSIT | REF # 82299042 |
| 0601 | 15.00 | WEB TRANSFER DEPOSIT | | 0616 | 700.00 | RETURNED CHECK # 5016 |
| | | FROM ACCOUNT 6883372707 | | 0621 | 700.00 | RETURNED CHECK # 5016 |
| 0601 | 460.00 | DEPOSIT | REF # 82465953 | 0621 | 720.00 | DEPOSIT | REF # 81482234 |
| 0607 | 100.00 | DEPOSIT | REF # 81506490 | 0628 | 100.00 | DEPOSIT | REF # 81426985 |
| 0611 | 170.00 | DEPOSIT | REF # 85263324 | | | | |

|  | | TOTAL FOR | TOTAL |
|--|--|-----------|-------|
|  | | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | | $.00 | $420.00 |
| TOTAL RETURNED ITEM FEES | | $70.00 | $105.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.   RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

6/1/2010    5015    900.00



6/11/2010    5019    170.00



6/22/2010    5050    700.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
05-28-10

9883401012
10

**FDDTTAAFADTADTTFATFDDFFFADTDTATDAADAFATADTDDTTFFAAFAADATFTTDFFATD**

10    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

SIGN UP FOR TCF ONLINE STATEMENTS BY MAY 31, 2010 AND YOU'LL BE AUTOMATICALLY ENTERED INTO A
DRAWING TO WIN ONE OF 10 NETBOOKS.  ONLINE STATEMENTS ARE CONVENIENT, SECURE, AND PROVIDE EASY
ACCESS TO 18 MONTHS WORTH OF STATEMENTS.  SIGN UP FOR ONLINE STATEMENTS TODAY OR LEARN MORE
AT WWW.TCFBANK.COM.  MEMBER FDIC.  NO PURCHASE NECESSARY TO ENTER OR WIN.  SEE OFFICIAL RULES
FOR DETAILS.

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 05-01-10 THROUGH 05-28-10
ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 04-30-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 05-28-10 |
|---|---|---|---|---|
| | 161.24 | 2,521.58 | 2,414.00 | 53.66 |

AS OF 05/24/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 37,016.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5004 | 100.00 | 0503 | 81295864 | 5008 | 150.00 | 0517 | 81281081 | 5012 | 57.42 | 0525 | 82078074 |
| 5005 | 300.00 | 0505 | 83109375 | 5009 | 12.00 | 0520 | 84075051 | 5013 | 75.00 | 0527 | 84074909 |
| 5006 | 365.00 | 0505 | 83119471 | * 5011 | 160.00 | 0524 | 81267379 | 5014 | 461.00 | 0528 | 85074802 |
| 5007 | 67.82 | 0507 | 85068446 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0503 | 60.11 | EXXONMOBIL 9616 HOWELL MI | | 0507 | 8.48 | SUBWAY 0045 BRIGHTON MI |
| 0503 | 15.07 | EXXONMOBIL 9616 HOWELL MI | | 0510 | 60.11 | EXXONMOBIL 9616 HOWELL MI |
| 0503 | 10.03 | SUNOCO SVC STATION HOWELL MI | | 0510 | 30.56 | EXXONMOBIL 9616 HOWELL MI |
| 0504 | 11.11 | CASCARDO OIL HOWEL HOWELL MI | | 0510 | 4.99 | HOMESTEAD TECHNOLO 800-7972958 CA |
| 0505 | 25.01 | SUNOCO SVC STATION HOWELL MI | | 0511 | 50.20 | SUNOCO SVC STATION HOWELL MI |
| 0505 | 17.10 | SUNOCO SVC STATION HOWELL MI | | 0511 | 50.13 | SUNOCO SVC STATION HOWELL MI |
| 0505 | 8.48 | SUBWAY 0045 BRIGHTON MI | | 0512 | 70.00 | NSF FEE-ITEM PAID |
| 0506 | 14.18 | EXXONMOBIL 9616 HOWELL MI | | 0512 | 7.81 | HOMESTEAD TECHNOLO 800-7972958 CA |
| 0507 | 10.61 | CASCARDO OIL HOWEL HOWELL MI | | 0513 | 35.00 | NSF FEE-ITEM PAID |
| | | | | 0520 | 12.15 | EXXONMOBIL 9616 HOWELL MI |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT TEE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.  SEE
REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FDDTTAAFADTADTTFATFDDFFFADTDTATDAADAFATADTDDTTFFAAFAADATFTTDFFATD

10    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0520 | 11.26 | CASCARDO OIL HOWEL | | 0524 | 10.03 | SUNOCO SVC STATION |
| | | HOWELL    MI | | | | HOWELL    MI |
| 0520 | 8.69 | SUBWAY    0027 | | 0524 | 7.12 | EXXONMOBIL    9616 |
| | | HOWELL    MI | | | | HOWELL    MI |
| 0521 | 35.00 | NSF FEE-ITEM PAID | | 0525 | 60.13 | EXXONMOBIL    9616 |
| 0524 | 30.52 | SUNOCO SVC STATION | | | | HOWELL    MI |
| | | HOWELL    MI | | 0526 | 35.00 | NSF FEE-ITEM PAID |
| 0524 | 30.03 | EXXONMOBIL    9616 | | 0527 | 44.41 | SUNOCO 0387964000 |
| | | HOWELL    MI | | | | HOWELL    MI |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 0503 | 100.00 | WEB TRANSFER DEPOSIT | | 0512 | 70.00 | DEPOSIT | REF # 83287163 |
| | | FROM ACCOUNT 6883372707 | | 0517 | 200.00 | DEPOSIT | REF # 81434216 |
| 0504 | 350.00 | WEB TRANSFER DEPOSIT | | 0517 | 100.00 | DEPOSIT | REF # 81434220 |
| | | FROM ACCOUNT 6883372707 | | 0521 | 50.00 | DEPOSIT | REF # 85225757 |
| 0505 | 300.00 | WEB TRANSFER DEPOSIT | | 0524 | 250.00 | DEPOSIT | REF # 81403717 |
| | | FROM ACCOUNT 6883372707 | | 0525 | 60.00 | DEPOSIT | REF # 82287981 |
| 0505 | 57.00 | WEB TRANSFER DEPOSIT | | 0526 | 200.00 | DEPOSIT | REF # 83273792 |
| | | FROM ACCOUNT 6883372707 | | 0528 | 37.00 | WEB TRANSFER DEPOSIT | |
| 0507 | 60.00 | DEPOSIT    REF # 85295964 | | | | FROM ACCOUNT 6883372707 | |
| 0510 | 120.00 | DEPOSIT    REF # 81501877 | | 0528 | 460.00 | DEPOSIT | REF # 85261020 |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $175.00 | $420.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $35.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

5/3/2010    5004 100.00

5/5/2010    5005 300.00

5/5/2010    5006 365.00

5/7/2010    5007 67.82

5/17/2010   5008 150.00

5/20/2010   5009 12.00

5/24/2010   5011 160.00

5/25/2010   5012 57.42

5/27/2010   5013 75.00

5/28/2010   5014 461.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
04-30-10

9883401012
5

ADTFATADDADFTADDFATFTATDFFFATFFDFAFFDTDADFFFTATAFAAADTADFTFFDFAFA

5    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

DIRECT DEPOSIT GIVES YOU CONVENIENT, SECURE ACCESS TO YOUR FUNDS AND SAVES YOU A TRIP TO THE BANK
ON PAY DAY! PLUS IT'S FREE! SEE A TCF REPRESENTATIVE OR VISIT WWW.TCFBANK.COM FOR DETAILS.

## FREE SMALL BUSINESS CHECKING

**ACCOUNT NUMBER**    9883401012              STATEMENT PERIOD 04-01-10 THROUGH 04-30-10

**ACCOUNT SUMMARY**   BALANCE 03-31-10        CHECKS/WITHDRAWALS    DEPOSITS/ADDITIONS    BALANCE 04-30-10
                              7.46                   2,756.22              2,910.00             161.24

AS OF 04/27/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 36,483.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1256 | 454.00 | 0415 | 84068829 | * 5000 | 545.00 | 0427 | 82084706 | 5002 | 130.00 | 0428 | 83082610 |
| 1256 | 454.00 | 0420 | 82182692 | 5001 | 100.00 | 0427 | 82283599 | 5003 | 260.00 | 0430 | 85078041 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0402 | 30.16 | EXXONMOBIL    9616 HOWELL      MI | | 0414 | 30.33 | EXXONMOBIL    9616 HOWELL      MI |
| 0405 | 50.27 | EXXONMOBIL    9616 HOWELL      MI | | 0416 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0405 | 40.60 | SUNOCO SVC STATION HOWELL      MI | | 0416 | 26.32 | SUNOCO SVC STATION HOWELL      MI |
| 0405 | 31.62 | SUNOCO SVC STATION HOWELL      MI | | 0419 | 51.60 | EXXONMOBIL    9616 HOWELL      MI |
| 0405 | 12.06 | SUNOCO SVC STATION HOWELL      MI | | 0420 | 60.66 | EXXONMOBIL    9616 HOWELL      MI |
| 0407 | 46.99 | EXXONMOBIL    9616 HOWELL      MI | | 0422 | 31.58 | SUNOCO SVC STATION HOWELL      MI |
| 0408 | 17.85 | SUNOCO SVC STATION HOWELL      MI | | 0423 | 18.50 | CHECK PRINTING CHARGE HARLAND CHECK MI    CHK ORDERS |
| 0409 | 28.55 | SUNOCO SVC STATION HOWELL      MI | | 0423 | 58.90 | SUNOCO SVC STATION HOWELL      MI |
| 0412 | 50.08 | EXXONMOBIL    9616 HOWELL      MI | | 0423 | 22.29 | THE HOME DEPOT 275 HOWELL      MI |
| 0412 | 20.50 | EXXONMOBIL    9616 HOWELL      MI | | 0423 | 10.98 | THE HOME DEPOT 275 HOWELL      MI |
| 0412 | 15.14 | EXXONMOBIL    9616 HOWELL      MI | | 0426 | 46.76 | SUNOCO SVC STATION HOWELL      MI |
| 0412 | 4.99 | HOMESTEAD TECHNOLO 800-7972958  CA | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

ADTFATADDADFTADDFATFTATDFFFATFFDFAFFDTDADFFFTATAFAAADTADFTFFDFAFA

    5    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0426 | 11.11 | CASCARDO OIL HOWELL | 0428 | 11.81 | EXXONMOBIL    9616 |
|      |        | HOWELL      MI |      |        | HOWELL      MI |
| 0427 | 40.09 | EXXONMOBIL    9616 | 0428 | 8.48 | SUBWAY       0027 |
|      |        | HOWELL      MI |      |        | HOWELL      MI |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 0402 | 30.00 | WEB TRANSFER DEPOSIT | 0419 | 110.00 | WEB TRANSFER DEPOSIT |
|      |        | FROM ACCOUNT 6883372707 |      |        | FROM ACCOUNT 6883372707 |
| 0405 | 151.00 | WEB TRANSFER DEPOSIT | 0420 | 31.00 | WEB TRANSFER DEPOSIT |
|      |        | FROM ACCOUNT 6883372707 |      |        | FROM ACCOUNT 6883372707 |
| 0405 | 200.00 | DEPOSIT    REF # 81541262 | 0422 | 100.00 | WEB TRANSFER DEPOSIT |
| 0413 | 20.00 | WEB TRANSFER DEPOSIT |      |        | FROM ACCOUNT 6883372707 |
|      |        | FROM ACCOUNT 6883372707 | 0426 | 130.00 | WEB TRANSFER DEPOSIT |
| 0415 | 35.00 | WEB TRANSFER DEPOSIT |      |        | FROM ACCOUNT 6883372707 |
|      |        | FROM ACCOUNT 6883372707 | 0427 | 775.00 | WEB TRANSFER DEPOSIT |
| 0416 | 454.00 | RETURNED CHECK # 1256 |      |        | FROM ACCOUNT 6883372707 |
| 0416 | 490.00 | WEB TRANSFER DEPOSIT | 0430 | 384.00 | WEB TRANSFER DEPOSIT |
|      |        | FROM ACCOUNT 6883372707 |      |        | FROM ACCOUNT 6883372707 |

|  | TOTAL FOR | TOTAL |
|--|-----------|-------|
|  | THIS PERIOD | YEAR-TO-DATE |
| TOTAL OVERDRAFT FEES | $.00 | $245.00 |
| TOTAL RETURNED ITEM FEES | $35.00 | $35.00 |

OVERDRAFT FEES ARE FEES FOR NONSUFFICIENT FUNDS (NSF), OVERDRAFT (OD), OR UNAVAILABLE (UNAVL) FUNDS ITEMS THAT
WERE PAID BY TCF.  RETURNED ITEM FEES ARE FEES FOR NSF OR UNAVL FUNDS ITEMS THAT WERE RETURNED UNPAID BY TCF.
THESE FEES ARE REFERRED TO AS "NSF/OVERDRAFT FEES" IN YOUR ACCOUNT CONTRACT.

4/20/2010    1256 454.00



4/27/2010    5000 545.00



4/27/2010    5001 100.00



4/28/2010    5002 130.00



4/30/2010    5003 260.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
03-31-10

9883401012
0

TTADDDDAADFTADATTDDTDDAADTDTFAFAATTDAAATATDAAFAATDTDAFDFTFTTATFAF

```
      0     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298
```

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

GO GREEN AND SWITCH TO FREE ONLINE STATEMENTS!  ONLINE STATEMENTS ARE CONVENIENT, FREE AND SECURE,
PLUS YOU WILL BE HELPING THE ENVIRONMENT!  SET UP ONLINE STATEMENTS IN JUST MINUTES BY VISITING
WWW.TCFBANK.COM.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

**ACCOUNT NUMBER  9883401012**

STATEMENT PERIOD 02-27-10 THROUGH 03-31-10

| ACCOUNT SUMMARY | BALANCE 02-26-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 03-31-10 |
|---|---|---|---|---|
| | 20.90 | 403.44 | 390.00 | 7.46 |

AS OF 03/25/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 35,815.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0305 | 75.00 | SUNOCO SVC STATION HOWELL        MI | | 0318 | 75.00 | EXXONMOBIL    9616 HOWELL        MI |
| 0308 | 75.00 | SUNOCO SVC STATION HOWELL        MI | | 0318 | 12.08 | SUNOCO SVC STATION NEW HUDSON    MI |
| 0308 | 23.95 | SUNOCO SVC STATION HOWELL        MI | | 0329 | 15.00 | EXXONMOBIL    9616 HOWELL        MI |
| 0308 | 7.42 | SUBWAY        0027 HOWELL        MI | | 0329 | 10.00 | SUNOCO SVC STATION HOWELL        MI |
| 0309 | 105.00 | NSF FEE-ITEM PAID | | | | |
| 0310 | 4.99 | HOMESTEAD TECHNOLO 800-7972958  CA | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0305 | 75.00 | DEPOSIT        REF # 85279842 | | 0317 | 78.00 | DEPOSIT        REF # 83293499 |
| 0309 | 100.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | 0329 | 16.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0310 | 110.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | 0329 | 11.00 | DEPOSIT |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL NSF/UNAVAILABLE FUNDS FEES - ITEMS PAID | $105.00 | $245.00 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35.
```

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

AATTFATFATAFTDDDAFAFFDDFATDFTDDAAFFTFTFFTAADFADDADFATADTADDADDTTT

    0    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

GO GREEN AND SWITCH TO FREE ONLINE STATEMENTS! ONLINE STATEMENTS ARE CONVENIENT, FREE AND SECURE,
PLUS YOU WILL BE HELPING THE ENVIRONMENT! SET UP ONLINE STATEMENTS IN JUST MINUTES BY VISITING
WWW.TCFBANK.COM. MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 01-30-10 THROUGH 02-26-10

**ACCOUNT NUMBER     9883401012**

| ACCOUNT SUMMARY | BALANCE 01-29-10 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 02-26-10 |
|---|---|---|---|---|
| | 5.05 | 369.15 | 385.00 | 20.90 |

AS OF 02/22/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 35,342.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0201 | 75.00 | SUNOCO SVC STATION HOWELL MI | 0215 | 3.99 | USA 2 GO CAR WASH HOWELL MI |
| 0201 | 30.16 | SUNOCO SVC STATION HOWELL MI | 0218 | 75.00 | SUNOCO SVC STATION FARMINGTON MI |
| 0208 | 75.00 | EXXONMOBIL 9616 HOWELL MI | 0219 | 35.00 | NSF FEE-ITEM PAID |
| 0215 | 75.00 | EXXONMOBIL 9616 HOWELL MI | | | |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0201 | 110.00 | DEPOSIT | REF # 81503762 | 0219 | 75.00 | WEB TRANSFER DEPOSIT | |
| 0208 | 100.00 | DEPOSIT | REF # 81668770 | | | FROM ACCOUNT 6883372707 | |
| 0215 | 50.00 | DEPOSIT | REF # 81167741 | 0223 | 50.00 | DEPOSIT | REF # 82246059 |

| | TOTAL FOR | TOTAL |
|---|---|---|
| | THIS PERIOD | YEAR-TO-DATE |
| TOTAL NSF/UNAVAILABLE FUNDS FEES - ITEMS PAID | $35.00 | $140.00 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
01-29-10

9883401012
3

FFAAAAFDDATTTDFDTATAAFTTAFDAADTTDFAADFDDFFFTFATTTATFTTATDTDAFFFAT

3    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

NOTHING SAYS CONVENIENCE LIKE FREE TIMES THREE! TCF OFFERS FREE ONLINE BANKING AND FREE BILL PAY,
WHEN YOU ESTABLISH FREE ONLINE STATEMENTS. MANAGING YOUR FINANCES HAS NEVER BEEN SO EASY!
VISIT WWW.TCFBANK.COM. MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER**   9883401012        STATEMENT PERIOD 01-01-10 THROUGH 01-29-10

| ACCOUNT SUMMARY | BALANCE 12-31-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 01-29-10 |
|---|---|---|---|---|
| | 231.24 | 793.19 | 567.00 | 5.05 |

AS OF 01/25/2010, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 35,208.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 140.00 | 0104 | 81202579 | * 107 | 130.00 | 0105 | 82078962 | 108 | 188.00 | 0111 | 81191026 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| C104 | 10.01 | EXXONMOBIL 9616 HOWELL MI | | 0112 | 60.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0107 | 9.05 | SUNOCO SVC STATION HOWELL MI | | 0114 | 11.92 | CASCADRO OIL HOWEL |
| 0108 | 15.07 | SPEEDWAY 05515 M59 HARTLAND MI | | 0115 | 13.96 | EXXONMOBIL 9616 HOWELL MI |
| C108 | 9.89 | SUNOCO SVC STATION | | 0118 | 35.00 | NSF FEE-ITEM PAID |
| 0111 | 35.10 | EXXONMOBIL 9616 HOWELL MI | | 0118 | 50.03 | EXXONMOBIL 9616 HOWELL MI |
| 0111 | 10.01 | SUNOCO SVC STATION HOWELL MI | | 0118 | 5.15 | EXXONMOBIL 9616 HOWELL MI |
| | | | | 0119 | 70.00 | NSF FEE-ITEM PAID |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0104 | 15.00 | DEPOSIT REF # 81440482 | | 0111 | 25.00 | DEPOSIT REF # 81374040 |
| 0105 | 130.00 | DEPOSIT REF # 82293229 | | 0118 | 77.00 | DEPOSIT REF # 81062965 |
| 0108 | 30.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | 0126 | 90.00 | DEPOSIT REF # 82173242 |
| 0111 | 200.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265. TDD 1 (800) 343-6145. THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35.