TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

FFAAAAFDDATTTDFDFATAAFTTAFDAADTTDFAADFDDFFFTFATTTATFTTATDTDAFFFAT

      3      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI   48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

|  | TOTAL FOR | TOTAL |
| --- | --- | --- |
|  | THIS PERIOD | YEAR-TO-DATE |
| TOTAL NSF/UNAVAILABLE FUNDS FEES - ITEMS PAID | $105.00 | $105.00 |

1/4/2010     105 140.00



1/5/2010     107 130.00



1/11/2010     108 188.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DTDFTDTADFFFADTTADADTDFFDAFFDAFAFTDFTFAATDAFADFAATFTTFFFAADTTTATF

7    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

EFFECTIVE DECEMBER 12, 2009, TCF FUNDS AVAILABILITY SCHEDULE FOR CHECKING AND SAVINGS ACCOUNTS IS
CHANGED RESULTING IN CERTAIN CHECKS BEING CONSIDERED A LOCAL CHECK AS DEFINED IN TCF'S FUNDS
AVAILABILITY SCHEDULE.  YOU MAY REQUEST A DETAILED SCHEDULE TO DETERMINE SPECIFIC CHECK
AVAILABILITY AT ANY LOCAL TCF BRANCH OR BY CALLING TCF (1-800-TCF-BANK).

## FREE SMALL BUSINESS CHECKING
ACCOUNT NUMBER    9883401012          STATEMENT PERIOD 12-01-09 THROUGH 12-31-09

| ACCOUNT SUMMARY | BALANCE 11-30-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 12-31-09 |
|---|---|---|---|---|
| | 5.61 | 1,169.37 | 1,395.00 | 231.24 |

AS OF 12/23/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 35,007.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 225.00 | 1207 | 81227857 | 104 | 100.00 | 1222 | 82080749 | * 1221 | 50.00 | 1203 | 84070875 |
| 102 | 123.10 | 1208 | 82084807 | 105 | 140.00 | 1229 | 82080830 | * 1300 | 95.39 | 1203 | 84059181 |
| 103 | 70.00 | 1210 | 84077237 | 106 | 77.57 | 1229 | 82080828 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1209 | 12.01 | EXXONMOBIL  9616 | | 1224 | 25.43 | EXXONMOBIL  9616 |
| | | HOWELL     MI | | | | HOWELL     MI |
| 1210 | 20.15 | SUNOCO SVC STATION | | 1230 | 35.00 | NSF FEE-ITEM PAID |
| | | HOWELL     MI | | 1230 | 35.00 | NSF FEE-ITEM NOT PAID |
| 1211 | 70.00 | NSF FEE-ITEM PAID | | 1231 | 5.54 | SHELL OIL 52145400 |
| 1221 | 45.10 | VGS QUICK STP #077 | | | | HOWELL     MI |
| | | HOWELL     MI | | | | |
| 1221 | 40.08 | SUNOCO SVC STATION | | | | |
| | | HOWELL     MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1203 | 145.00 | DEPOSIT         REF # 84242977 | | 1224 | 15.00 | WEB TRANSFER DEPOSIT |
| 1207 | 225.00 | DEPOSIT         REF # 81458159 | | | | FROM ACCOUNT 6883372707 |
| 1208 | 140.00 | DEPOSIT         REF # 82249266 | | 1230 | 140.00 | RETURNED CHECK #  105 |
| 1209 | 30.00 | DEPOSIT         REF # 82262096 | | 1230 | 350.00 | DEPOSIT       REF # 83240289 |
| 1214 | 130.00 | DEPOSIT         REF # 81345177 | | 1231 | 20.00 | DEPOSIT       REF # 84242697 |
| 1221 | 200.00 | DEPOSIT         REF # 81463170 | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265.  TDD 1 (800) 343-6145.  THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35.

12/7/2009        101  225.00



12/8/2009        102  123.10



12/10/2009       103  70.00



12/22/2009       104  100.00



12/29/2009       106  77.57



12/3/2009        1221  50.00



12/3/2009        1300  95.39

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

TFDTTAAATFTADATFFADDFFAFTDFTDTDDADDTADTFDTFDDDATFFAADDTTFFADAFTFD

7   114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

TCF IS REQUIRED TO COMPLY WITH THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006. THE ACT
PROHIBITS COMMERCIAL CUSTOMERS' USE OF THEIR ACCOUNTS TO RECEIVE ANY DEPOSIT OR CREDIT DERIVED FROM
ILLEGAL INTERNET GAMBLING. WHEN YOU MAINTAIN AN ACCOUNT AT TCF, YOU AGREE TO TELL US IF YOUR
ACCOUNT IS USED IN CONNECTION WITH INTERNET GAMBLING, EVEN IF YOU BELIEVE THAT THE GAMBLING IS
LEGAL. IF YOU DON'T NOTIFY TCF, WE MAY DENY ACCESS TO VARIOUS PAYMENT METHODS OR CLOSE THE ACCOUNT.
EFFECTIVE DECEMBER 12, 2009, TCF FUNDS AVAILABILITY SCHEDULE FOR CHECKING AND SAVINGS ACCOUNTS IS
CHANGED RESULTING IN CERTAIN CHECKS BEING CONSIDERED A LOCAL CHECK AS DEFINED IN TCF'S FUNDS
AVAILABILITY SCHEDULE. YOU MAY REQUEST A DETAILED SCHEDULE TO DETERMINE SPECIFIC CHECK
AVAILABILITY AT ANY LOCAL TCF BRANCH OR BY CALLING TCF (1-800-TCF-BANK).

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 10-31-09 THROUGH 11-30-09
**ACCOUNT NUMBER**    9883401012
**ACCOUNT SUMMARY**

| BALANCE 10-30-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 11-30-09 |
|---|---|---|---|
| 322.91 | 2,242.30 | 1,925.00 | 5.61 |

AS OF 11/20/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 34,808.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1292 | 250.00 | 1102 | 81151611 | 1296 | 575.00 | 1123 | 81139988 | 1298 | 125.00 | 1127 | 85066149 |
| * 1294 | 230.00 | 1109 | 81166220 | 1297 | 285.00 | 1125 | 83089039 | 1299 | 275.00 | 1130 | 81142945 |
| 1295 | 250.00 | 1116 | 81191028 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1102 | 45.23 | SUNOCO SVC STATION HOWELL MI | 1109 | 35.00 | NSF FEE-ITEM PAID |
| 1105 | 17.96 | EXXONMOBIL 9616 HOWELL MI | 1112 | 15.01 | EXXONMOBIL 9616 HOWELL MI |
| 1106 | 46.35 | CLARK 8800 FENTON MI | 1123 | 52.15 | SUNOCO SVC STATION HOWELL MI |
| 1106 | 10.60 | REDBOX *DVD RENTAL 866-733-2693 IL | 1130 | 30.00 | EXXONMOBIL 9616 HOWELL MI |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 1109 | 300.00 | DEPOSIT | REF # 81345303 | 1123 | 730.00 | DEPOSIT | REF # 81309971 |
| 1109 | 50.00 | DEPOSIT | REF # 81018703 | 1125 | 105.00 | DEPOSIT | REF # 83242196 |
| 1116 | 250.00 | DEPOSIT | REF # 81402313 | 1127 | 125.00 | DEPOSIT | REF # 85218693 |
| 1120 | 60.00 | DEPOSIT | REF # 85204484 | 1130 | 305.00 | DEPOSIT | REF # 81277953 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL 1 (800) 823-2265. TDD 1 (800) 343-6145. THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35.

11/2/2009    1292 250.00



11/9/2009    1294 230.00



11/16/2009    1295 250.00



11/23/2009    1296 575.00



11/25/2009    1297 285.00



11/27/2009    1298 125.00



11/30/2009    1299 275.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

FTATTADFTDATTAADDFDTDTFTATTTAADFTATAFTATATTTTTAFDDTFDFTTTTADDDFFD

3     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

SAVE A TRIP TO THE BANK ON PAYDAY WITH DIRECT DEPOSIT! DIRECT DEPOSIT IS SAFE, SECURE, AND ALLOWS
FOR MORE CONTROL OF YOUR FINANCES.  SEE A BRANCH REPRESENTATIVE OR GO TO WWW.TCFBANK.COM FOR
DETAILS.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 10-01-09 THROUGH 10-30-09

**ACCOUNT NUMBER**     9883401012

| ACCOUNT SUMMARY | BALANCE 09-30-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 10-30-09 |
|---|---|---|---|---|
| | 38.89 | 1,780.98 | 2,065.00 | 322.91 |

AS OF 10/26/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 34,548.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1289 | 200.00 | 1005 | 81148491 | 1290 | 300.00 | 1021 | 83002151 | 1291 | 400.00 | 1026 | 81141070 |
| 1290 | 300.00 | 1016 | 80071373 | | | | | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1001 | 32.00 | SUNOCO SVC STATION HOWELL       MI | | 1019 | 70.00 | NSF FEE-ITEM PAID |
| | | | | 1019 | 35.00 | NSF FEE-ITEM NOT PAID |
| 1009 | 19.93 | SUNOCO SVC STATION HOWELL       MI | | 1021 | 75.00 | SUNOCO SVC STATION HOWELL       MI |
| 1012 | 74.78 | SUNOCO SVC STATION LINDEN       MI | | 1028 | 75.00 | SUNOCO SVC STATION HOWELL       MI |
| 1013 | 39.52 | SUNOCO SVC STATION HOWELL       MI | | 1028 | 19.58 | SUNOCO SVC STATION HOWELL       MI |
| 1016 | 75.00 | SUNOCO SVC STATION HOWELL       MI | | 1030 | 30.00 | SUNOCO SVC STATION HOWELL       MI |
| 1016 | 35.17 | SUNOCO SVC STATION HOWELL       MI | | | | |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| 1005 | 200.00 | DEPOSIT | REF # 81245127 | | 1019 | 400.00 | DEPOSIT | REF # 81041815 |
| 1007 | 20.00 | DEPOSIT | REF # 83255958 | | 1020 | 200.00 | DEPOSIT | REF # 82234747 |
| 1012 | 100.00 | DEPOSIT | REF # 81076015 | | 1026 | 425.00 | DEPOSIT | REF # 81338902 |
| 1013 | 20.00 | DEPOSIT | REF # 82362174 | | 1027 | 100.00 | DEPOSIT | REF # 82212074 |
| 1019 | 300.00 | RETURNED CHECK # 1290 | | | 1030 | 300.00 | DEPOSIT | REF # 85239321 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.



10/5/2009    1289 200.00

10/21/2009    1290 300.00

10/26/2009    1291 400.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

DTDATATADFAFDDTDADTDTTFDTATTDATAFTDATDAATDDDAFAFATAATFDTAFTTADTAD

4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

EFFECTIVE SEPTEMBER 12, 2009, TCF'S FUNDS AVAILABILITY SCHEDULE FOR CHECKING AND SAVINGS ACCOUNTS
IS CHANGED AS FOLLOWS: ANY CHECK YOU DEPOSIT IN MICHIGAN WITH A ROUTING NUMBER BEGINNING
WITH THE DIGITS 0220, 0223, 0410, 0412, 0420, 0421, 0422, 0423, 0430, 0432, 0433, 0434,
0440, 0441, 0442, 0515, 0519, 0710, 0711, 0712, 0719, 0720, 0724, 0730, 0739, 0740, 0769, 0750,
0759, 0813, 0830, 0839, 0863, 0910, 0911, 0912, 0913, 0914, 0915, 0918, 0919, 0960, 1040, 1041,
1049, 2220, 2223, 2410, 2412, 2420, 2421, 2422, 2423, 2430, 2432, 2433, 2434, 2440, 2441, 2442,
2515, 2519, 2710, 2711, 2712, 2719, 2720, 2724, 2730, 2739, 2740, 2749, 2750, 2759, 2813, 2830,
2839, 2863, 2910, 2911, 2912, 2913, 2914, 2915, 2918, 2919, 2960, 3040, 3041, OR 3049 WILL BE
CONSIDERED A LOCAL CHECK AS DEFINED IN TCF'S FUNDS AVAILABILITY SCHEDULE.

## FREE SMALL BUSINESS CHECKING

**ACCOUNT NUMBER** 9883401012      STATEMENT PERIOD 09-01-09 THROUGH 09-30-09

| ACCOUNT SUMMARY | BALANCE 08-31-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 09-30-09 |
|---|---|---|---|---|
| | 3.34 | 1,979.45 | 2,015.00 | 38.89 |

AS OF 09/24/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 34,039.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1285 | 250.00 | 0910 | 84090838 | 1287 | 78.02 | 0923 | 83057514 | 1288 | 620.00 | 0924 | 84042021 |
| 1286 | 250.00 | 0923 | 83057513 | | | | | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0903 | 100.00 | SUNOCO SVC STATION HOWELL   MI | | 0917 | 90.69 | SUNOCO SVC STATION MOUNTAINTOP PA |
| 0908 | 100.00 | SUNOCO SVC STATION HOWELL   MI | | 0917 | 50.50 | VERMILION VALLEY AMHERST   OH |
| 0909 | 35.00 | NSF FEE-ITEM PAID | | 0921 | 97.56 | SUNOCO SVC STATION HOWELL   MI |
| 0914 | 40.01 | SUNOCO SVC STATION HOWELL   MI | | 0928 | 97.63 | SUNOCO SVC STATION HOWELL |
| 0914 | 10.01 | SUNOCO SVC STATION HOWELL   MI | | 0928 | 34.49 | SUNOCO SVC STATION HOWELL   MI |
| 0916 | 75.00 | WASH WORLD III HOWELL   MI | | 0928 | 25.23 | SUNOCO SVC STATION HOWELL   MI |
| 0916 | 25.31 | WASH WORLD III HOWELL   MI | | | | |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0904 | 105.00 | DEPOSIT   REF # 85155745 | | 0914 | 300.00 | DEPOSIT   REF # 81338876 |
| 0910 | 400.00 | DEPOSIT   REF # 84260699 | | 0914 | 50.00 | DEPOSIT   REF # 81258785 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

DTDATATADFAFDDTDADTDTTFDTATTDATAFTDATDAATDDDAFAFATAATFDTAFTTADTAD

    4    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|------|--------|-------------|--|
| 0917 | 100.00 | DEPOSIT | REF # 84203087 | 0923 | 640.00 | DEPOSIT | REF # 83243055 |
| 0922 | 250.00 | DEPOSIT | REF # 82271021 | 0928 | 170.00 | DEPOSIT | REF # 81273465 |

9/10/2009    1285 250.00

9/23/2009    1286 250.00

9/23/2009    1287 78.02

9/24/2009    1288 620.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

DATDFDTAAAFAAFDTFFAFFTTDDTDFDDAATDFDAFFFTATFFFDTFDFTDAAFAAFATTADA

4      114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI 48855-9298

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

PAYING WITH YOUR TCF CHECK CARD IS EASY AND SAFE. TO MAKE EVERYDAY PURCHASES, SIMPLY PRESENT YOUR
CARD AT PARTICIPATING RETAILERS, SELECT CREDIT, AND SIGN: IF YOU HAVE NOT ALREADY ACTIVATED YOUR
CHECK CARD, CALL 1-800-823-0919. MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER** 9883401012        STATEMENT PERIOD 08-01-09 THROUGH 08-31-09

| ACCOUNT SUMMARY | BALANCE 07-31-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 08-31-09 |
|---|---|---|---|---|
| | 3.96 | 1,295.62 | 1,295.00 | 3.34 |

AS OF 08/25/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 33,339.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1281 | 30.00 | 0805 | 83057950 | 1283 | 350.00 | 0827 | 84041867 | 1284 | 350.00 | 0831 | 81117040 |
| 1282 | 250.00 | 0805 | 83060498 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0803 | 1.42 | WEB TRANSFER WITHDRAWAL | 0824 | 14.26 | SUNOCO SVC STATION |
| | | TO ACCOUNT 6883372707 | | | HOWELL        MI |
| 0810 | 100.00 | SUNOCO SVC STATION | 0824 | 10.43 | SUNOCO SVC STATION |
| | | HOWELL        MI | | | HOWELL        MI |
| 0811 | 35.00 | NSF FEE-ITEM PAID | 0828 | 10.01 | EXXONMOBIL    9616 |
| 0818 | 17.50 | LIVINGSTON COUNTY | | | HOWELL        MI |
| | | 517-546-7010 MI | 0831 | 100.00 | SUNOCO SVC STATION |
| 0818 | 12.00 | LIVINGSTON COUNTY | | | HOWELL        MI |
| | | 517-546-7010 MI | | | |
| 0820 | 15.00 | MARATHON OIL 00200 | | | |
| | | COHOCTAH    MI | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0804 | 280.00 | DEPOSIT | REF # 82234873 | 0820 | 20.00 | DEPOSIT | REF # 84134014 |
| 0817 | 175.00 | DEPOSIT | REF # 81020860 | 0826 | 350.00 | DEPOSIT | REF # 83197148 |
| 0818 | 20.00 | DEPOSIT | REF # 82221771 | 0831 | 450.00 | DEPOSIT | REF # 81302252 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145. THANK
YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35.

8/5/2009    1281 30.00

8/5/2009    1282 250.00

8/27/2009    1283 350.00

8/31/2009    1284 350.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
07-31-09

9883401012
8

FADTTATFTDAFTFADFFTTFDFDATAATTTAAFDTFTAFATFDFTATFTTADFATATATFDAFF

8    114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

EFFECTIVE JULY 25, 2009, TCF'S FUNDS AVAILABILITY SCHEDULE FOR CHECKING AND SAVINGS ACCOUNTS IS
CHANGED AS FOLLOWS:  ANY CHECK YOU DEPOSIT IN MICHIGAN WITH A ROUTING NUMBER BEGINNING WITH THE
DIGITS 0220, 0223, 0410, 0412, 0420, 0421, 0422, 0423, 0430, 0432, 0433, 0434, 0440, 0441, 0442,
0515, 0519, 0720, 0724, 0740, 0749, 0813, 0830, 0839, 0863, 0910, 0911, 0912, 0913, 0914, 0915,
0918, 0919, 0960, 2220, 2223, 2410, 2412, 2420, 2421, 2422, 2423, 2430, 2432, 2433, 2434, 2440,
2441, 2442, 2515, 2519, 2720, 2724, 2740, 2749, 2813, 2830, 2839, 2863, 2910, 2911, 2912, 2913,
2914, 2915, 2918, 2919, AND 2960 WILL BE CONSIDERED A LOCAL CHECK AS DEFINED IN TCF'S FUNDS
AVAILABILITY SCHEDULE.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER**  9883401012    STATEMENT PERIOD 07-01-09 THROUGH 07-31-09

**ACCOUNT SUMMARY**

| BALANCE 06-30-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 07-31-09 |
|---|---|---|---|
| 51.70 | 3,340.74 | 3,293.00 | 3.96 |

AS OF 07/27/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 33,170.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1257 | 200.00 | 0706 | 81053314 | 1273 | 22.00 | 0706 | 81067094 | 1278 | 850.00 | 0729 | 83040666 |
| 1258 | 500.00 | 0710 | 85050516 | 1274 | 800.00 | 0716 | 84039566 | 1279 | 200.00 | 0730 | 84037032 |
| * 1272 | 165.00 | 0702 | 84045045 | * 1277 | 300.00 | 0722 | 83059657 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0708 | 30.00 | SUNOCO SVC STATION HOWELL    MI | 0717 | 4.99 | KROGER #720 HOWELL    MI |
| 0710 | 22.02 | EXXONMOBIL    9616 HOWELL    MI | 0720 | 100.00 | SUNOCO SVC STATION HOWELL    MI |
| 0710 | 19.84 | SUNOCO SVC STATION HOWELL    MI | 0720 | 24.55 | EXXONMOBIL    9616 HOWELL    MI |
| 0714 | 68.03 | SUNOCO SVC STATION HOWELL    MI | 0720 | 11.39 | SUNOCO SVC STATION HOWELL    MI |
| 0714 | 5.99 | TTP*TAUNTONPUBLISH 800-477-8727 CT | 0720 | 10.93 | SUNOCO SVC STATION HOWELL    MI |
| 0715 | 6.00 | OLD GLORY AUTO WAS HOWELL    MI | | | |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0702 | 170.00 | DEPOSIT   REF # 84200604 | 0710 | 520.00 | DEPOSIT   REF # 85202379 |
| 0706 | 270.00 | DEPOSIT   REF # 81240479 | 0714 | 33.00 | DEPOSIT   REF # 82238356 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

FADTTATFTDAFTFADFFTTFDFDATAATTTAAFDTFTAFATFDFTATFTTADFATATATFDAFF

8     114 83
C D WYMAN CONTRACTORS
1011 E JONES RD
HOWELL MI  48855-9298

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|------|--------|-------------|---|
| 0715 | 850.00 | DEPOSIT | REF # 83224293 | 0727 | 850.00 | DEPOSIT | REF # 81270575 |
| 0720 | 400.00 | DEPOSIT | REF # 81287831 | 0730 | 200.00 | DEPOSIT | REF # 84175883 |

7/6/2009    1257  200.00



7/10/2009    1258  500.00



7/2/2009    1272  165.00



7/6/2009    1273  22.00



7/16/2009    1274  800.00



7/22/2009    1277  300.00



7/29/2009    1278  850.00



7/30/2009    1279  200.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

**ATTATTFFDTFDFAFTADFTFDFAATTATTAFDDADTDTATTAFATDAFDTFDTDAADFFATTFDF**

```
  7    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924
```

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

EFFECTIVE JULY 25, 2009, TCF'S FUNDS AVAILABILITY SCHEDULE FOR CHECKING AND SAVINGS ACCOUNTS IS
CHANGED AS FOLLOWS: ANY CHECK YOU DEPOSIT IN MICHIGAN WITH A ROUTING NUMBER BEGINNING WITH THE
DIGITS 0220, 0223, 0410, 0412, 0420, 0421, 0422, 0423, 0430, 0432, 0433, 0434, 0440, 0441, 0442,
0515, 0519, 0720, 0724, 0740, 0749, 0813, 0830, 0839, 0863, 0910, 0911, 0912, 0913, 0914, 0915,
0918, 0919, 0960, 2220, 2223, 2410, 2412, 2420, 2421, 2422, 2423, 2430, 2432, 2433, 2434, 2440,
2441, 2442, 2515, 2519, 2720, 2724, 2740, 2749, 2813, 2830, 2839, 2863, 2910, 2911, 2912, 2913,
2914, 2915, 2918, 2919, AND 2960 WILL BE CONSIDERED A LOCAL CHECK AS DEFINED IN TCF'S FUNDS
AVAILABILITY SCHEDULE.

## FREE SMALL BUSINESS CHECKING

| | STATEMENT PERIOD 05-30-09 THROUGH 06-30-09 |
|---|---|

**ACCOUNT NUMBER**  9883401012

| **ACCOUNT SUMMARY** | BALANCE 05-29-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 06-30-09 |
|---|---|---|---|---|
| | 44.42 | 4,357.72 | 4,365.00 | 51.70 |

AS OF 06/25/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 32,766.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1263 | 275.00 | 0601 | 81067192 | 1268 | 350.00 | 0608 | 81007410 | 1270 | 750.00 | 0616 | 82063890 |
| 1264 | 220.00 | 0603 | 83021821 | 1269 | 1,000.00 | 0612 | 85044350 | 1271 | 500.00 | 0629 | 81095750 |
| * 1267 | 250.00 | 0602 | 82066181 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0601 | 86.78 | EXXONMOBIL 9616 HOWELL MI | | 0608 | 8.90 | SUBWAY 0012 HOWELL MI |
| 0602 | 11.44 | SUNOCO SVC STATION HOWELL MI | | 0608 | 6.00 | OLD GLORY AUTO WAS HOWELL MI |
| 0604 | 100.00 | SUNOCO SVC STATION HOWELL MI | | 0609 | 18.23 | SUBWAY 0012 HOWELL MI |
| 0604 | 86.48 | SUNOCO SVC STATION HOWELL MI | | 0609 | 10.26 | EXXONMOBIL 9616 HOWELL MI |
| 0604 | 50.00 | EXXONMOBIL 9616 BRIGHTON MI | | 0612 | 96.30 | SUNOCO SVC STATION HOWELL MI |
| 0608 | 37.77 | SUNOCO SVC STATION HOWELL MI | | 0612 | 30.58 | SUNOCO SVC STATION HOWELL MI |
| 0608 | 16.56 | 7-ELEVEN 33394 HOWELL MI | | 0615 | 26.03 | SUNOCO SVC STATION HOWELL MI |
| 0608 | 11.84 | SUNOCO SVC STATION HOWELL MI | | 0616 | 5.99 | TTP*TAUNTONPUBLISH 800-477-8727 CT |
| 0608 | 10.26 | EXXONMOBIL 9616 HOWELL MI | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145. THANK
YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

ATTATFFDTFDFAFTADFTFDFAATTATTAFDDADTDTATTAFATDAFDTFDTDAADFFATTFDF

7    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS – EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0617 | 50.00 | SUNOCO SVC STATION | | 0623 | 35.00 | NSF FEE-ITEM PAID |
|      |       | HOWELL        MI | | 0629 | 86.35 | SUNOCO SVC STATION |
| 0618 | 50.00 | 7-ELEVEN 33394 | | | | HOWELL        MI |
|      |       | HOWELL        MI | | 0629 | 13.26 | SUNOCO SVC STATION |
| 0622 | 89.49 | SUNOCO SVC STATION | | | | HOWELL        MI |
|      |       | HOWELL        MI | | | | |
| 0622 | 75.00 | WASH WORLD III | | | | |
|      |       | HOWELL        MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|---|------|--------|-------------|---|
| 0601 | 355.00 | DEPOSIT | REF # 66033149 | | 0612 | 100.00 | DEPOSIT | REF # 75020585 |
| 0602 | 330.00 | DEPOSIT | REF # 72013997 | | 0616 | 700.00 | DEPOSIT | REF # 72003557 |
| 0603 | 500.00 | DEPOSIT | REF # 63018277 | | 0617 | 80.00 | DEPOSIT | REF # 63002582 |
| 0608 | 450.00 | DEPOSIT | REF # 66033497 | | 0619 | 100.00 | DEPOSIT | REF # 65003321 |
| 0611 | 50.00 | DEPOSIT | REF # 64001863 | | 0623 | 100.00 | DEPOSIT | REF # 72001630 |
| 0612 | 1,000.00 | DEPOSIT | REF # 75020578 | | 0629 | 600.00 | DEPOSIT | REF # 81257086 |

6/1/2009    1263 275.00



6/3/2009    1264 220.00



6/2/2009    1267 250.00



6/8/2009    1268 350.00



6/12/2009    1269 1,000.00



6/16/2009    1270 750.00



6/29/2009    1271 500.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
05-29-09

9883401012
3

TTFADFAATFDDFAATFDTADAFDATFTFAADDTTATDAAAAAFTTAAFTDTADDAFDAFFTTDD

3   114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY.  SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

DON'T FORGET YOUR MOM, DAD, OR GRAD THIS SEASON!  PURCHASE-FEE FREE TCF VISA GIFT CARDS ARE THE
GIFT THAT'S SURE TO FIT!  VISIT ANY TCF LOCATION OR GO TO WWW.TCFBANK.COM\GIFTCARD TO MAKE
YOUR PURCHASE.  GIFT CARDS ARE SUBJECT TO TERMS AND CONDITIONS.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 05-01-09 THROUGH 05-29-09

**ACCOUNT NUMBER**    9883401012
**ACCOUNT SUMMARY**

| BALANCE 04-30-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 05-29-09 |
|---|---|---|---|
| 168.94- | 1,161.34 | 1,374.70 | 44.42 |

AS OF 05/22/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 31,674.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1255 | 350.00 | 0528 | 84013961 | * 1262 | 305.00 | 0526 | 82076022 | * 1266 | 205.00 | 0529 | 85049938 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0511 | 44.68 | AUTOMATED WITHDRAWAL | | 0526 | .40 | SUNOCO SVC STATION |
| | | PROG MICHIGAN        INS PREM | | | | HOWELL        MI |
| 0514 | 5.99 | TTP*TAUNTONPUBLISH | | 0527 | 26.04 | SUNOCO SVC STATION |
| | | 800-477-8727 CT | | | | HOWELL        MI |
| 0515 | 35.00 | NSF FEE-ITEM PAID | | 0528 | 95.25 | SUNOCO SVC STATION |
| 0522 | 60.01 | SPEEDWAY 03564 100 | | | | HOWELL        MI |
| | | LOWELL        MI | | | | |
| 0526 | 33.97 | MARATHON OIL 10355 | | | | |
| | | HOWELL        MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0507 | 180.00 | DEPOSIT          REF # 74006642 | | 0522 | 300.00 | DEPOSIT | REF # 65000331 |
| 0511 | 36.00 | WEB TRANSFER DEPOSIT | | 0522 | 50.00 | DEPOSIT | REF # 65018543 |
| | | FROM ACCOUNT 6883372707 | | 0527 | 100.00 | DEPOSIT | REF # 73008532 |
| 0515 | 3.70 | WEB TRANSFER DEPOSIT | | 0527 | 100.00 | DEPOSIT | REF # 73021716 |
| | | FROM ACCOUNT 6883372707 | | 0528 | 300.00 | DEPOSIT | REF # 64006376 |
| 0519 | 100.00 | DEPOSIT          REF # 72005259 | | 0529 | 205.00 | DEPOSIT | REF # 65017939 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF/OVERDRAFT FEE IS $35.

5/28/2009     1255  350.00



5/26/2009     1262  305.00



5/29/2009     1266  205.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

|488368924576|

1     114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI   48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

GET MORE CONTROL AND LESS HASSLE WITH DIRECT DEPOSIT AT TCF!  DIRECT DEPOSIT GIVES YOU CONVENIENT
ACCESS TO YOUR FUNDS, A SAVED TRIP TO THE BANK, AND IT'S FREE!  SEE A TCF REPRESENTATIVE
OR VISIT WWW.TCFBANK.COM FOR DETAILS.

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 04-01-09 THROUGH 04-30-09

**ACCOUNT NUMBER**    9883401012

| ACCOUNT SUMMARY | BALANCE 03-31-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 04-30-09 |
|---|---|---|---|---|
| | 465.72 | 644.66 | 10.00 | 168.94- |

AS OF 04/24/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 31,668.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1254 | 132.75 | 0410 | 85019283 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0403 | 30.03 | MARATHON OIL 10355 HOWELL        MI | 0413 | 6.65 | SUNOCO SVC STATION HOWELL        MI |
| 0406 | 36.67 | SHELL OIL 57426617 FOWLERVILLE   MI | 0413 | 4.84 | MCDONALD'S F17550 HOWELL        MI |
| 0409 | 54.60 | AUTOMATED WITHDRAWAL PROG MICHIGAN    INS PREM | 0414 | 35.00 | NSF FEE-ITEM PAID TRACTOR-SUPPLY-CO |
| 0409 | 25.43 | AUTOMATED WITHDRAWAL PROG MICHIGAN    INS PREM | 0414 | 21.19 | HOWELL        MI |
| 0409 | 12.53 | MARATHON OIL 10355 HOWELL        MI | 0414 | 14.05 | ANGELOS PIZZA PART HOWELL        MI |
| 0410 | 32.00 | EXXONMOBIL   9616 HOWELL        MI | 0414 | 5.99 | TTP*TAUNTONPUBLISH 800-477-8727 CT |
| 0413 | 50.02 | SUNOCO SVC STATION HOWELL        MI | 0415 | 105.00 | NSF FEE-ITEM PAID |
| 0413 | 17.74 | EXXONMOBIL   9616 HOWELL        MI | 0415 | 10.05 | CASCARDO OIL HOWEL HOWELL        MI |
| 0413 | 15.12 | EXXONMOBIL   9616 HOWELL        MI | 0416 | 35.00 | NSF FEE-ITEM PAID |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0414 | 10.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.



4/10/2009     1254 132.75

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
3     114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY.  SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

GET MORE CONTROL AND LESS HASSLE WITH DIRECT DEPOSIT AT TCF!  DIRECT DEPOSIT GIVES YOU CONVENIENT
ACCESS TO YOUR FUNDS, A SAVED TRIP TO THE BANK, AND IT'S FREE!  SEE A TCF REPRESENTATIVE
OR VISIT WWW.TCFBANK.COM FOR DETAILS.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 02-28-09 THROUGH 03-31-09

**ACCOUNT NUMBER**    9883401012

| ACCOUNT SUMMARY | BALANCE 02-27-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 03-31-09 |
|---|---|---|---|---|
| | 613.07 | 1,980.11 | 1,832.76 | 465.72 |

AS OF 03/25/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 31,410.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1250 | 550.00 | 0304 | 13097077 | 1252 | 368.88 | 0319 | 84003324 | 1252 | 368.88 | 0325 | 83006794 |
| 1251 | 120.00 | 0318 | 83011062 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0302 | 35.00 | UNAVL FDS FEE-ITEM PD | | 0306 | 35.00 | NSF FEE-ITEM PAID |
| 0302 | 47.26 | 7-ELEVEN 33394 | | 0316 | 5.99 | TTP*TAUNTONPUBLISH |
| | | HOWELL     MI | | | | 800-477-8727 CT |
| 0302 | 32.41 | SUNOCO SVC STATION | | 0319 | 65.82 | SUNOCO SVC STATION |
| | | HOWELL     MI | | | | SOUTHFIELD MI |
| 0302 | 30.01 | SUNOCO SVC STATION | | 0320 | 35.00 | NSF FEE-ITEM PAID |
| | | HOWELL     MI | | 0320 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0302 | 10.02 | SUNOCO SVC STATION | | 0323 | 32.92 | SUNOCO SVC STATION |
| | | HOWELL     MI | | | | HOWELL     MI |
| 0303 | 35.00 | UNAVL FDS FEE-ITEM PD | | 0324 | 35.00 | NSF FEE-ITEM PAID |
| 0305 | 35.00 | NSF FEE-ITEM PAID | | 0326 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0305 | 67.92 | SUNOCO SVC STATION | | | | |
| | | HOWELL     MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0302 | 100.00 | DEPOSIT        REF # 66024002 | | 0317 | 120.00 | DEPOSIT        REF # 72013436 |
| 0305 | 105.00 | INSUFF FUNDS OVERDRAFT FEE REV | | 0320 | 368.88 | RETURNED CHECK # 1252 |
| 0316 | 70.00 | WEB TRANSFER DEPOSIT | | 0326 | 368.88 | RETURNED CHECK # 1252 |
| | | FROM ACCOUNT 6883372707 | | 0331 | 700.00 | DEPOSIT        REF # 72011047 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.

3/4/2009    1250 550.00        3/18/2009    1251 120.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|

2      114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

EARNING $25 CASH FROM TCF BANK IS EASY!  REFER A FRIEND TO OPEN A NEW FREE TCF CHECKING ACCOUNT AND
FOR EVERY FRIEND YOU REFER, YOU GET $25.  SEE A TCF REPRESENTATIVE FOR DETAILS AND REQUIREMENTS.

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 01-31-09 THROUGH 02-27-09
ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 01-30-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 02-27-09 |
|---|---|---|---|---|
| | 7.86 | 1,024.79 | 1,630.00 | 613.07 |

AS OF 02/23/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 30,983.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1248 | 125.00 | 0226 | 64001620 | 1249 | 350.00 | 0227 | 65021888 | * 1253 | 80.00 | 0227 | 65021889 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0202 | 14.00 | SHELL OIL 57441614 WARREN        MI | 0225 | 200.00 | ATM TCF HARTLAND 83-11-81      HOWELL      MI |
| 0203 | 35.00 | NSF FEE-ITEM PAID | 0227 | 35.00 | UNAVL FDS FEE-ITEM PD |
| 0209 | 44.81 | SUNOCO SVC STATION HOWELL      MI | 0227 | 53.79 | SUNOCO SVC STATION HOWELL      MI |
| 0218 | 5.99 | TTP*TAUNTONPUBLISH 800-477-8727 CT | 0227 | 51.13 | TEE BONEZ TAVERN BRIGHTON      MI |
| 0223 | 30.07 | EXXONMOBIL    9731 WIXOM      MI | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0204 | 45.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0212 | 5.00 | DEPOSIT          REF # 74026086 |
| 0209 | 45.00 | DEPOSIT      REF # 66086625 | 0223 | 35.00 | DEPOSIT          REF # 66083586 |
| | | | 0224 | 1,500.00 | DEPOSIT          REF # 72012338 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.

2/26/2009    1248 125.00



2/27/2009    1249 350.00



2/27/2009    1253 80.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|

    2    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY.  SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

ENCLOSED ARE TCF'S PRIVACY POLICY AND AMENDMENTS TO YOUR TERMS AND CONDITIONS.

MANAGING YOUR FINANCES HAS NEVER BEEN EASIER OR MORE CONVENIENT.  TCF OFFERS FREE ONLINE BANKING
AND FREE BILL PAY WITH FREE ONLINE STATEMENTS.  VISIT TCFBANK.COM TO ENROLL TODAY!  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

ACCOUNT NUMBER  9883401012      STATEMENT PERIOD 01-01-09 THROUGH 01-30-09

| ACCOUNT SUMMARY | BALANCE 12-31-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 01-30-09 |
|---|---|---|---|---|
| | 304.41 | 2,197.85 | 1,901.30 | 7.86 |

AS OF 01/27/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 30,829.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1246 | 132.75 | 0108 | 64008246 | 1247 | 490.00 | 0116 | 25034790 | 1247 | 490.00 | 0123 | 65014158 |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0102 | 30.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | | 0114 | 23.95 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0102 | 43.93 | EXXONMOBIL    9731 HAZEL PARK   MI | | 0114 | 7.50 | YOUSIF N YOUSIF WARREN      MI |
| 0102 | 21.31 | MARATHON OIL 10355 HOWELL     MI | | 0115 | 50.28 | SUNOCO SVC STATION HOWELL     MI |
| 0105 | 86.46 | WAL-MART #4540 FOWLERVILLE  MI | | 0119 | 35.00 | NSF FEE-ITEM NOT PAID |
| | | | | 0119 | 47.40 | SUNOCO SVC STATION HOWELL     MI |
| 0105 | 60.00 | ATM TCF WARREN 83-03-71      WARREN   MI | | 0122 | 20.00 | ATM TCF WARREN 83-03-71      WARREN   MI |
| 0107 | 40.00 | ATM TCF WARREN 83-03-71      WARREN   MI | | 0126 | 43.67 | SUNOCO SVC STATION HOWELL     MI |
| 0107 | 34.01 | SUNOCO SVC STATION HOWELL     MI | | 0126 | 32.00 | SUNOCO SVC STATION HOWELL     MI |
| 0107 | 10.00 | EXXONMOBIL    9616 HOWELL     MI | | 0127 | 250.00 | AUTOMATED WITHDRAWAL DTE Energy      Payment |
| 0109 | 35.05 | 9 MILE & RYAN BP WARREN      MI | | 0127 | 13.08 | SUNOCO SVC STATION HOWELL     MI |
| 0112 | 55.92 | WARREN PETRO MART WARREN      MI | | 0130 | 95.86 | AUTOMATED WITHDRAWAL RTC*DIRECTV SER    VICE |
| 0112 | 49.68 | SUNOCO SVC STATION HOWELL     MI | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
2     114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|--|------|--------|-------------|
| 0106 | 165.00 | DEPOSIT | REF # 72015786 | 0119 | 490.00 | RETURNED CHECK # 1247 |
| 0109 | 60.00 | DEPOSIT | REF # 65017538 | 0120 | 200.00 | DEPOSIT       REF # 72033800 |
| 0112 | 60.00 | DEPOSIT | REF # 66068922 | 0123 | 550.00 | DEPOSIT       REF # 65040016 |
| 0112 | 55.00 | DEPOSIT | REF # 66065782 | 0129 | 97.00 | WEB TRANSFER DEPOSIT |
| 0114 | 40.00 | DEPOSIT | REF # 63019645 | | | FROM ACCOUNT 6883372707 |
| 0116 | 184.30 | DEPOSIT | REF # 65023671 | | | |

1/8/2009    1246 132.75         1/23/2009    1247 490.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|

2      114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI 48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

GIVE THE GIFT THAT IS SURE TO FIT! GIFT CARDS ARE THE PERFECT GIFT FOR FRIENDS, FAMILY, AND
EMPLOYEES. TCF CUSTOMERS CAN ENJOY THE BENEFIT OF PURCHASE-FEE FREE TCF VISA GIFT CARDS.
PURCHASE GIFT CARDS AT ANY TCF BANK LOCATION OR ORDER ONLINE AT WWW.TCFBANK.COM\GIFTCARD.
GIFT CARDS ARE NOT FDIC INSURED AND ARE SUBJECT TO OTHER FEES, SUCH AS MONTHLY MAINTENANCE
AND CARD EXPIRATION FEES. SEE TERMS AND CONDITIONS. SHIPPING AND HANDLING FEES MAY APPLY.

ENCLOSED ARE TCF'S PRIVACY POLICY AND AMENDMENTS TO YOUR TERMS AND CONDITIONS.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER** 9883401012          STATEMENT PERIOD 11-29-08 THROUGH 12-31-08

| ACCOUNT SUMMARY | BALANCE 11-28-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 12-31-08 |
|---|---|---|---|---|
| | 31.22- | 1,429.37 | 1,765.00 | 304.41 |

AS OF 12/23/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 30,210.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1244 | 420.00 | 1216 | 22031030 | 1245 | 215.00 | 1218 | 24024285 | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1201 | 35.00 | NSF FEE-ITEM PAID | 1226 | 15.69 | A & L PARTS PLUS |
| 1202 | 40.76 | SUNOCO SVC STATION | | | HOWELL        MI |
| | | HOWELL        MI | 1226 | 14.04 | SUNOCO SVC STATION |
| 1204 | 52.06 | EXXONMOBIL    9731 | | | HOWELL        MI |
| | | HAZEL PARK    MI | 1226 | 12.42 | SUNOCO SVC STATION |
| 1205 | 35.00 | NSF FEE-ITEM PAID | | | HOWELL        MI |
| 1208 | 39.93 | EXXONMOBIL    9731 | 1229 | 40.00 | ATM TCF WARREN |
| | | HAZEL PARK    MI | | | 93-03-71      WARREN      MI |
| 1210 | 43.90 | EXXONMOBIL    4778 | 1229 | 22.08 | SUNOCO SVC STATION |
| | | HAZEL PARK    MI | | | HOWELL        MI |
| 1211 | 35.00 | NSF FEE-ITEM PAID | 1229 | 21.35 | SUNOCO SVC STATION |
| 1215 | 33.00 | SUNOCO SVC STATION | | | HOWELL        MI |
| | | HOWELL        MI | 1229 | 17.90 | WAL-MART #4540 |
| 1218 | 20.01 | SHELL OIL 57441614 | | | FOWLERVILLE MI |
| | | WARREN        MI | 1229 | 16.71 | MCDONALD'S F17550 |
| 1222 | 40.59 | SUNOCO SVC STATION | | | HOWELL        MI |
| | | HOWELL        MI | 1230 | 22.92 | SUNOCO SVC STATION |
| 1224 | 201.00 | WEB TRANSFER WITHDRAWAL | | | HOWELL        MI |
| | | TO ACCOUNT 6883372707 | | | |
| 1224 | 35.01 | SUNOCO SVC STATION | | | |
| | | HOWELL        MI | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145. THANK
YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

|488368924576|
            2      114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI   48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 1201 | 50.00 | DEPOSIT | REF # 66060115 | 1211 | 100.00 | DEPOSIT | REF # 74012245 |
| 1201 | 50.00 | DEPOSIT | REF # 66062820 | 1215 | 20.00 | DEPOSIT | REF # 66046816 |
| 1202 | 15.00 | WEB TRANSFER DEPOSIT | | 1216 | 450.00 | DEPOSIT | REF # 72027130 |
| | | FROM ACCOUNT 6883372707 | | 1218 | 200.00 | DEPOSIT | REF # 74030281 |
| 1208 | 130.00 | DEPOSIT | REF # 66010483 | 1222 | 750.00 | DEPOSIT | REF # 66072500 |




12/16/2008   1244 420.00     12/18/2008   1245 215.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
11-28-08

9883401012
2

|488368924576|

2      114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

GIVE THE GIFT THAT IS SURE TO FIT!  GIFT CARDS ARE THE PERFECT GIFT FOR FRIENDS, FAMILY, AND
EMPLOYEES.  TCF CUSTOMERS CAN ENJOY THE BENEFIT OF PURCHASE-FEE FREE TCF VISA GIFT CARDS.
PURCHASE GIFT CARDS AT ANY TCF BANK LOCATION OR ORDER ONLINE AT WWW.TCFBANK.COM\GIFTCARD.
GIFT CARDS ARE NOT FDIC INSURED AND ARE SUBJECT TO OTHER FEES, SUCH AS MONTHLY MAINTENANCE
AND CARD EXPIRATION FEES.  SEE TERMS AND CONDITIONS.  SHIPPING AND HANDLING FEES MAY APPLY.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 11-01-08 THROUGH 11-28-08

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 10-31-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 11-28-08 |
|---|---|---|---|---|
| | 26.88 | 1,231.10 | 1,173.00 | 31.22- |

AS OF 11/20/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 29,798.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1241 | 650.00 | 1120 | 64009575 | 1242 | 80.00 | 1120 | 64009574 | | | | |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1103 | 73.00 | EXXONMOBIL    9731  HAZEL PARK    MI | 1117 | 4.03 | MCDONALD'S F1908  WARREN       MI |
| 1103 | 57.00 | EXXONMOBIL    9731  HAZEL PARK    MI | 1119 | 60.01 | SUNOCO SVC STATION  HOWELL       MI |
| 1103 | 39.50 | EXXONMOBIL    9731  HAZEL PARK    MI | 1120 | 35.00 | NSF FEE-ITEM PAID |
| | | | 1121 | 46.36 | BP OIL        0696  MADISON HEIGHMI |
| 1104 | 35.00 | NSF FEE-ITEM PAID | 1124 | 54.70 | BP OIL        0569  HAZEL PARK    MI |
| 1113 | 46.19 | AUTOMATED WITHDRAWAL  PROG MICHIGAN      INS PREM | | | |
| 1117 | 9.91 | THE HOME DEPOT 273  MADISON HEIGHMI | 1128 | 40.40 | EXXONMOBIL    9731  HAZEL PARK    MI |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1103 | 140.00 | DEPOSIT         REF # 66021656 | 1110 | 50.00 | DEPOSIT         REF # 66031830 |
| 1104 | 3.00 | WEB TRANSFER DEPOSIT  FROM ACCOUNT 6883372707 | 1120 | 850.00 | DEPOSIT         REF # 74004797 |
| | | | 1121 | 30.00 | DEPOSIT         REF # 65015604 |
| 1110 | 50.00 | DEPOSIT         REF # 66019839 | 1124 | 50.00 | DEPOSIT         REF # 66047150 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.



11/20/2008    1241 650.00          11/20/2008    1242 80.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
10-31-08

9883401012
3

|488368924576|
3     114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

EFFECTIVE OCTOBER 18, 2008, ANY CHECK YOU DEPOSIT AT ANY TCF LOCATION IN THE LOWER PENINSULA OF
MICHIGAN WITH A ROUTING NUMBER BEGINNING WITH THE DIGITS 0420, 2420, 0421, 2421, 0422, 2422, 0423,
2423, 0442, 2442, 0515, 2515, 0519, 2519, 0740, 2740, 0749, 2749, 0813, 2813, 0830, 2830, 0839,
2839, 0863, OR 2863 WILL BE CONSIDERED A LOCAL CHECK.  FUNDS FROM SUCH DEPOSITS WILL BE AVAILABLE
ON THE SECOND BUSINESS DAY AFTER THE DAY OF DEPOSIT AS STATED IN TCF'S FUNDS AVAILABILITY
SCHEDULE FOR CHECKING AND SAVINGS ACCOUNTS.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 10-01-08 THROUGH 10-31-08

**ACCOUNT NUMBER**      9883401012

| ACCOUNT SUMMARY | BALANCE 09-30-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 10-31-08 |
|---|---|---|---|---|
| | 9.56 | 867.68 | 885.00 | 26.88 |

AS OF 10/27/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 29,395.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1238 | 30.00 | 1009 | 74015457 | 1239 | 80.00 | 1022 | 73013976 | 1240 | 150.00 | 1033 | 65013853 |
| 1238 | 30.00 | 1016 | 74017731 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1006 | 75.00 | SUNOCO SVC STATION | | 1013 | 31.01 | SUNOCO SVC STATION |
| | | HOWELL        MI | | | | HOWELL        MI |
| 1006 | 12.58 | SUNOCO SVC STATION | | 1017 | 35.00 | NSF FEE-ITEM PAID |
| | | HOWELL        MI | | 1027 | 84.00 | EXXONMOBIL    9731 |
| 1007 | 68.00 | NSF FEE-ITEM PAID | | | | HAZEL PARK    MI |
| 1007 | 46.00 | EXXONMOBIL    9731 | | 1027 | 10.01 | MARATHON OIL 11045 |
| | | HAZEL PARK    MI | | | | FERNDALE      MI |
| 1008 | 35.00 | NSF FEE-ITEM PAID | | 1030 | 64.84 | EXXONMOBIL    9731 |
| 1010 | 35.00 | NSF FEE-ITEM NOT PAID | | | | HAZEL PARK    MI |
| 1013 | 81.24 | SUNOCO SVC STATION | | | | |
| | | WARREN        MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1010 | 30.00 | RETURNED CHECK # 1238 | | 1027 | 100.00 | DEPOSIT        REF # 66027245 |
| 1013 | 400.00 | DEPOSIT        REF # 76003664 | | 1030 | 230.00 | DEPOSIT        REF # 74035394 |
| 1021 | 125.00 | WEB TRANSFER DEPOSIT | | | | |
| | | FROM ACCOUNT 6883372707 | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $35.

 

10/16/2008   1238 30.00          10/22/2008   1239 80.00



10/31/2008   1240 150.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|

6   114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI 48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

EFFECTIVE OCTOBER 18, 2008, ANY CHECK YOU DEPOSIT AT ANY TCF LOCATION IN THE LOWER PENINSULA OF
MICHIGAN WITH A ROUTING NUMBER BEGINNING WITH THE DIGITS 0420, 2420, 0421, 2421, 0422, 2422, 0423,
2423, 0442, 2442, 0515, 2515, 0519, 2519, 0740, 2740, 0749, 2749, 0813, 2813, 0830, 2830, 0839,
2839, 0863, OR 2863 WILL BE CONSIDERED A LOCAL CHECK. FUNDS FROM SUCH DEPOSITS WILL BE AVAILABLE
ON THE SECOND BUSINESS DAY AFTER THE DAY OF DEPOSIT AS STATED IN TCF'S FUNDS AVAILABILITY
SCHEDULE FOR CHECKING AND SAVINGS ACCOUNTS.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 08-30-08 THROUGH 09-30-08

**ACCOUNT NUMBER** 9883401012

| ACCOUNT SUMMARY | BALANCE 08-29-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 09-30-08 |
|---|---|---|---|---|
| | 16.19 | 1,951.63 | 1,945.00 | 9.56 |

AS OF 09/24/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 28,974.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1232 | 200.00 | 0902 | 66017141 | 1234 | 40.00 | 0908 | 66050947 | 1236 | 50.00 | 0912 | 65014146 |
| 1233 | 405.00 | 0904 | 64019352 | 1235 | 230.00 | 0908 | 66051420 | 1237 | 40.00 | 0919 | 65013995 |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0902 | 74.79 | SUNOCO SVC STATION HOWELL MI | | 0915 | 30.03 | SUNOCO SVC STATION HOWELL MI |
| 0902 | 45.09 | SUNOCO SVC STATION HOWELL MI | | 0918 | 7.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0902 | 6.01 | MARATHON OIL 10355 | | 0922 | 34.00 | NSF FEE-ITEM PAID |
| 0902 | 5.48 | SUNOCO SVC STATION HOWELL MI | | 0922 | 75.00 | SUNOCO SVC STATION HOWELL MI |
| 0903 | 136.00 | NSF FEE-ITEM PAID | | 0923 | 34.00 | NSF FEE-ITEM PAID |
| 0908 | 60.00 | SUNOCO SVC STATION HOWELL MI | | 0924 | 100.00 | EXXONMOBIL 9731 WATERFORD MI |
| 0908 | 25.01 | SUNOCO SVC STATION HOWELL MI | | 0925 | 34.00 | NSF FEE-ITEM PAID |
| | | | | 0926 | 50.00 | SUNOCO SVC STATION HOWELL MI |
| 0909 | 102.00 | NSF FEE-ITEM PAID | | 0926 | 25.22 | SUNOCO SVC STATION HOWELL MI |
| 0915 | 75.00 | SUNOCO SVC STATION HOWELL MI | | 0929 | 68.00 | NSF FEE-ITEM PAID |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| 0902 | 200.00 | DEPOSIT | REF # 66095281 | | 0908 | 270.00 | DEPOSIT | REF # 66000555 |
| 0903 | 530.00 | DEPOSIT | REF # 73053043 | | 0910 | 200.00 | DEPOSIT | REF # 73033157 |
| 0904 | 130.00 | DEPOSIT | REF # 64052505 | | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145. THANK
YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $34.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|
6    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI 48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|------|--------|-------------|---|
| 0911 | 40.00 | WEB TRANSFER DEPOSIT | 0922 | 115.00 | DEPOSIT | REF # 66017494 |
| | | FROM ACCOUNT 6883372707 | 0923 | 100.00 | DEPOSIT | REF # 72012609 |
| 0915 | 110.00 | WEB TRANSFER DEPOSIT | 0929 | 180.00 | DEPOSIT | REF # 76007198 |
| | | FROM ACCOUNT 6883372707 | 0930 | 70.00 | DEPOSIT | REF # 72031620 |



9/2/2008   1232 200.00
9/4/2008   1233 405.00
9/8/2008   1234 40.00
9/8/2008   1235 230.00
9/12/2008   1236 50.00
9/19/2008   1237 40.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|

3     114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY.  SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF BANK GIVES YOU A BREAK AT THE GAS PUMP.  STOP INTO ANY TCF BANK LOCATION AND REGISTER TO WIN
THE $1,000 WEEKLY GAS CARD GIVEAWAY.  NO PURCHASE NECESSARY TO ENTER OR WIN.  SEE OFFICIAL RULES
FOR DETAILS.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER** 9883401012    STATEMENT PERIOD 08-01-08 THROUGH 08-29-08

**ACCOUNT SUMMARY**

| BALANCE 07-31-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 08-29-08 |
|---|---|---|---|
| 84.83 | 718.64 | 650.00 | 16.19 |

AS OF 08/26/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 28,487.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1229 | 130.00 | 0812 | 62018089 | 1230 | 200.00 | 0818 | 66041082 | 1231 | 66.00 | 0827 | 73011874 |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0805 | 60.00 | ATM TCF HOWELL - GENOA TWSP<br>83-11-42       GENOA TWSP MI | 0818 | 20.06 | MARATHON OIL 10355<br>HOWELL     MI |
| 0807 | 5.16 | VG'S FOOD CTR #014<br>HOWELL     MI | 0819 | 25.05 | SUNOCO SVC STATION<br>HOWELL     MI |
| 0808 | 14.87 | MARATHON OIL 10355<br>HOWELL     MI | 0825 | 74.90 | SUNOCO SVC STATION<br>HOWELL     MI |
| 0812 | 15.37 | SUNOCO SVC STATION<br>HOWELL     MI | 0825 | 5.00 | OLD GLORY AUTO WAS<br>HOWELL     MI |
| 0812 | 14.33 | SUNOCO SVC STATION<br>HOWELL     MI | 0828 | 10.89 | SUNOCO SVC STATION<br>HOWELL     MI |
| 0813 | 50.00 | SUNOCO SVC STATION<br>HOWELL     MI | 0829 | 5.00 | WEB TRANSFER WITHDRAWAL<br>TO ACCOUNT 6883372707 |
| 0818 | 22.01 | SUNOCO SVC STATION<br>HOWELL     MI | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0811 | 160.00 | DEPOSIT | REF # 66087980 | 0818 | 50.00 | DEPOSIT | REF # 66067313 |
| 0812 | 50.00 | DEPOSIT | REF # 72011393 | 0825 | 100.00 | DEPOSIT | REF # 66058913 |
| 0818 | 225.00 | DEPOSIT | REF # 66047860 | 0827 | 65.00 | DEPOSIT | REF # 63013694 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.



8/12/2008     1229  130.00         8/18/2008     1230  200.00

8/27/2008     1231  66.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|

3    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF BANK GIVES YOU A BREAK AT THE GAS PUMP.  STOP INTO ANY TCF BANK LOCATION AND REGISTER TO WIN
THE $1,000 WEEKLY GAS CARD GIVEAWAY.  NO PURCHASE NECESSARY TO ENTER OR WIN.  SEE OFFICIAL RULES
FOR DETAILS.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 07-01-08 THROUGH 07-31-08

**ACCOUNT NUMBER**  9883401012

| ACCOUNT SUMMARY | BALANCE 06-30-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 07-31-08 |
|---|---|---|---|---|
| | 20.17 | 1,090.34 | 1,155.00 | 84.83 |

AS OF 07/25/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 28,210.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1225 | 392.00 | 0703 | 44081095 | 1226 | 158.00 | 0703 | 44081096 | 1227 | 305.00 | 0729 | 62019890 |

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0708 | 5.00 | SUNOCO SVC STATION HOWELL    MI | | 0718 | 8.01 | SUNOCO SVC STATION HOWELL    MI |
| 0714 | 57.01 | SUNOCO SVC STATION HOWELL    MI | | 0728 | 35.66 | VG'S FOOD CTR #014 HOWELL    MI |
| 0714 | 45.88 | SUNOCO SVC STATION HOWELL    MI | | 0728 | 35.12 | SUNOCO SVC STATION HOWELL    MI |
| 0718 | 8.30 | SUNOCO SVC STATION HOWELL    MI | | 0729 | 40.36 | SUNOCO SVC STATION HOWELL    MI |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0702 | 120.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | 0714 | 25.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0703 | 220.00 | DEPOSIT    REF # 54038708 | | 0722 | 100.00 | DEPOSIT    REF # 72057073 |
| 0703 | 200.00 | DEPOSIT    REF # 54041030 | | 0728 | 400.00 | DEPOSIT    REF # 66050015 |
| 0710 | 50.00 | DEPOSIT    REF # 74036334 | | | | |
| 0714 | 40.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.





7/3/2008      1225 392.00          7/3/2008      1226 158.00



7/29/2008      1227 305.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
06-30-08

9883401012
1

|488368924576|
1    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF BANK GIVES YOU A BREAK AT THE GAS PUMP.  STOP INTO ANY TCF BANK LOCATION AND REGISTER TO WIN
THE $1,000 WEEKLY GAS CARD GIVEAWAY.  NO PURCHASE NECESSARY TO ENTER OR WIN.  SEE OFFICIAL RULES
FOR DETAILS.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
STATEMENT PERIOD 05-31-08 THROUGH 06-30-08
ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 05-30-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 06-30-08 |
|---|---|---|---|---|
| | 69.17 | 601.00 | 752.00 | 20.17 |

AS OF 06/24/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 27,781.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1224 | 225.00 | 0604 | 63015080 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0602 | 42.16 | SUNOCO SVC STATION HOWELL    MI | 0625 | 60.03 | SUNOCO SVC STATION HOWELL    MI |
| 0602 | 13.24 | SUNOCO SVC STATION HOWELL    MI | 0625 | 34.01 | SUNOCO SVC STATION HOWELL    MI |
| 0602 | 10.03 | SUNOCO SVC STATION HOWELL    MI | 0625 | 20.00 | SUNOCO SVC STATION HOWELL    MI |
| 0602 | 5.70 | MCDONALD'S M5362 O BRIGHTON    MI | 0626 | 42.01 | SUNOCO SVC STATION HOWELL    MI |
| 0604 | 75.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 0626 | 24.35 | SUNOCO SVC STATION HOWELL    MI |
| 0604 | 41.16 | SUNOCO SVC STATION HOWELL    MI | 0630 | 52.24 | SUNOCO SVC STATION HOWELL    MI |
| 0605 | 68.00 | NSF FEE-ITEM PAID | 0630 | 47.03 | SUNOCO SVC STATION HOWELL    MI |
| 0623 | 15.01 | SUNOCO SVC STATION HOWELL    MI | 0630 | 16.02 | SUNOCO SVC STATION BRIGHTON    MI |
| 0624 | 10.01 | 7-ELEVEN 33394 HOWELL    MI | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0602 | 12.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | | 0625 | 140.00 | DEPOSIT | REF # 73008816 |
| 0603 | 230.00 | DEPOSIT | REF # 62017587 | 0626 | 50.00 | DEPOSIT | REF # 64011668 |
| 0620 | 200.00 | DEPOSIT | REF # 75003346 | 0630 | 120.00 | DEPOSIT | REF # 76032821 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.

C D WYMAN CONTRACTORS
xxx MILE??
FOWLERVILLE, MI 48836

1224

05/29/08

PAY TO THE ORDER OF  STATE OF MICHIGAN          $ 225.00

Two Hundred Twenty Five & 00/100          DOLLARS

TCF BANK

FOR  License Fee                    Michelle Pickier

⑆272471586⑆ 9883401012⑆ 1224 ⑈00000022500⑈

6/4/2008        1224 225.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
    2    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY.  SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

GIVE YOUR ECONOMIC STIMULUS CHECK A BONUS.  EARN GREAT INTEREST RATES ON YOUR MONEY BY PUTTING IT IN
A HIGH-RATE TCF SAVINGS ACCOUNT.  FIND OUT MORE AT TCFBANK.COM OR STOP INTO YOUR NEIGHBORHOOD TCF
BANK LOCATION TO VISIT WITH A BANKER TODAY.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
ACCOUNT NUMBER    9883401012          STATEMENT PERIOD 05-01-08 THROUGH 05-30-08

**ACCOUNT SUMMARY**

| BALANCE 04-30-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 05-30-08 |
|---|---|---|---|
| 277.19- | 935.29 | 1,281.65 | 69.17 |

AS OF 05/23/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 27,512.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1222 | 90.50 | 0520 | 72018516 | 1222 | 90.50 | 0527 | 76047598 | 1223 | 277.80 | 0530 | 65030626 |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0508 | 19.00 | SUNOCO SVC STATION HOWELL      MI | 0520 | 20.02 | SUNOCO SVC STATION HOWELL      MI |
| 0512 | 20.09 | 7-ELEVEN 33394 HOWELL      MI | 0521 | 68.00 | NSF FEE-ITEM PAID |
| 0512 | 3.62 | BRIGHTON BRIGHTON    MI | 0521 | 34.00 | NSF FEE-ITEM NOT PAID |
| 0514 | 40.32 | 7-ELEVEN 33394 HOWELL      MI | 0527 | 24.55 | SUNOCO SVC STATION HOWELL      MI |
| 0514 | 20.04 | AMOCO OIL    0696 BRIGHTON    MI | 0527 | 24.18 | SUNOCO SVC STATION HOWELL      MI |
| 0515 | 26.00 | EXXONMOBIL    9644 HOWELL      MI | 0527 | 5.00 | OLD GLORY AUTO WAS HOWELL      MI |
| 0519 | 30.01 | SUNOCO SVC STATION HOWELL      MI | 0529 | 23.02 | SUNOCO SVC STATION HOWELL      MI |
| 0520 | 34.00 | NSF FEE-ITEM PAID | 0530 | 42.02 | SUNOCO SVC STATION HOWELL      MI |
| 0520 | 20.04 | SUNOCO SVC STATION HOWELL      MI | 0530 | 22.58 | SUNOCO SVC STATION HOWELL      MI |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0505 | 400.00 | DEPOSIT        REF # 66066628 | 0521 | 180.83 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0515 | 25.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 8883524287 | 0522 | 29.32 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0519 | 5.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 8883524287 | 0522 | 100.00 | DEPOSIT        REF # 74047594 |
| 0521 | 90.50 | RETURNED CHECK #  1222 | 0522 | 51.00 | INSUFF FUNDS OVERDRAFT FEE REV |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI   48153

|488368924576|
          2     314 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI   48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0530 | 400.00 | DEPOSIT         REF # 75002230 | | | | |





5/27/2008     1222  90.50          5/30/2008     1223  277.80

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|
1       114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF MAKES IT SIMPLE AND EASY TO BORROW MONEY.  CONSIDER A HOME EQUITY LOAN OR LINE OF CREDIT FOR
DEBT CONSOLIDATION, AUTO\BOAT\RV LOAN OR TO TURN YOUR SPRING PROJECTS INTO A REALITY!  STOP BY
YOUR NEIGHBORHOOD TCF BANK TO VISIT WITH ONE OF OUR EXPERIENCED LOAN OFFICERS OR APPLY NOW AT
WWW.TCFBANK.COM.  EQUAL HOUSING LENDER.

## FREE SMALL BUSINESS CHECKING

ACCOUNT NUMBER     9883401012        STATEMENT PERIOD 04-01-08 THROUGH 04-30-08

| ACCOUNT SUMMARY | BALANCE 03-31-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 04-30-08 |
|---|---|---|---|---|
| | 87.20 | 1,115.64 | 751.25 | 277.19- |

AS OF 04/24/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 27,258.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1220 | 96.62 | 0416 | 73011125 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0401 | 65.00 | SUNSATIONS OF HOWE HOWELL     MI | 0414 | 28.46 | WAL-MART #4540 FOWLERVILLE MI |
| 0401 | 20.46 | 7-ELEVEN 33394 HOWELL     MI | 0415 | 74.75 | SUNOCO SVC STATION HOWELL     MI |
| 0402 | 65.35 | TEE BONEZ TAVERN BRIGHTON   MI | 0421 | 75.00 | SUNOCO SVC STATION HOWELL     MI |
| 0404 | 80.59 | GANNETT MICHIGAN N 800-433-6946 MI | 0421 | 73.54 | SUNOCO SVC STATION HOWELL     MI |
| 0407 | 60.00 | SUNOCO SVC STATION HOWELL     MI | 0421 | 22.65 | SUNOCO SVC STATION HOWELL     MI |
| 0407 | 46.19 | DETROIT MEDIA PART 313-2222270 MI | 0421 | 5.00 | OLD GLORY AUTO WAS HOWELL     MI |
| 0408 | 34.00 | NSF FEE-ITEM PAID | 0422 | 102.00 | NSF FEE-ITEM PAID |
| 0408 | 43.03 | SUNOCO SVC STATION HOWELL     MI | 0424 | 54.01 | SUNOCO SVC STATION HOWELL     MI |
| 0409 | 34.00 | NSF FEE-ITEM PAID | 0425 | 34.00 | NSF FEE-ITEM PAID |
| 0411 | 100.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 | 0428 | .99 | APL*ITUNES 866-712-7753 CA |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0401 | 70.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0408 | 35.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 |
| 0403 | 150.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 6883372707 | 0410 | 256.25 | DEPOSIT          REF # 64006286 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|
          1     114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0415 | 240.00 | WEB TRANSFER DEPOSIT | | | | |
| | | FROM ACCOUNT 6883372707 | | | | |

C D WYMAN CONTRACTORS
8000 MILETT RD
POWLERVILLE, MI 48836

1220

04/14/2008

PAY TO THE ORDER OF   Big PDQ                    $ 96.62

Ninety Six 62/100

TCF BANK

042402501 04-15

4/16/2008    1220 96.62

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|

    5       114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF BANK AND VISA(R) ARE COMMITTED TO PROTECTING YOUR ACCOUNT FROM FRAUDULENT CARD TRANSACTIONS.
TO MORE QUICKLY ALERT YOU TO POTENTIAL CARD FRAUD, YOU MAY RECEIVE AN AUTOMATED CALL FROM VISA FRAUD
PREVENTION SERVICES.  IN SELECT CIRCUMSTANCES A TEMPORARY BLOCK MAY BE PLACED ON YOUR TCF CARD
TO DECLINE FURTHER CARD TRANSACTION AUTHORIZATIONS.  IF THIS SHOULD OCCUR, PLEASE CONTACT VISA FRAUD
PREVENTION SERVICES AT THE NUMBER PROVIDED IN THE CALL OR CONTACT TCF BANK AT 1-800-TCF-BANK.

## FREE SMALL BUSINESS CHECKING

ACCOUNT NUMBER    9883401012    STATEMENT PERIOD 03-01-08 THROUGH 03-31-08

ACCOUNT SUMMARY

| BALANCE 02-29-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 03-31-08 |
|---|---|---|---|
| 30.78 | 5,194.86 | 5,251.28 | 87.20 |

AS OF 03/27/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 25,871.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1213 | 100.00 | 0306 | 74019115 | 1216 | 53.10 | 0310 | 66029411 | 1218 | 45.78 | 0331 | 66060599 |
| * 1215 | 2,325.70 | 0306 | 74029398 | 1217 | 129.80 | 0331 | 66046287 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0303 | 34.13 | SUNOCO SVC STATION HOWELL        MI | 0313 | 34.00 | NSF FEE-ITEM PAID |
| | | | 0317 | 5.00 | OLD GLORY AUTO WAS HOWELL        MI |
| 0303 | 25.44 | 7-ELEVEN 33394 HOWELL        MI | 0319 | 64.01 | QUICK STOP JONESVILLE   MI |
| 0305 | 75.00 | SUNOCO SVC STATION HOWELL        MI | 0320 | 52.41 | QUICK STOP JONESVILLE   MI |
| 0307 | 40.15 | SUNOCO SVC STATION HOWELL        MI | 0321 | 36.00 | QUICK STOP JONESVILLE   MI |
| 0310 | 60.02 | SUNOCO SVC STATION HOWELL        MI | 0324 | 77.52 | WAL-MART #4540 FOWLERVILLE  MI |
| 0310 | 14.47 | WM SUPERCENTER FOWLERVILLE  MI | 0324 | 65.60 | TEE BONEZ TAVERN BRIGHTON    MI |
| 0310 | 12.84 | SUNOCO SVC STATION HOWELL        MI | 0324 | 45.00 | QUICK STOP JONESVILLE   MI |
| 0310 | 5.00 | OLD GLORY AUTO WAS HOWELL        MI | 0324 | 18.01 | TRACTOR-SUPPLY-CO HOWELL        MI |
| 0311 | 52.00 | SUNOCO SVC STATION HOWELL        MI | 0325 | 843.13 | AUTOMATED WITHDRAWAL FERRELL GAS     WEBPAY |
| 0311 | 33.30 | SUNOCO SVC STATION HOWELL        MI | 0326 | 74.61 | SUNOCO SVC STATION HOWELL        MI |
| 0312 | 34.00 | NSF FEE-ITEM PAID | | | |
| 0312 | 45.88 | TRACTOR-SUPPLY-CO HOWELL        MI | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|

5     114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI 48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0326 | 46.64 | CEDARS FOOD & SPIR | | 0331 | 140.00 | WEB TRANSFER WITHDRAWAL |
| | | JONESVILLE  MI | | | | TO ACCOUNT 6883372707 |
| 0326 | 12.27 | QUICK STOP | | 0331 | 160.42 | STEAK AND ALE |
| | | JONESVILLE  MI | | | | FARMINGTON HLMI |
| 0326 | 11.60 | ANGELOS PIZZA PART | | 0331 | 81.51 | 7-ELEVEN 33394 |
| | | HOWELL  MI | | | | HOWELL  MI |
| 0326 | 5.00 | OLD GLORY AUTO WAS | | 0331 | 60.21 | VG'S FOOD CTR #014 |
| | | HOWELL  MI | | | | HOWELL  MI |
| 0327 | 71.12 | QUICK STOP | | 0331 | 42.00 | WRANGLER'S SALOON |
| | | JONESVILLE  MI | | | | HOWELL  MI |
| 0327 | 46.21 | CEDARS FOOD & SPIR | | 0331 | 35.23 | WM SUPERCENTER |
| | | JONESVILLE  MI | | | | FOWLERVILLE MI |
| 0327 | 20.46 | 7-ELEVEN 33394 | | 0331 | 21.83 | 7-ELEVEN 33394 |
| | | HOWELL  MI | | | | HOWELL  MI |
| 0327 | 9.51 | MCDONALD'S F17170 | | 0331 | 10.28 | 7-ELEVEN 33394 |
| | | SPRING ARBOR MI | | | | HOWELL  MI |
| 0327 | 6.34 | SUNOCO SVC STATION | | 0331 | 5.99 | ZAX AUTO WASH |
| | | HOWELL  MI | | | | WIXOM  MI |
| 0328 | 6.34 | SUNOCO SVC STATION | | | | |
| | | HOWELL  MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0303 | 41.00 | WEB TRANSFER DEPOSIT | | 0312 | 100.00 | DEPOSIT     REF # 73013642 |
| | | FROM ACCOUNT 6883372707 | | 0313 | 10.00 | WEB TRANSFER DEPOSIT |
| 0304 | 34.13 | DEPOSIT     REF # 62021789 | | | | FROM ACCOUNT 6883372707 |
| 0305 | 1,300.00 | DEPOSIT     REF # 63058713 | | 0313 | 6.00 | WEB TRANSFER DEPOSIT |
| 0306 | 1,300.15 | DEPOSIT     REF # 64022666 | | | | FROM ACCOUNT 6883372707 |
| 0310 | 100.00 | DEPOSIT     REF # 76052922 | | 0317 | 2,360.00 | DEPOSIT     REF # 66005136 |



3/6/2008    1213 100.00

3/6/2008    1215 2,325.70

3/10/2008    1216 53.10

3/31/2008    1217 129.80

3/31/2008    1218 45.78

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|

2    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI 48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

EFFECTIVE FEBRUARY 23, 2008, ANY CHECK YOU DEPOSIT AT ANY TCF LOCATION IN THE LOWER PENINSULA OF
MICHIGAN WITH A ROUTING NUMBER BEGINNING WITH THE DIGITS 0220, 2220, 0223, OR 2223 WILL BE
CONSIDERED A LOCAL CHECK. FUNDS FROM SUCH DEPOSITS WILL BE AVAILABLE ON THE SECOND BUSINESS DAY
AFTER THE DAY OF DEPOSIT AS STATED IN TCF'S FUNDS AVAILABILITY SCHEDULE FOR CHECKING AND SAVINGS
ACCOUNTS.
EFFECTIVE APRIL 1, 2008, TCF WILL CHARGE AN INTERNATIONAL SERVICE FEE FOR ALL ATM, POS (POINT OF
SALE), AND CREDIT CARD TRANSACTIONS MADE OUTSIDE OF THE UNITED STATES, EVEN IF THERE IS NO
CURRENCY CONVERSION.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER** 9883401012    STATEMENT PERIOD 02-01-08 THROUGH 02-29-08
**ACCOUNT SUMMARY**

| BALANCE 01-31-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 02-29-08 |
|---|---|---|---|
| 128.32- | 3,584.65 | 3,743.75 | 30.78 |

AS OF 02/25/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 25,035.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1211 | 2,456.00 | 0208 | 65023786 | 1212 | 120.00 | 0214 | 64019676 | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0201 | 68.00 | NSF FEE-ITEM PAID | 0218 | 72.28 | SUNOCO SVC STATION |
| 0211 | 75.00 | WASH WORLD III | | | HOWELL        MI |
| | | HOWELL        MI | 0218 | 51.11 | VG'S FOOD CTR #014 |
| 0212 | 75.79 | POS WAL-MART #1754 | | | HOWELL        MI |
| | | 24175401      HOWELL      MI | 0218 | 30.00 | WRANGLER'S SALOON |
| 0212 | 40.00 | CLARK #473 | | | HOWELL        MI |
| | | HOWELL        MI | 0218 | 25.15 | SUNOCO SVC STATION |
| 0212 | 3.81 | MCDONALD'S F17550 | | | HOWELL        MI |
| | | HOWELL        MI | 0218 | 12.99 | SUNOCO SVC STATION |
| 0213 | 200.00 | WEB TRANSFER WITHDRAWAL | | | HOWELL        MI |
| | | TO ACCOUNT 6883372707 | 0219 | 82.00 | ATM 141 E GRAND RIVER |
| 0213 | 12.70 | CASCARDO OIL HOWEL | | | 82201885      FOWLERVILLE MI |
| | | HOWELL        MI | 0219 | .99 | APL*ITUNES |
| 0213 | 12.00 | SUNOCO SVC STATION | | | 866-712-7753 CA |
| | | HOWELL        MI | 0220 | 19.95 | FRIENDFNDWC |
| 0215 | 30.86 | WRANGLER'S SALOON | | | +016508473100 |
| | | HOWELL        MI | 0220 | 12.59 | SUNOCO SVC STATION |
| 0215 | 22.28 | ROSATI MARKETPLACE | | | HOWELL        MI |
| | | FOWLERVILLE  MI | 0221 | 29.90 | WRANGLER'S SALOON |
| 0215 | 4.95 | APL*ITUNES | | | HOWELL        MI |
| | | 866-712-7753 CA | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (923-2265), TDD (800) 343-6145. THANK
YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $34.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
  2    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0225 | 15.00 | WEB TRANSFER WITHDRAWAL | | 0227 | 34.00 | NSF FEE-ITEM PAID |
| | | TO ACCOUNT 8883524287 | | 0229 | .30 | TOTAL POS BANK FEES |
| 0226 | 75.00 | SUNOCO SVC STATION | | 0229 | 2.00 | TOTAL IN STATE ATM FEES |
| | | HOWELL,      MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0201 | 130.00 | DEPOSIT      REF # 75020796 | | 0219 | 30.00 | WEB TRANSFER DEPOSIT |
| 0208 | 2,550.00 | DEPOSIT      REF # 75013123 | | | | FROM ACCOUNT 8883524287 |
| 0211 | 893.75 | DEPOSIT      REF # 76122479 | | 0228 | 140.00 | DEPOSIT      REF # 64042398 |

 

2/8/2008     1211 2,456.00          2/14/2008     1212 120.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
01-31-08

9883401012
4

|488368924576|
    4    214 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI 48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF IS DEDICATED TO PROVIDING GREAT SERVICE TO OUR CUSTOMERS. CALL 1-800-439-6202 ANYTIME TO SHARE
YOUR TCF EXPERIENCE WITH US. WE ARE INTERESTED IN HEARING HOW WE CAN SERVE YOU BETTER! MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 01-01-08 THROUGH 01-31-08

ACCOUNT NUMBER    9883401012

| ACCOUNT SUMMARY | BALANCE 12-31-07 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 01-31-08 |
|---|---|---|---|---|
| | 29.72 | 1,563.04 | 1,405.00 | 128.32- |

AS OF 01/25/2008, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 24,512.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1206 | 440.00 | 0122 | 72022169 | * 1209 | 83.00 | 0131 | 74014760 | 1210 | 250.00 | 0131 | 74014759 |
| 1207 | 300.00 | 0130 | 63018452 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0102 | 15.01 | 7-ELEVEN 33394 HOWELL MI | 0111 | 55.00 | SUNOCO SVC STATION HOWELL MI |
| 0103 | 70.07 | SUNOCO SVC STATION HOWELL MI | 0114 | 34.00 | NSF FEE-ITEM PAID |
| 0103 | 41.02 | SPEEDWAY 5515 HARTLAND MI | 0114 | .99 | APL*ITUNES 866-712-7753 CA |
| 0103 | 9.90 | APL*ITUNES 866-712-7753 CA | 0121 | 47.57 | WASH WORLD III HOWELL MI |
| 0107 | 50.00 | SUNOCO SVC STATION HOWELL MI | 0121 | 19.95 | IPAY-FRIENDFINDER 650-8473100 |
| 0110 | 46.75 | SUNOCO SVC STATION HOWELL MI | 0123 | 34.00 | NSF FEE-ITEM PAID |
| | | | 0131 | 65.78 | SUNOCO SVC STATION HOWELL MI |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0103 | 180.00 | DEPOSIT | REF # 64082061 | 0121 | 10.00 | WEB TRANSFER DEPOSIT | |
| 0110 | 40.00 | DEPOSIT | REF # 64037536 | | | FROM ACCOUNT 8883524287 | |
| 0118 | 525.00 | DEPOSIT | REF # 75041945 | 0129 | 650.00 | DEPOSIT | REF # 62006706 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145. THANK
YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $34.



1/22/2008    1206 440.00

1/30/2008    1207 300.00

1/31/2008    1209 83.00

1/31/2008    1210 250.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

⌐488368924576⌐
          0        114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

MAKE YOUR MONEY WORK FOR YOU WITH A TCF SMALL BUSINESS MONEY MARKET ACCOUNT!  KEEP YOUR MONEY SAFE
WHILE EARNING COMPETITIVE RATES.  STOP BY YOUR NEIGHBORHOOD TCF BANK TODAY OR CALL 1-866-TCF-BIZZ.
MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

**ACCOUNT NUMBER** 9883401012       STATEMENT PERIOD 12-01-07 THROUGH 12-31-07

| ACCOUNT SUMMARY | BALANCE 11-30-07 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 12-31-07 |
|---|---|---|---|---|
| | 78.73 | 579.02 | 530.01 | 29.72 |

AS OF 12/26/2007, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 23,945.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1203 | 40.23 | VG'S FOOD CTR #014 HOWELL     MI | 1219 | 40.01 | EXXONMOBIL    9616 |
| 1203 | 14.80 | GOLDEN HOUSE | 1224 | 60.38 | SUNOCO SVC STATION HOWELL     MI |
| 1205 | 12.05 | SUNOCO SVC STATION HOWELL     MI | 1224 | 19.95 | IPAY-FRIENDFINDER 650-8473100 |
| 1207 | 61.95 | SUNOCO SVC STATION HOWELL     MI | 1226 | 47.01 | SUNOCO SVC STATION HOWELL     MI |
| 1210 | 5.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 8883524287 | 1228 | 6.00 | OUTLET SUNOCO HOWELL     MI |
| 1210 | 50.00 | SUNOCO SVC STATION HOWELL     MI | 1231 | 41.60 | SUNOCO SVC STATION HOWELL     MI |
| 1211 | 34.00 | NSF FEE-ITEM PAID | 1231 | 18.81 | AFL*ITUNES 866-712-7753 CA |
| 1214 | 60.10 | SUNOCO SVC STATION HOWELL     MI | 1231 | 16.45 | SUNOCO SVC STATION HOWELL     MI |
| 1217 | 50.68 | SUNOCO SVC STATION HOWELL     MI | | | |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1207 | 65.00 | DEPOSIT       REF # 75036726 | 1213 | 40.01 | DEPOSIT       REF # 64008477 |
| 1211 | 45.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 8883524287 | 1214 | 140.00 | DEPOSIT       REF # 75052607 |
| | | | 1224 | 100.00 | DEPOSIT       REF # 76029638 |
| 1212 | 40.00 | WEB TRANSFER DEPOSIT FROM ACCOUNT 8883524287 | 1226 | 100.00 | DEPOSIT       REF # 72019709 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
        2    114 83
C D WYMAN CONTRACTORS
5757 MILETT RD
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

MAKE YOUR MONEY WORK FOR YOU WITH A TCF SMALL BUSINESS MONEY MARKET ACCOUNT!  KEEP YOUR MONEY SAFE
WHILE EARNING COMPETITIVE RATES.  STOP BY YOUR NEIGHBORHOOD TCF BANK TODAY OR CALL 1-866-TCF-BIZZ.
MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER** 9883401012     STATEMENT PERIOD 11-01-07 THROUGH 11-30-07

| ACCOUNT SUMMARY | BALANCE 10-31-07 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 11-30-07 |
|---|---|---|---|---|
| | 53.62 | 3,474.89 | 3,500.00 | 78.73 |

AS OF 11/26/2007, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 23,615.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

### CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1201 | 1,500.00 | 1105 | 76045665 | 1204 | 250.00 | 1113 | 62039124 | 1205 | 900.00 | 1107 | 73033476 |
| * 1204 | 250.00 | 1107 | 73018346 | | | | | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

### OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1101 | 11.15 | CLARK 8473 HOWELL MI | 1108 | 34.00 | NSF FEE-ITEM NOT PAID |
| 1105 | 63.38 | SUNOCO SVC STATION HOWELL MI | 1108 | 52.09 | SUNOCO SVC STATION HOWELL MI |
| 1105 | 52.27 | SUNOCO SVC STATION HOWELL MI | 1109 | 34.00 | NSF FEE-ITEM PAID |
| 1105 | 35.44 | SUNOCO SVC STATION HOWELL MI | 1109 | 71.16 | SUNOCO SVC STATION HOWELL MI |
| 1105 | 32.11 | SUNOCO SVC STATION HOWELL MI | 1109 | 53.29 | SUNOCO SVC STATION HOWELL MI |
| 1108 | 34.00 | NSF FEE-ITEM PAID | 1112 | 68.00 | NSF FEE-ITEM PAID |
| | | | 1114 | 34.00 | NSF FEE-ITEM NOT PAID |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 1105 | 1,900.00 | DEPOSIT | REF # 76075386 | 1114 | 250.00 | RETURNED CHECK # | 1204 |
| 1107 | 600.00 | DEPOSIT | REF # 73067375 | 1127 | 300.00 | DEPOSIT | REF # 62005022 |
| 1108 | 250.00 | RETURNED CHECK # 1204 | | 1129 | 200.00 | DEPOSIT | REF # 64019584 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $34.

 

11/5/2007     1201  1,500.00          11/7/2007     1205  900.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
1    214 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

MAKE YOUR MONEY WORK FOR YOU WITH A TCF SMALL BUSINESS MONEY MARKET ACCOUNT!  KEEP YOUR MONEY SAFE
WHILE EARNING COMPETITIVE RATES.  STOP BY YOUR NEIGHBORHOOD TCF BANK TODAY OR CALL 1-866-TCF-BIZZ.
MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
ACCOUNT NUMBER    9883401012            STATEMENT PERIOD 09-29-07 THROUGH 10-31-07
ACCOUNT SUMMARY   BALANCE 09-28-07    CHECKS/WITHDRAWALS    DEPOSITS/ADDITIONS    BALANCE 10-31-07
                        148.07              2,174.45              2,080.00              53.62

AS OF 10/25/2007, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 23,201.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1203 | 420.00 | 1019 | 65015831 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 1001 | 74.55 | SUNOCO SVC STATION HOWELL    MI | 1008 | 14.71 | TRACTOR-SUPPLY-CO HOWELL    MI |
| 1001 | 72.02 | SUNOCO SVC STATION HOWELL    MI | 1010 | 70.06 | SUNOCO SVC STATION HOWELL    MI |
| 1001 | 61.95 | KROGER #720 HOWELL    MI | 1010 | 10.58 | SUNOCO SVC STATION HOWELL    MI |
| 1003 | 50.13 | SUNOCO SVC STATION HOWELL    MI | 1012 | 70.01 | 7-ELEVEN 33394 HOWELL    MI |
| 1003 | 35.96 | VG'S FOOD CTR #014 HOWELL    MI | 1015 | 50.00 | CLARK 8532 BRIGHTON    MI |
| 1004 | 72.33 | SUNOCO SVC STATION HOWELL    MI | 1015 | 23.06 | THE HOME DEPOT 272 BRIGHTON    MI |
| 1004 | 49.74 | SUNOCO SVC STATION HOWELL    MI | 1017 | 72.68 | SUNOCO SVC STATION HOWELL    MI |
| 1005 | 71.08 | SUNOCO SVC STATION HOWELL    MI | 1017 | 43.16 | SUNOCO SVC STATION HOWELL    MI |
| 1005 | 70.01 | SUNOCO SVC STATION HOWELL    MI | 1017 | 42.95 | SUNOCO SVC STATION HOWELL    MI |
| 1005 | 50.00 | EXXONMOBIL  9616 LAKELAND    MI | 1017 | 24.06 | CLARK 8532 BRIGHTON    MI |
| 1008 | 33.00 | NSF FEE-ITEM PAID | 1018 | 99.00 | NSF FEE-ITEM PAID |
| 1008 | 72.34 | SUNOCO SVC STATION HOWELL    MI | 1018 | 32.58 | SUNOCO SVC STATION HOWELL    MI |
| 1008 | 70.91 | SUNOCO SVC STATION HOWELL    MI | 1019 | 60.36 | SHELL OIL 52145400 HOWELL    MI |
| 1008 | 50.01 | SUNOCO SVC STATION HOWELL    MI | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $33.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
1     114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 1019 | 60.09 | SHELL OIL 52145400 | 1023 | 33.00 | NSF FEE-ITEM PAID |
|      |       | HOWELL     MI | 1029 | 45.00 | SUNOCO SVC STATION |
| 1022 | 99.00 | NSF FEE-ITEM PAID |  |  | HOWELL     MI |
| 1022 | 70.12 | AMOCO OIL   0696 |  |  |  |
|      |       | BRIGHTON    MI |  |  |  |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|------|--------|-------------|
| 1001 | 70.00 | WEB TRANSFER DEPOSIT | 1010 | 20.00 | WEB TRANSFER DEPOSIT |
|      |       | FROM ACCOUNT 8883524287 |  |  | FROM ACCOUNT 8883524287 |
| 1002 | 300.00 | DEPOSIT      REF # 62059219 | 1010 | 300.00 | DEPOSIT      REF # 73068195 |
| 1003 | 50.00 | WEB TRANSFER DEPOSIT | 1018 | 505.00 | DEPOSIT      REF # 64018438 |
|      |       | FROM ACCOUNT 8883524287 | 1024 | 500.00 | DEPOSIT      REF # 73012135 |
| 1008 | 75.00 | WEB TRANSFER DEPOSIT | 1031 | 50.00 | WEB TRANSFER DEPOSIT |
|      |       | FROM ACCOUNT 8883524287 |  |  | FROM ACCOUNT 9883524287 |
| 1008 | 210.00 | DEPOSIT      REF # 76010097 |  |  |  |



10/19/2007    1203  420.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

STATEMENT DATE
09-28-07

9883401012
3

|488368924576|
3      114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

MAKE YOUR MONEY WORK FOR YOU WITH A TCF SMALL BUSINESS MONEY MARKET ACCOUNT!  KEEP YOUR MONEY SAFE
WHILE EARNING COMPETITIVE RATES.  STOP BY YOUR NEIGHBORHOOD TCF BANK TODAY OR CALL 1-866-TCF-BIZZ.
MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
ACCOUNT NUMBER    9883401012                    STATEMENT PERIOD 09-01-07 THROUGH 09-28-07
ACCOUNT SUMMARY   BALANCE 08-31-07      CHECKS/WITHDRAWALS      DEPOSITS/ADDITIONS    BALANCE 09-28-07
                          336.54-              1,953.39              2,438.00             148.07

AS OF 09/24/2007, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 21,592.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199 | 550.00 | 0913 | 64019946 | 1200 | 190.00 | 0919 | 63021310 | * 1202 | 160.00 | 0920 | 74017029 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0917 | 72.70 | SUNOCO SVC STATION | | 0920 | 64.01 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0917 | 70.13 | SUNOCO SVC STATION | | 0920 | 12.94 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0917 | 50.05 | SUNOCO SVC STATION | | 0921 | 99.00 | NSF FEE-ITEM PAID |
| | | HOWELL      MI | | 0921 | 40.12 | SUNOCO SVC STATION |
| 0917 | 40.03 | SUNOCO SVC STATION | | | | HOWELL      MI |
| | | HOWELL      MI | | 0921 | 20.03 | SUNOCO SVC STATION |
| 0917 | 26.61 | SUNOCO SVC STATION | | | | HOWELL      MI |
| | | HOWELL      MI | | 0924 | 66.00 | NSF FEE-ITEM PAID |
| 0918 | 66.01 | WASH WORLD III | | 0924 | 68.27 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0919 | 65.06 | SUNOCO SVC STATION | | 0924 | 68.03 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0920 | 33.00 | NSF FEE-ITEM PAID | | 0924 | 27.40 | SUNOCO SVC STATION |
| 0920 | 65.00 | SUNOCO SVC STATION | | | | HOWELL      MI |
| | | HOWELL      MI | | 0925 | 99.00 | NSF FEE-ITEM PAID |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| 0913 | 900.00 | DEPOSIT | REF # 64051377 | | 0920 | 200.00 | DEPOSIT | REF # 64008172 |
| 0917 | 300.00 | DEPOSIT | REF # 76015341 | | 0926 | 300.00 | DEPOSIT | REF # 73050183 |
| 0918 | 200.00 | DEPOSIT | REF # 62016627 | | 0928 | 448.00 | DEPOSIT | REF # 75014855 |
| 0919 | 40.00 | DEPOSIT | REF # 73010685 | | | | | |
| 0920 | 50.00 | WEB TRANSFER DEPOSIT | | | | | | |
| | | FROM ACCOUNT 8883524287 | | | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.  THANK
YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $33.



9/13/2007     1199  550.00



9/19/2007     1200  190.00



9/20/2007     1202  160.00

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
08-31-07

9883401012
2

|488368924576|
2     114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

TCF IS DEDICATED TO PROVIDING GREAT SERVICE TO OUR CUSTOMERS.  CALL 1-800-439-6202 ANYTIME TO SHARE
YOUR TCF EXPERIENCE WITH US.  WE ARE INTERESTED IN HEARING HOW WE CAN SERVE YOU BETTER! MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING

STATEMENT PERIOD 08-01-07 THROUGH 08-31-07

**ACCOUNT NUMBER**     9883401012

| ACCOUNT SUMMARY | BALANCE 07-31-07 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 08-31-07 |
|---|---|---|---|---|
| | 2.80- | 6,313.74 | 5,980.00 | 336.54- |

AS OF 08/27/2007, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 20,789.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFEXPRESS.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1197 | 70.00 | 0801 | 73032485 | 1198 | 2,650.00 | 0807 | 72033731 | 1198 | 2,650.00 | 0802 | 64024134 |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0801 | 48.06 | SUNOCO SVC STATION | | 0810 | 33.00 | NSF FEE-ITEM PAID |
| | | HOWELL      MI | | 0810 | 60.01 | SUNOCO SVC STATION |
| 0802 | 33.00 | NSF FEE-ITEM PAID | | | | HOWELL      MI |
| 0803 | 33.00 | NSF FEE-ITEM NOT PAID | | 0810 | 12.03 | SUNOCO SVC STATION |
| 0806 | 75.00 | WEB TRANSFER WITHDRAWAL | | | | HOWELL      MI |
| | | TO ACCOUNT 6883372707 | | 0813 | 66.00 | NSF FEE-ITEM PAID |
| 0807 | 25.00 | WEB TRANSFER WITHDRAWAL | | 0827 | 72.41 | SUNOCO SVC STATION |
| | | TO ACCOUNT 6883372707 | | | | HOWELL      MI |
| 0808 | 33.13 | SUNOCO SVC STATION | | 0827 | 30.00 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0808 | 30.62 | SUNOCO SVC STATION | | 0827 | 6.00 | EXXONMOBIL   9616 |
| | | HOWELL      MI | | | | LAKELAND    MI |
| 0808 | 23.01 | SUNOCO SVC STATION | | 0828 | 99.00 | NSF FEE-ITEM PAID |
| | | HOWELL      MI | | 0829 | 56.00 | SUNOCO SVC STATION |
| 0808 | 15.02 | SPEEDWAY 8770 | | | | HOWELL      MI |
| | | HOWELL      MI | | 0829 | 46.44 | SUNOCO SVC STATION |
| 0809 | 66.00 | NSF FEE-ITEM PAID | | | | HOWELL      MI |
| 0809 | 15.01 | SUNOCO SVC STATION | | 0630 | 66.00 | NSF FEE-ITEM PAID |
| | | HOWELL      MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0801 | 10.00 | WEB TRANSFER DEPOSIT | | 0806 | 200.00 | DEPOSIT       REF # 76013049 |
| | | FROM ACCOUNT 8883524287 | | 0808 | 50.00 | WEB TRANSFER DEPOSIT |
| 0801 | 100.00 | DEPOSIT       REF # 73046777 | | | | FROM ACCOUNT 8883524287 |
| 0803 | 2,650.00 | RETURNED CHECK # 1198 | | 0810 | 20.00 | WEB TRANSFER DEPOSIT |
| 0803 | 2,650.00 | DEPOSIT       REF # 75068190 | | | | FROM ACCOUNT 8883524287 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFEXPRESS.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.
THANK YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $33.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

Page 2
STATEMENT DATE
08-31-07

9883401012
2

|488368924576|
2    114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|------|--------|-------------|--|
| 0810 | 100.00 | DEPOSIT | REF # 75005268 | 0822 | 200.00 | DEPOSIT | REF # 73008149 |



| 8/1/2007 | 1197 | 70.00 |
| 8/7/2007 | 1198 | 2,650.00 |

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

STATEMENT DATE
07-31-07

9883401012
9

|488368924576|

        9      114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS. SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

EARN POINTS TO REDEEM TOWARD TICKETS ON MAJOR AIRLINES WITH NO BLACKOUT DATES WITH THE TCF
MILES PLUS CARD.  POINTS CAN ALSO BE REDEEMED FOR MERCHANDISE AT THE WORLD'S LEADING ONLINE
RETAILER.  THE TCF MILES PLUS CARD IS FREE EXCLUSIVELY WITH TCF PREMIER CHECKING PRODUCTS.
SEE A TCF REPRESENTATIVE FOR MORE DETAILS.  MEMBER FDIC.

## FREE SMALL BUSINESS CHECKING
**ACCOUNT NUMBER**    9883401012          STATEMENT PERIOD 06-30-07 THROUGH 07-31-07

**ACCOUNT SUMMARY**

| BALANCE 06-29-07 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 07-31-07 |
|---|---|---|---|
| 132.63 | 5,040.18 | 4,904.75 | 2.80- |

AS OF 07/25/2007, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 20,337.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFEXPRESS.COM AND CLICK ON THE REWARDS TAB.

## CHECKS PAID

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1186 | 265.00 | 0703 | 62037559 | * 1191 | 700.00 | 0718 | 63033293 | 1194 | 126.00 | 0726 | 64000519 |
| * 1188 | 95.00 | 0703 | 62037558 | 1192 | 300.00 | 0719 | 74027853 | 1195 | 200.00 | 0727 | 65028218 |
| 1189 | 1,500.00 | 0717 | 62035145 | 1193 | 170.00 | 0720 | 65022269 | 1196 | 198.00 | 0731 | 62030308 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 0702 | 67.14 | SUNOCO SVC STATION HOWELL      MI | | 0705 | 41.10 | SUNOCO SVC STATION HOWELL      MI |
| 0702 | 61.03 | SUNOCO SVC STATION HOWELL      MI | | 0705 | 36.33 | SUNOCO SVC STATION HOWELL      MI |
| 0702 | 23.61 | GRUNDY'S ACE OF HO HOWELL      MI | | 0705 | 11.11 | SUNOCO SVC STATION HOWELL      MI |
| 0702 | 12.65 | GRAND NICKEL PARTY FOWLERVILLE MI | | 0705 | 9.90 | WRANGLER'S SALOON HOWELL      MI |
| 0702 | 6.81 | ANGELOS PIZZA PART HOWELL      MI | | 0705 | 9.40 | VG'S FOOD CTR #014 HOWELL      MI |
| 0702 | 5.96 | SUNOCO SVC STATION HOWELL      MI | | 0706 | 165.00 | NSF FEE-ITEM PAID |
| 0703 | 22.00 | ATM 2400 W GRAND RIVER HX0060      HOWELL    MI | | 0716 | 38.90 | SUNOCO SVC STATION HOWELL      MI |
| 0703 | 11.55 | ANGELOS PIZZA PART HOWELL      MI | | 0716 | 35.26 | SUNOCO SVC STATION HOWELL      MI |
| 0703 | 4.19 | MCDONALD'S M3843 O HOWELL      MI | | 0716 | 30.28 | SUNOCO SVC STATION HOWELL      MI |
| 0705 | 165.00 | NSF FEE-ITEM PAID | | 0716 | 15.01 | CLARK 8473 HOWELL      MI |
| 0705 | 74.55 | SUNOCO SVC STATION HOWELL      MI | | 0717 | 39.11 | WASH WORLD III HOWELL      MI |
| 0705 | 45.91 | SUNOCO SVC STATION HOWELL      MI | | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFEXPRESS.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.
THANK YOU FOR BANKING WITH US.  NSF\OVERDRAFT FEE IS $33.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

9883401012
9

|488368924576|
9      114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

TCF CASHREWARDS - EARN UP TO 30% CASH
BACK BY USING A TCF CHECK CARD AT
HUNDREDS OF LEADING NATIONAL & LOCAL
RETAILERS.  SHOP & DINE WITH YOUR TCF
CARD & SEE CASH ADDED TO YOUR ACCOUNT
MONTHLY. SEE ALL THE RETAILERS, OFFERS
& PROGRAM INFORMATION AT
WWW.TCFBANK.COM OR CALL FOR DETAILS.

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0718 | 15.00 | SUNOCO SVC STATION | | 0725 | 5.51 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0718 | 4.21 | MCDONALD'S F4849 | | 0726 | 20.02 | SUNOCO SVC STATION |
| | | FOWLERVILLE MI | | | | HOWELL      MI |
| 0719 | 66.39 | SUNOCO SVC STATION | | 0726 | 20.00 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0719 | 20.01 | SUNOCO SVC STATION | | 0726 | 20.00 | WRANGLER'S SALOON |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0719 | 10.48 | CLARK 8512 | | 0726 | 5.88 | CARQUEST      0106 |
| | | BRIGHTON    MI | | | | FOWLERVILLE MI |
| 0720 | 24.97 | SUNOCO SVC STATION | | 0727 | 35.00 | SUNOCO SVC STATION |
| | | HOWELL      MI | | | | HOWELL      MI |
| 0720 | 19.93 | SUNOCO SVC STATION | | 0727 | 31.22 | FOWLERVILLE HARDWA |
| | | HOWELL      MI | | | | FOWLERVILLE MI |
| 0723 | 25.00 | SUNOCO SVC STATION | | 0730 | 99.00 | NSF FEE-ITEM PAID |
| | | HOWELL      MI | | 0730 | 33.90 | SUNOCO SVC STATION |
| 0723 | 20.03 | SUNOCO SVC STATION | | | | HOWELL      MI |
| | | HOWELL      MI | | 0731 | 33.00 | NSF FEE-ITEM PAID |
| 0725 | 42.83 | SUNOCO SVC STATION | | 0731 | 2.00 | TOTAL IN STATE ATM FEES |
| | | HOWELL      MI | | | | |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0702 | 75.00 | WEB TRANSFER DEPOSIT | | 0719 | 170.00 | WEB TRANSFER DEPOSIT |
| | | FROM ACCOUNT 6883372707 | | | | FROM ACCOUNT 8883524287 |
| 0703 | 59.75 | WEB TRANSFER DEPOSIT | | 0719 | 350.00 | DEPOSIT      REF # 64008060 |
| | | FROM ACCOUNT 6883372707 | | 0723 | 150.00 | DEPOSIT      REF # 76062328 |
| 0705 | 350.00 | DEPOSIT      REF # 63030972 | | 0725 | 130.00 | WEB TRANSFER DEPOSIT |
| 0711 | 600.00 | DEPOSIT      REF # 73018348 | | | | FROM ACCOUNT 8883524287 |
| 0716 | 1,500.00 | DEPOSIT      REF # 76085390 | | 0730 | 320.00 | DEPOSIT      REF # 76064810 |
| 0717 | 900.00 | DEPOSIT | | 0731 | 300.00 | DEPOSIT      REF # 62050924 |



| Date | Check # | Amount |
|------|---------|--------|
| 7/3/2007 | 1186 | 265.00 |
| 7/3/2007 | 1188 | 95.00 |
| 7/17/2007 | 1189 | 1,500.00 |
| 7/18/2007 | 1191 | 700.00 |
| 7/19/2007 | 1192 | 300.00 |
| 7/20/2007 | 1193 | 170.00 |
| 7/26/2007 | 1194 | 126.00 |
| 7/27/2007 | 1195 | 200.00 |
| 7/31/2007 | 1196 | 198.00 |

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI 48153

|488368924576|
            8      114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI 48836-8924

YOU MAY DIRECT QUESTIONS ABOUT YOUR
DEPOSIT ACCOUNT (INCLUDING QUESTIONS
ABOUT DIRECT DEPOSIT OF FUNDS) TO THE
BANK AT THE ABOVE ADDRESS OR YOU MAY
CALL THE TELEPHONE NUMBER SHOWN AT THE
BOTTOM OF YOUR STATEMENT. SEE THE
REVERSE SIDE IF YOU WANT TO REPORT
DISCREPANCIES ON YOUR DEPOSIT ACCOUNT.

EFFECTIVE JULY 2, 2007, ANY CASH YOU RECEIVE AS PART OF A POS TRANSACTION WILL BE INCLUDED IN THE
ATM DAILY CASH WITHDRAWAL LIMITS. ANY POS TRANSACTIONS CONDUCTED AT AN ATM WILL BE INCLUDED IN THE
POS TRANSACTIONS DAILY TRANSACTION LIMITS FOR POS TRANSACTIONS USING A SECRET CODE.
-
CARRY AMERICAN EXPRESS TRAVELERS CHEQUES AND YOU CAN REALLY REST EASY. IF THEY ARE LOST OR STOLEN,
FUNDS ARE USUALLY REPLACED WITHIN 24 HOURS. PLUS, THEY ARE ACCEPTED WORLDWIDE SO YOU CAN TAKE THEM
VIRTUALLY ANYWHERE. SEE A TCF REPRESENTATIVE TODAY TO PURCHASE AMERICAN EXPRESS TRAVELERS CHEQUES.

**FREE SMALL BUSINESS CHECKING**          STATEMENT PERIOD 06-01-07 THROUGH 06-29-07
**ACCOUNT NUMBER**    9883401012
**ACCOUNT SUMMARY**   BALANCE 05-31-07       CHECKS/WITHDRAWALS       DEPOSITS/ADDITIONS      BALANCE 06-29-07
                          111.49                  4,585.66               4,606.80               132.63

AS OF 06/25/2007, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 19,228.
TO REDEEM OR TO ACCESS YOUR MOST RECENT
TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO
ONLINE BANKING AT WWW.TCFEXPRESS.COM AND CLICK ON THE REWARDS TAB.

**CHECKS PAID**

| CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE NUMBER | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1178 | 157.44 | 0626 | 72017557 | * 1182 | 1,500.00 | 0612 | 72040119 | 1185 | 563.00 | 0622 | 75004825 |
| 1179 | 196.00 | 0628 | 74027042 | 1183 | 500.00 | 0612 | 72040118 | * 1187 | 200.00 | 0625 | 76017554 |
| 1180 | 300.00 | 0629 | 75005267 | 1184 | 450.00 | 0619 | 72039520 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0601 | .99 | SUNOCO SVC STATION HOWELL MI | 0621 | 112.00 | WEB TRANSFER WITHDRAWAL TO ACCOUNT 6883372707 |
| 0604 | 38.78 | SUNOCO SVC STATION HOWELL MI | 0627 | 125.00 | LIVINGSTON MEDICAL BRIGHTON MI |
| 0604 | 30.26 | SUNOCO SVC STATION HOWELL MI | 0627 | 15.45 | A AND L PARTS HOWELL MI |
| 0604 | 28.17 | SUNOCO SVC STATION HOWELL MI | 0628 | 75.00 | SUNOCO SVC STATION HOWELL MI |
| 0604 | 26.40 | SUNOCO SVC STATION HOWELL MI | 0628 | 41.08 | TEE BONEZ TAVERN BRIGHTON MI |
| 0604 | 26.07 | SUNOCO SVC STATION HOWELL MI | 0628 | 25.10 | WRANGLER'S SALOON HOWELL MI |
| 0606 | 35.10 | SUNOCO SVC STATION HOWELL MI | 0628 | 19.15 | EXXONMOBIL 9616 BRIGHTON MI |
| 0611 | 66.03 | SUNOCO SVC STATION HOWELL MI | 0628 | 5.55 | SUNOCO SVC STATION HOWELL MI |
| 0613 | 16.82 | SUNOCO SVC STATION HOWELL MI | 0629 | 18.32 | KROGER #720 HOWELL MI |
| 0619 | 13.95 | CCBill.com *Lifes 888-5969279 AZ | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFEXPRESS.COM, OR CALL: 1-800-TCF-BANK (823-2265), TDD (800) 343-6145.
THANK YOU FOR BANKING WITH US. NSF\OVERDRAFT FEE IS $33.

TCF NATIONAL BANK
PO BOX 537980
LIVONIA MI  48153

|488368924576|
          8      114 83
C D WYMAN CONTRACTORS
5757 MILETT
FOWLERVILLE MI  48836-8924

YOU MAY DIRECT QUESTIONS ABOUT YOUR
DEPOSIT ACCOUNT (INCLUDING QUESTIONS
ABOUT DIRECT DEPOSIT OF FUNDS) TO THE
BANK AT THE ABOVE ADDRESS OR YOU MAY
CALL THE TELEPHONE NUMBER SHOWN AT THE
BOTTOM OF YOUR STATEMENT.  SEE THE
REVERSE SIDE IF YOU WANT TO REPORT
DISCREPANCIES ON YOUR DEPOSIT ACCOUNT.

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|---|------|--------|-------------|
| 0604 | 66.00 | WEB TRANSFER DEPOSIT | | 0619 | 2,000.00 | DEPOSIT        REF # 62041083 |
|      |       | FROM ACCOUNT 6883372707 | | 0619 | 325.00 | DEPOSIT        REF # 62041012 |
| 0606 | 35.00 | WEB TRANSFER DEPOSIT | | 0626 | 47.80 | CREDIT ADJ     REF # 00017204 |
|      |       | FROM ACCOUNT 6883372707 | | 0626 | 33.00 | INSUFF FUNDS OVERDRAFT FEE REV |
| 0611 | 2,100.00 | DEPOSIT        REF # 76042364 | | | | |



| 6/26/2007 | 1178 157.44 | 6/28/2007 | 1179 196.00 |
| 6/29/2007 | 1180 300.00 | 6/12/2007 | 1182 1,500.00 |
| 6/12/2007 | 1183 500.00 | 6/19/2007 | 1184 450.00 |
| 6/22/2007 | 1185 563.00 | 6/25/2007 | 1187 200.00 |