# EXHIBIT NO: 3

**Crest Housing, Inc.**
6241 W. Grand River * Brighton, Mi 48114
(517)548-00001  fax (517)548-4546

October 25, 2003

## BILL OF SALE

In consideration of the sum of $1.00, the undersigned hereby sells, conveys and transfers all of her interest in the following items to CHRISTOPHER D. WYMAN, 5757 Millett Road, Fowlerville, Mi 48836. Christopher D. Wyman shall be responsible for any and all leins now placed against any and all of these items as well as any future leins.

1999 Peterbuilt Tractor s/n1XPADBOX5XN481876
1990 Fruehauf dump trailer s/n1H3D01950LK018804
1994 Fruehauf dump trailer s/n 1H2D02436RW008703
2000 Ford Expedition s/n1FMNV43S9YEC17359
1985 Ford Stake Truck s/n2FDJF3716FCA03131
1980 Mack dump truck s/nU685ST19525
1981 GMC Crane truck s/n1GDM9C1Z5BV563486
1989 Mazda x/nJM1FC3317KO703721
1991 Dodge Van 2B7GB11Y5MK417556
1985 Searay s/nSERT1922B585 and trailer
2000 Hudson trailer s/n10HHSE168Y1000529
1969 General trailer s/n9D9315
1998 Econoline trailer s/n42EDPHE44W1001945

CREST HOUSING INC.

_Diana Kaye Gentry_
Diana Kaye Gentry, President

_Diana Kaye Gentry_
Diana Kaye Gentry, Individually

State of Michigan
County of Livingston

On the 24th day of October, 2003 personally appeared Diana Kaye Gentry

_Dennis P. Gehringer_  Notary Public   My commission expires: 8-3-2007
Dennis P. Gehringer

# STATE OF MICHIGAN
## CERTIFICATE OF TITLE


EXHIBIT H

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 1969 | GENERAL | | 9D9315 |

| BODY STYLE | WEIGHT/FEE CATEGORY | ODOMETER | ISSUE DATE | TITLE NUMBER |
|---|---|---|---|---|
| TRAILER | 4600 | | 10/31/2003 | 230P3030358 T |

OWNER(S) NAME AND ADDRESS

CD WYMAN INC
6241 GRAND RIVER RD
BRIGHTON MI 48114

First Secured Party: FIRST NATIONAL BANK IN HOWELL, 101 E GRAND RIVER, HOWELL MI 48843
Filing Date: 10-30-2003

Release of First Lien
X [signature] 5-23-08

Scrap
No value

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

Signature of Seller(s): X Christopher R Wyman
Printed Name of Seller(s): CHRISTOPHER D. WYMAN
Seller's Street Address: 5757 Millet
City: Fowlerville  State: MI  Zip: 48836

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

MAILING ADDRESS

CD WYMAN INC
6241 GRAND RIVER RD
BRIGHTON MI 48114

G48922922

**NOTICE TO SELLERS**
Sellers should keep a receipt or photocopy of the reassigned title for their records.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS



# STATE OF MICHIGAN

## CERTIFICATE OF TITLE


EXHIBIT I

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2000 | HUDSON | | 10HHSE168Y1000529 |

| BODY STYLE | WEIGHT/FEE CATEGORY | ODOMETER | ISSUE DATE | TITLE NUMBER |
|---|---|---|---|---|
| TRAILER | 1950 | | 10/31/2003 | 230P3030372 T |

OWNER(S) NAME AND ADDRESS

CD WYMAN INC
6241 GRAND RIVER RD
BRIGHTON MI 48114

**First Secured Party**
FIRST NATIONAL BANK OF HOWELL
101 E GRAND RIVER
HOWELL MI 48843

Filing Date: 10-30-2003

Release of First Lien:
X (signature) Date: 5-22-08

## Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

Printed Name of Purchaser(s):
Purchaser's Street Address: | City: | Date of Sale: | Selling Price:
| State: | Zip:

I (we) certify that the odometer reading is: ☒ (No Tenths) and that to the best of my knowledge the odometer mileage is:
☐ actual mileage ☐ not actual mileage - WARNING ODOMETER DISCREPANCY ☐ exceeds mechanical limits of odometer (odometer has rolled over)

Signature of Seller(s): X (signature)
Printed Name of Seller(s): Christopher D Wyman
Seller's Street Address: 5157 Millet
City: Fowlerville State: MI Zip: 48836

"I am aware of the above odometer certification made by the seller(s)"
A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

Signature of Purchaser(s): X
Printed Name of Purchaser(s):

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.
Secured Party: | Address:

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

MAILING ADDRESS

CD WYMAN INC
6241 GRAND RIVER RD
BRIGHTON MI 48114

G48922925

**NOTICE TO SELLERS**
Sellers should keep a receipt or photocopy of the reassigned title for their records.



# STATE OF MICHIGAN
## WATERCRAFT CERTIFICATE OF TITLE



| YEAR | MAKE | MODEL OR SERIES NUMBER | HULL IDENTIFICATION NUMBER |
|---|---|---|---|
| 1985 | SEARAY | | SERT1922B585 |

| LENGTH | HULL TYPE | ISSUE DATE | TITLE NUMBER |
|---|---|---|---|
| 27FT 7IN | CABIN | 02/11/2004 | 230R0370251 T |

OWNER(S) NAME AND ADDRESS

CD WYMAN INCORPORATED
6241 GRAND RIVER
BRIGHTON MI 48114

**First Secured Party**: FIRST NATIONAL BANK
101 E GRAND RIVER
HOWELL MI 48843

**Filing Date**: 02-06-2004

Release of First Lien:
X [signature]  5.23.08
Signature of Agent   Date

### Title Assignment by Seller
IF ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME

I warrant that the ownership of the watercraft described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens.

Printed Name of Purchaser(s):
Purchaser's Street Address:
City: | State: | Zip: | Date of Sale: | Selling Price:

Signature of Seller(s): X [signature]
Printed Name of Seller(s): CHRISTOPHER D. WYMAN
Seller's Street Address: 5151 MILLET
City: FOWLERVILLE  State: MI  Zip: 48836

**NEW LIENHOLDER INFORMATION**: The information below must be on an application for title and presented to the Michigan Department of State.
Secured Party:  Address:

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described watercraft was subject to the security interest(s) listed above.

MAILING ADDRESS

CD WYMAN INCORPORATED
6241 GRAND RIVER
BRIGHTON MI 48114

A01718607

**NOTICE TO SELLERS**
Sellers should keep a receipt or photocopy of the reassigned title for their records.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS