# EXHIBIT NO: 4

# Application for Michigan Vehicle Title

**EXHIBIT E**

| TRANSACTION TYPE | PLATE | PLATE EXPIRATION DATE | | |
|---|---|---|---|---|
| TRANSFER TITLE ONLY | | | | |

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | |
|---|---|---|---|---|
| 1969 | GENERAL | | 9D9315 | 30.00 |

| BODY STYLE | FEE CAT/WEIGHT | ODOMETER | OWNER'S DRIVER LICENSE NUMBER | FULL RIGHTS TO SURVIVOR | TAX |
|---|---|---|---|---|---|
| TRAILER | 004600 | | P246603385686 | N | 3.00 |

OWNER'S NAME(S) AND ADDRESS

MICHELLE JEAN PICHLER
1011 E JONES RD
HOWELL    MI    48855

REG. TRANSFER: 0.00
TOTAL: 33.00
Co. Cd. 47

| FIRST SECURED PARTY | FILING DATE | SECOND SECURED PARTY | FILING DATE |
|---|---|---|---|
| NONE | | NONE | |

**APPLICANT IDENTIFICATION**

☐ Owner  ☐ Others  Name: _____
I.D. presented: _____

Reason for Duplicate Title: ☐ Lost  ☐ Stolen  ☐ Mutilated

**LEGAL PAPERS**

| TYPE OF DOCUMENT | COUNTY | STATE |
|---|---|---|
| COURT | FILE OR DOCKET | DATE EXAMINED |
| BRANCH OFFICE | EXAMINER (Print) | |

**CLAIM FOR TAX EXEMPTION**
REASON:

I certify the tax exemption shown above is valid. Initial box:

I certify I own this vehicle and all information on this application is correct to the best of my knowledge.

**USE TAX RETURN**

1. Purchase price or retail value, whichever is greater.  50.00
2. 6% Tax  3.00
3. Credit for tax paid to a reciprocal state (proof attached)  0.00
4. Tax Being Paid  3.00

PURCHASE DATE: 06/05/2009
SELLER'S NAME AND ADDRESS:
CD WYMAN INC

New Owner's/Applicants' Signature
X
X

Contact a Secretary of State Branch office if you do not receive your new title within 60 days

This form or your title must be presented to purchase or transfer plates.

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties include the added tax, a negligence penalty, plus interest from the date of filing this application. Additional penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

EXEMPTION - TRANSFERS BETWEEN RELATIVES: An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half brother, half sister, grandparent, grandchild, legal ward, or legally-appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION:

AMOUNT RECEIVED | CHANGE

Terri Lynn Land, Secretary of State

# Application for Michigan Vehicle Title

**EXHIBIT F**

| TRANSACTION TYPE | PLATE | PLATE EXPIRATION DATE | | |
|---|---|---|---|---|
| TRANSFER TITLE ONLY | | | | |

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | TITLE FEE |
|---|---|---|---|---|
| 2000 | HUDSON | | 10HHSE168Y1000529 | 30.00 |

| BODY STYLE | FEE CAT/WEIGHT | ODOMETER | OWNER'S DRIVER LICENSE NUMBER | FULL RIGHTS TO SURVIVOR | TAX |
|---|---|---|---|---|---|
| TRAILER | 001950 | | P246603385686 | N | 8.10 |

OWNER'S NAME(S) AND ADDRESS

MICHELLE JEAN PICHLER
1011 E JONES RD
HOWELL     MI    48855

REG. TRANSFER: 0.00
TOTAL: 38.10
Co. Cd. 47

**FIRST SECURED PARTY** — FILING DATE
NONE

**SECOND SECURED PARTY** — FILING DATE
NONE

## APPLICANT IDENTIFICATION

☐ Owner  ☐ Others   Name: _____
I.D. presented: _____

Reason for Duplicate Title:  ☐ Lost   ☐ Stolen   ☐ Mutilated

## LEGAL PAPERS

| TYPE OF DOCUMENT | COUNTY | STATE |
|---|---|---|
| COURT | FILE OR DOCKET | DATE EXAMINED |
| BRANCH OFFICE | EXAMINER (Print) | |

## CLAIM FOR TAX EXEMPTION
REASON:

I certify the tax exemption shown above is valid. Initial box: ☐

I certify I own this vehicle and all information on this application is correct to the best of my knowledge.

New Owner's/Applicants' Signature
X
X

## USE TAX RETURN

1. Purchase price or retail value, whichever is greater.   135.00
2. 6% Tax    8.10
3. Credit for tax paid to a reciprocal state (proof attached)   0.00
4. Tax Being Paid    8.10

PURCHASE DATE: 06/05/2009
SELLER'S NAME AND ADDRESS
CD WYMAN INC

Contact a Secretary of State Branch office if you do not receive your new title within 60 days

This form or your title must be presented to purchase or transfer plates.

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties include the added tax, a negligence penalty, plus interest from the date of filing this application. Additional penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

EXEMPTION - TRANSFERS BETWEEN RELATIVES: An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half brother, half sister, grandparent, grandchild, legal ward or legally-appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION:

AMOUNT RECEIVED | CHANGE

Terri Lynn Land, Secretary of State



# Application for Michigan Watercraft Title

**EXHIBIT D**

| TRANSACTION TYPE | MC NUMBER | EXPIRES ON | COUNTY OF RESIDENCE | |
|---|---|---|---|---|
| TRANSFER TITLE ONLY | | | LIVINGSTON | |

| YEAR | MAKE | LENGTH | HULL IDENTIFICATION NUMBER | |
|---|---|---|---|---|
| 1985 | SEARAY | 027 Ft. 07 In. | SERT1922B585 | 5.00 |

| HULL MATERIAL | CODE | TYPE | CODE | POWER | CODE | USE | CODE | TAX |
|---|---|---|---|---|---|---|---|---|
| | | CABIN | 2 | | | | | 48.00 |

| FUEL | CODE | MODEL OR SERIES NUMBER | OWNER'S DRIVER LICENSE NUMBER | DATE OF BIRTH | REG. TRANSFER |
|---|---|---|---|---|---|
| | | | P 246 603 385 686 | | 0.00 |

**OWNER'S NAME(S) AND ADDRESS**

MICHELLE JEAN PICHLER
1011 E JONES RD
HOWELL    MI    48855

FULL RIGHTS TO SURVIVOR: N

TOTAL: 53.00

| FIRST SECURED PARTY | FILING DATE | SECOND SECURED PARTY | FILING DATE |
|---|---|---|---|
| NONE | | NONE | |

## APPLICANT IDENTIFICATION

☐ Owner  ☐ Others  Name: _____

I.D. presented: _____

Reason for Duplicate Title: ☐ Lost  ☐ Stolen  ☐ Mutilated (attached)

## LEGAL PAPERS

| TYPE OF DOCUMENT | COUNTY | STATE |
|---|---|---|
| | | |
| COURT | FILE OR DOCKET | DATE EXAMINED |
| | | |
| BRANCH OFFICE | EXAMINER (Print) | |

## CLAIM FOR TAX EXEMPTION

REASON:

I certify the tax exemption shown above is valid. Initial box: ☐

I certify I own this watercraft and all information on this application is correct to the best of my knowledge.

## USE TAX RETURN

1. Purchase price or retail value, whichever is greater. **800.00**
2. 6% Tax **48.00**
3. Credit for tax paid to a reciprocal state (proof attached) **0.00**
4. Tax Being Paid **48.00**

PURCHASE DATE: **06/05/2009**

SELLER'S NAME AND ADDRESS: CD WYMAN INCORPORATED

New Owner's/Applicants' Signature
X
X

| HULL MATERIAL | TYPE | POWER | USE | FUEL |
|---|---|---|---|---|
| 1. Wood | 1. Open | 1. Inboard | 1. Pleasure | 1. Gas |
| 2. Steel | 2. Cabin | 2. Outboard | 2. Commercial | 2. Diesel |
| 3. Fiberglass | 3. Sail | 3. Sail | 3. Sail | 3. Electric |
| 4. Aluminum | 4. Row | 4. Sail w/Power | 4. Other | |
| 5. Other | 5. Canoe | 5. Other Power | 5. Commercial Freight | |
| | 6. Pontoon | 6. No Power | 6. Commercial Fishing | |
| | 7. Personal WC | 7. Jet Propulsion | | |

**Contact a Secretary of State branch office if you do not receive your title within 60 days.**

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties include the added tax, a negligence penalty, plus interest from the date of filing this application. Additional penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

EXEMPTION - TRANSFERS BETWEEN RELATIVES: An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half brother, half sister, grandparent, grandchild, legal ward, or legally-appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION: 05242010  J4Y1442300276  53.00  230Y1440276  SERT1922B585

Terri Lynn Land, Secretary of State

CHANGE