# EXHIBIT NO: 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN

*Debtor(s),*

DISTRICT NO:_____
BANK.CASE NO. 12-32264
CHAPTER 7

HON: _____
DISTRICT JUDGE

HON: D. S. OPPERMAN
BANKRUPTCY JUDGE

_____\\

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN

Plaintiffs

ADVERSARY NO.12-03348

v.

MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK

Defendants.
_____\\

## DEFAULT JUDGMENT FOR MONEY DAMAGES AND POSSESSION OF PROPERTY

This matter having come before the Bankruptcy Court for trial on June 23, 2014; and, Defendant LINCK having settled the issues relevant to him and consented to the entry of a Stipulated CONSENT JUDGMENT; and, Defendant PICHLER having been subpoenaed by Plaintiffs to appear to testify and produce documents, and, having failed and refused to appear and produce as ordered and having been defaulted by the Bankruptcy Court; and, the Bankruptcy Court having reviewed and forwarded PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW to this Court for

review and entry of Default Judgment as to Counts II and V of Plaintiffs' Complaint; and, this Court being otherwise fully advised in the premises:

**NOW THEREFORE, IT IS ORDERED**, that Plaintiffs' oral **MOTION FOR DEFAULT JUDGMENT** be and it hereby is **GRANTED** as to Counts II, and V.

**IT IS FURTHER ORDERED, ADJUDGED AND DETERMINED** that the personal property, vehicles, boat and trailers described in Exhibit 1 was owned by CHRISTOPHER D. WYMAN, Debtor, and fraudulently transferred to Defendant MICHELLE PICHLER in violation of the Michigan Uniform Transfer Act with intent to defraud creditors and is hereby declared to be property of the Bankruptcy Estate of WYMAN under 11 USC 541, subject to administration by TRUSTEE MASON and title to such property and possession thereof shall and hereby is declared to be held in TRUSTEE MASON, for the benefit of the Bankruptcy Estate, free and clear of the claims of WYMAN, and, MICHELLE PICHLER, and any other person or entity claiming by or through any of them, and, the automatic stay under 11 USC 362 shall be in full force and effect as to this Property.

**IT IS FURTHER ORDERED, ADJUDGED AND DETERMINED** that full possession and title to the personal property shall immediately be turned over to TRUSTEE MASON, pursuant to 11 USC 542, and Defendant PICHLER and Debtor WYMAN, their agents, attorneys, employees, transferees and assigns are hereby ordered to fully and completely cooperate with and comply fully with the directions of TRUSTEE MASON with respect to the personal property and are hereby enjoined and restrained from doing any act, action or thing whatsoever to damage the property or obstruct or

interfere with TRUSTEE MASON, his agents, attorneys or assigns or the administration of this Property for the benefit of the Bankruptcy Estate.

**IT IS FURTHER ORDERED** that this Judgment shall be recorded with the MICHIGAN SECRETARY OF STATE and all other state and municipal entities as may be required to give immediate notice of this JUDGMENT and of the provisions of the automatic stay as applied to this Property.

**IT IS FURTHER ORDERED** that Judgment be and it hereby is entered in favor of TRUSTEE MASON, for the benefit of the bankruptcy estate of CHRISTOPHER D. WYMAN, against Defendant MICHELLE PICHLER for fraud, in the amount of $105, 209.27 representing the assets, income and revenue fraudulently transferred from WYMAN to PICHLER FOR THE PERIOD 2007 THROUGH 2009, plus statutory interest as provided by law.

**IT IS FURTHER ORDERED** that Judgment be and it hereby is entered in favor of State Court Creditor BARBARA DUGGAN against Defendant MICHELLE PICHLER for fraud, in the amount of $ 18,539.80, for costs and attorney fees incurred to litigate against WYMAN and PICHLER in the 53rd District Court over fraudulent transfers, plus statutory interest as provided by law.

# EXHIBIT NO: 1

# Application for Michigan Vehicle Title

**EXHIBIT E**

| TRANSACTION TYPE | PLATE | PLATE EXPIRATION DATE | | |
|---|---|---|---|---|
| TRANSFER TITLE ONLY | | | | |

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | |
|---|---|---|---|---|
| 1969 | GENERAL | | 9D9315 | 30.00 |

| BODY STYLE | FEE CAT/WEIGHT | ODOMETER | OWNER'S DRIVER LICENSE NUMBER | FULL RIGHTS TO SURVIVOR | TAX |
|---|---|---|---|---|---|
| TRAILER | 004600 | | P246603385686 | N | 3.00 |

REG TRANSFER FEE: 0.00

OWNER'S NAME(S) AND ADDRESS:
MICHELLE JEAN PICHLER
1011 E JONES RD
HOWELL  MI  48855

TOTAL: 33.00
CL. CO. 47

| FIRST SECURED PARTY | FILING DATE | SECOND SECURED PARTY | FILING DATE |
|---|---|---|---|
| NONE | | NONE | |

### APPLICANT IDENTIFICATION

☐ Owner  ☐ Others  Name: _____

I.D. presented: _____

Reason for Duplicate Title:  ☐ Lost  ☐ Stolen  ☐ Mutilated

### LEGAL PAPERS

| TYPE OF DOCUMENT | COUNTY | STATE |
|---|---|---|
| COURT | FILE OR DOCKET | DATE EXAMINED |
| BRANCH OFFICE | EXAMINER (Print) | |

### CLAIM FOR TAX EXEMPTION
REASON:

I certify the tax exemption shown above is valid. Initial box: ☐

I certify I own this vehicle and all information on this application is correct to the best of my knowledge.

### USE TAX RETURN

1. Purchase price or retail value, whichever is greater: 50.00
2. 6% Tax: 3.00
3. Credit for tax paid to a reciprocal state (proof attached): 0.00
4. Tax Being Paid: 3.00

PURCHASE DATE: 06/05/2009
SELLER'S NAME AND ADDRESS: CD WYMAN INC

New Owner's/Applicants' Signature
X
X

Contact a Secretary of State Branch office if you do not receive your new title within 60 days

This form or your title must be presented to purchase or transfer plates.

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties include the added tax, a negligence penalty, plus interest from the date of filing this application. Additional penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

EXEMPTION - TRANSFERS BETWEEN RELATIVES: An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half brother, half sister, grandparent, grandchild, legal ward or legally-appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION:
05242010

Terri Lynn Land, Secretary of State

# Application for Michigan Vehicle Title

**EXHIBIT F**

| | | | |
|---|---|---|---|
| TRANSACTION TYPE: TRANSFER TITLE ONLY | PLATE: | PLATE EXPIRATION DATE: | |
| YEAR: 2000 | MAKE: HUDSON | MODEL: | VEHICLE IDENTIFICATION NUMBER: 10HHSE168Y1000529 |
| | | | TITLE FEE: 30.00 |
| BODY STYLE: TRAILER | FEE CAT/WEIGHT: 001950 | ODOMETER: | OWNER'S DRIVER LICENSE NUMBER: P246603385686 |
| | | FULL RIGHTS TO SURVIVOR: N | TAX: 8.10 |

OWNER'S NAME AND ADDRESS:
MICHELLE JEAN PICHLER
1011 E JONES RD
HOWELL       MI    48855

REG. TRANSFER: 0.00
TOTAL: 38.10
CO. CD: 47

FIRST SECURED PARTY: NONE
SECOND SECURED PARTY: NONE

### APPLICANT IDENTIFICATION
☐ Owner  ☐ Others  Name: _____
I.D. presented: _____
Reason for Duplicate Title: ☐ Lost  ☐ Stolen  ☐ Mutilated

### LEGAL PAPERS
| TYPE OF DOCUMENT | COUNTY | STATE |
|---|---|---|
| COURT | FILE OR DOCKET | DATE EXAMINED |
| BRANCH OFFICE | EXAMINER (Print) | |

### CLAIM FOR TAX EXEMPTION
REASON:

I certify the tax exemption shown above is valid. Initial box: ☐

I certify I own this vehicle and all information on this application is correct to the best of my knowledge.

New Owner's/Applicants' Signature
X
X

### USE TAX RETURN
1. Purchase price or retail value, whichever is greater.    135.00
2. 6% Tax    8.10
3. Credit for tax paid to a reciprocal state (proof attached)    0.00
4. Tax Being Paid    8.10

PURCHASE DATE: 06/05/2009
SELLER'S NAME AND ADDRESS:
CD WYMAN INC

Contact a Secretary of State Branch office if you do not receive your new title within 60 days

This form or your title must be presented to purchase or transfer plates.

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties include the added tax, a negligence penalty, plus interest from the date of filing this application. Additional penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

EXEMPTION - TRANSFERS BETWEEN RELATIVES: An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half brother, half sister, grandparent, grandchild, legal ward or legally-appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION:
05242010 J4 Y144 230 0224  38.10

AMOUNT RECEIVED     CHANGE

Terri Lynn Land, Secretary of State

# Application for Michigan Watercraft Title

EXHIBIT D

| TRANSACTION TYPE | REG NUMBER | EXPIRATION | COUNTY OF RESIDENCE |
|---|---|---|---|
| TRANSFER TITLE ONLY | | | LIVINGSTON |

| YEAR | MAKE | LENGTH | HULL IDENTIFICATION NUMBER | | |
|---|---|---|---|---|---|
| 1985 | SEARAY | 027' 07" | SERT1922B585 | | 5.00 |
| HULL MATERIAL | CODE | TYPE | CODE | POWER | CODE | USE | CODE | |
| | | CABIN | 2 | | | | | 48.00 |
| FUEL | CODE | MODEL OR SERIES NUMBER | OWNER'S DRIVER LICENSE NUMBER | DATE OF BIRTH | REG TRANSFER |
| | | | P 246 603 385 686 | | 0.00 |

OWNER'S NAME(S) AND ADDRESS

MICHELLE JEAN PICHLER
1011 E JONES RD
HOWELL    MI    48855

FULL RIGHTS TO SURVIVOR: N

53.00

| FIRST SECURED PARTY | FILING DATE | SECOND SECURED PARTY | FILING DATE |
|---|---|---|---|
| NONE | | NONE | |

## APPLICANT IDENTIFICATION

☐ Owner   ☐ Others   Name: _____

I.D. presented: _____

Reason for Duplicate Title:  ☐ Lost   ☐ Stolen   ☐ Mutilated (attached)

## LEGAL PAPERS

| TYPE OF DOCUMENT | COUNTY | STATE |
|---|---|---|
| COURT | FILE OR DOCKET | DATE EXAMINED |
| BRANCH OFFICE | EXAMINER (Print) | |

## CLAIM FOR TAX EXEMPTION
REASON:

I certify the tax exemption shown above is valid - Initial box: ☐

I certify I own this watercraft and all information on this application is correct to the best of my knowledge.

New Owner's/Applicants' Signature

X _____

X _____

## USE TAX RETURN

1. Purchase price or retail value whichever is greater.    800.00
2. 6% Tax    48.00
3. Credit for tax paid to a reciprocal state (proof attached)    0.00
4. Tax Being Paid    48.00

PURCHASE DATE: 06/05/2009
SELLER'S NAME AND ADDRESS:
CD WYMAN INCORPORATED

| HULL MATERIAL | TYPE | POWER | USE | FUEL |
|---|---|---|---|---|
| 1. Wood | 1. Open | 1. Inboard | 1. Pleasure | 1. Gas |
| 2. Steel | 2. Cabin | 2. Outboard | 2. Commercial | 2. Diesel |
| 3. Fiberglass | 3. Sail | 3. Sail | 3. Sail | 3. Other |
| 4. Aluminum | 4. Row | 4. Sail/Aux Power | 4. Other | |
| 5. Other | 5. Canoe | 5. Other Power | 5. Commercial Freight | |
| | 6. Pontoon | 6. No Power | 6. Commercial Fishing | |
| | 7. Personal WC | 7. Jet Propulsion | | |

**Contact a Secretary of State branch office if you do not receive your title within 60 days.**

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties include the added tax, a negligence penalty, plus interest from the date of filing this application. Additional penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

EXEMPTION - TRANSFERS BETWEEN RELATIVES. An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half brother, half sister, grandparent, grandchild, legal ward, or legally appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION:  05242010  J4Y1442300276    53.00    230Y1440276    SERT1922B585

12-03348-dof    Doc 228-5    Filed 07/25/14    Entered 07/25/14 12:38:18    Page 8 of 8

Terri Lynn Land, Secretary of State