# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,

          DEBTOR,

_____/

CASE NO. 12-33264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Michael A. Mason and Barbara Duggan,
          Plaintiffs,

v

Michelle Pichler,
          Defendant.

_____/

Adversary No. 12-03348-dof

## <u>ORDER DISMISSING BARBARA DUGGAN AS PLAINTIFF</u>
## <u>IN ADVERSARY PROCEEDING NO. 12-03348-DOF</u>

      This matter have come before the Court and the Court having set an Order for Show
Cause as to why Plaintiff, Barbara Duggan, should not be dismissed as a Plaintiff in this case;

      **NOW THEREFORE;**

      **IT IS HEREBY ORDERED** that Barbara Duggan shall be and is hereby dismissed with
prejudice as a Plaintiff from Adversary Proceeding No. 12-03348-dof.

**Signed on January 25, 2018**



                        **/s/ Daniel S. Opperman**

                        **Daniel S. Opperman**
                        **United States Bankruptcy Judge**