# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION—FLINT

IN RE:

**CHRISTOPHER D. WYMAN,**

  *Debtor.*

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

---

**MICHAEL A. MASON,** and **BARBARA DUGGAN,**

  *Plaintiffs,*

v.

**MICHELLE PICHLER,**

  *Defendant.*

Adversary Proceeding
Case No. 12-03348-dof

---

### Stipulation to Dismiss Adversary Proceeding No. 12-03348-DOF

Plaintiff/Trustee Samuel D. Sweet and Defendant Michelle Pichler hereby stipulate and agree as follows:

1. Adversary Proceeding No. 12-03348-DOF will be dismissed with prejudice and without costs to either party.

2. Defendant Michelle Pichler will quitclaim the real property located in Cohoctah Township, Livingston County, Michigan, Parcel Number 4702-24-300-007, more commonly known as 1011 East Jones Road, Howell, Michigan 48855 (the "Property") to the Trustee Samuel D. Sweet on behalf of the bankruptcy estate of Christopher D. Wyman.

3. Defendant Michelle Pichler and her tenant Christopher D. Wyman will have

until Tuesday, May 1, 2018, to vacate the Property and remove all their personal belongings.

4. The Livingston County Treasurer will not proceed with a tax foreclosure of the Property until the Trustee has had an opportunity to liquidate Property.

Plaintiff/Trustee Samuel D. Sweet and Defendant Michelle Pichler request that this Court enter the order attached as exhibit A and grant any other and further relief that this Court considers just and equitable to effectuate the intent of this stipulation.

Respectfully submitted,

/s/ Samuel D. Sweet
SAMUEL D. SWEET (P48668)
**SAMUEL D. SWEET, PLC**
*Attorney for Plaintiff Samuel D. Sweet*
**P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985**
ssweet@trusteesweet.us

**Dated: February 28, 2018**

/s/ Kevin S. Toll
KEVIN S. TOLL (P69611)
THE TOLL LAW FIRM, PLC
*Attorney for Defendant Michelle Pichler*
3511 Linwood Avenue
Royal Oak, MI 48073
(248) 246-6640
ktoll@ktolllaw.com

Dated: February 28, 2018

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION—FLINT

IN RE:

**CHRISTOPHER D. WYMAN,**

*Debtor.*

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

---

**MICHAEL A. MASON, and BARBARA DUGGAN,**

*Plaintiffs,*

v.

**MICHELLE PICHLER,**

*Defendant.*

Adversary Proceeding
Case No. 12-03348-dof

---

## Order Dismissing Adversary Proceeding No. 12-03348-DOF

This matter having come before this Court based on the parties' stipulation to dismiss this adversary proceeding; and the Court being otherwise fully advised in the premises, **IT IS HEREBY ORDERED THAT**:

1. Adversary Proceeding No. 12-03348-dof and the adversary complaint filed in this matter be and is **DISMISSED WITH PREJUDICE** and without costs to either party.

2. Defendant Michelle Pichler will sign a quit claim deed drafted by the Trustee Samuel D. Sweet quit claiming the real property located in Cohoctah Township, Livingston County, Michigan, Parcel Number 4702-24-300-007, more commonly known as 1011 East Jones Road, Howell, Michigan 48855 (the "Property").

3. Defendant Michelle Pichler and her tenant Christopher D. Wyman will vacate the Property and remove all their personal belongings from the Property on or before Tuesday, May 1, 2018.

4. The Livingston County Treasurer will not proceed with a tax foreclosure on the Property until the Trustee has had an opportunity to liquidate the Property

**IT IS SO ORDERED.**