UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—FLINT

IN RE:

CHRISTOPHER D. WYMAN,

    *Debtor*.

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

MICHAEL A. MASON, and BARBARA DUGGAN,

    *Plaintiffs*,

v.

MICHELLE PICHLER,

    *Defendant*.

Adversary Proceeding
Case No. 12-03348-dof

### Order Dismissing Adversary Proceeding No. 12-03348-DOF

This matter having come before this Court based on the parties' stipulation to dismiss this adversary proceeding; and the Court being otherwise fully advised in the premises, **IT IS HEREBY ORDERED THAT**:

1. Adversary Proceeding No. 12-03348-dof and the adversary complaint filed in this matter be and is **DISMISSED WITH PREJUDICE** and without costs to either party.

2. Defendant Michelle Pichler will sign a quit claim deed drafted by the Trustee Samuel D. Sweet quit claiming the real property located in Cohoctah Township, Livingston County, Michigan, Parcel Number 4702-24-300-007, more commonly known as 1011 East Jones Road, Howell, Michigan 48855 (the "Property").

3. Defendant Michelle Pichler and her tenant Christopher D. Wyman will vacate the Property and remove all their personal belongings from the Property on or before Tuesday, May 1, 2018.

4. The Livingston County Treasurer will not proceed with a tax foreclosure on the Property until the Trustee has had an opportunity to liquidate the Property

**IT IS SO ORDERED.**

**Signed on March 01, 2018**

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge