UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
  CHRISTOPHER D. WYMAN
  *Debtor(s),*

_____\\

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMENT
CREDITOR BARBARA DUGGAN
  **Plaintiffs**
V.

MICHELLE PICHER, a/k/a MICHELLE GENTRY;
And, EDWARD LICK
  **Defendants.**
_____\\

CASE NO. 12-32264
CHAPTER 7

ADVERSARY NO.12-03348

## DE 442    **CORRECTED**

MICHAEL E. TINDALL, (hereinafter "Claimant"), Assignee of all [100%] claims of BARBARA DUGGAN ($32,240.34); and, an independent party in interest holding a separate secured attorney lien ($34,100.00/$21,869.33) against the proceeds of the Realty (hereinafter "allowed secured claim"), and for this **DE 442 **CORRECTED**** states:

On Sunday, December 11, 2022, Claimant received the attached **DEFICIENCY NOTICE**, DE 445, filed December 10, 2022, regarding DE 442, filed December 8, 2022. See, Exhibit 1-1. DE 445 recites the deficiency of DE 442 as "**BRIEF MISSING**". See, Exhibit 1-2. Yet, the title of DE 442 clearly recites "**MOTION AND BRIEF**". See, Exhibit 1-2.

Claimant respectfully submits there is NO deficiency in DE 442; and, DE 445 is simply another attempt[1] to avoid addressing the significant due process violations set forth in DE 442.

Dated: 12/11/22

MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
**Direct Email: met@comcast.net**

---

[1] DE 442 is, in fact, the third (3rd) filing of the identical motion. The first (1st) filing was as DE 383 in the principal bankruptcy case [12-32264] on December 5, 2022, as it was precipitated by Trustee Sweet's filing of DE 378 in that principal bankruptcy case. DE 383 was "stricken" by the Court on December 5, 2022, See Exhibit 2, although DE 378 was allowed to remain. The second (2nd) filing occurred in this case later on December 5, 2022, See Exhibit 3, but was never docketed.

MET

| | |
|---|---|
| From: | mieb_ecfadmin@mieb.uscourts.gov |
| Sent: | Sunday, December 11, 2022 12:23 AM |
| To: | mieb_ecfadmin@mieb.uscourts.gov |
| Subject: | 12-03348-dof "BNC Certificate of Mailing" Ch |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Eastern District of Michigan**

Notice of Electronic Filing

The following transaction was received from Admin entered on 12/11/2022 at 00:21 AM EST and filed on 12/10/2022

**Case Name:** Mason v. Pichler
**Case Number:** 12-03348-dof
**Document Number:** 445

**Docket Text:**
BNC Certificate of Mailing. (RE: related document(s)[444] Deficiency Notice (BK)) No. of Notices: 1. Notice Date 12/10/2022. (Admin.)

The following document(s) are associated with this transaction:

**Document description:** Imaged Certificate of Notice
**Original filename:** P41203348def21607.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=12/11/2022] [FileNumber=65260426-0]
[50fdcbfffcb33c1b6f4e9604a6f96a7736233f6b9474121451d71c5b085e470965624a451c2ceb90e528a6e33e0b0cf3b

12-03348-dof Notice will be electronically mailed to:

Dennis L. Perkins on behalf of Interested Party Christopher D Wyman
bkperk@sbcglobal.net

Richard T. Ponsetto, Jr. on behalf of Creditor Diana Gentry
rtponsetto@netscape.net, rtponsetto@aim.com

Samuel D. Sweet

Form:def2

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 12-03348-dof
Chapter: 0

In Re: (NAME OF DEBTOR(S))

Social Security No.:

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non-Compliant:

*442* – Amended (Italics) Claimant's FRCP 60(b)(4) Motion and Brief to Vacate DE 418, Case No 12-03348 as Void (AB Initio) for Violation of Due Process and to Set Aside Invalid Dismissal for Violation of FRCP FRCP 41(a)(1)(A)(ii) and for Award of Sanctions/Damages of $109,000 for Fraud Against Trustee Sweet Filed by Creditor Michael Tindall (Clark, J)

Brief Missing

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non-Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non-Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non-Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non-Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☑ **Brief Missing**
- ☐ Certificate of Exigent Circumstances–Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non-Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non-Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non-Compliant

1–2

- ☐ Notice of Special Appearance (LBR 9010-1(c)) Missing or Non-Compliant
- ☐ Notice to Respondent Missing or Non-Compliant
- ☐ Original Signature Missing or Non-Compliant
- ☐ Petition Non-Compliant (To be filed in its entirety)
- ☐ Proof of Service Missing or Non-Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non-Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010-1c Missing or Non-Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as "**CORRECTED**".

Dated: 12/8/22

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court

1-3

Mason,
    Plaintiff

Pichler,
    Defendant

Adv. Proc. No. 12-03348-dof

# CERTIFICATE OF NOTICE

District/off: 0645-4     User: admin     Page 1 of 2
Date Rcvd: Dec 08, 2022     Form ID: def2     Total Noticed: 1

The following symbols are used throughout this certificate:
Symbol     Definition
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:

Recip ID     Recipient Name and Address
cr     + Michael Tindall, 18530 Mack Ave. Ste 430, Detroit, MI 48236-3254

TOTAL: 1

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:

Name     Email Address

Dennis L. Perkins
    on behalf of Interested Party Christopher D Wyman bkperk@sbcglobal.net

Kevin S. Toll
    on behalf of Defendant Michelle Pichler ktoll@ktolllaw.com

Michael E. Tindall (DISBARRED)
    on behalf of Plaintiff Michael A. Mason MET@COMCAST.NET

Richard T. Ponsetto, Jr.
    on behalf of Creditor Diana Gentry rtponsetto@netscape.net rtponsetto@aim.com

Samuel D. Sweet
    ssweet@trusteesweet.us jwill@trusteesweet.us;ss125@trustesolutions.net

1-4

MET

| From: | mieb_ecfadmin@mieb.uscourts.gov |
| Sent: | Monday, December 5, 2022 1:39 PM |
| To: | mieb_ecfadmin@mieb.uscourts.gov |
| Subject: | 12-32264-dof "Order Striking Document (text)" Ch 7 |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from Erickson, Wendy entered on 12/5/2022 at 1:39 PM EST and filed on 12/5/2022

**Case Name:** Christopher D Wyman
**Case Number:** 12-32264-dof
**Document Number:** 385

**Docket Text:**

Order of the Court to Strike: This pleading is stricken from the record because the PDF has been filed in the incorrect case (related documents Motion to Vacate/Set Aside, Motion for Sanctions, Motion to Vacate/Set Aside, Motion for Sanctions). So Ordered by /s/ Judge Daniel S. Opperman.(RE: related document(s)[381] Motion to Vacate/Set Aside filed by Interested Party Michael E. Tindall, Motion for Sanctions, [383] Motion to Vacate/Set Aside filed by Interested Party Michael E. Tindall, Motion for Sanctions) (Erickson, Wendy)

This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.

The following document(s) are associated with this transaction:

12-32264-dof Notice will be electronically mailed to:

Elie Bejjani on behalf of Counter-Claimant Barbara Duggan
elie@bejjanilaw.com

Elie Bejjani on behalf of Creditor Barbara Duggan
elie@bejjanilaw.com

K x 2

MET

| | |
|---|---|
| From: | miebwebmaster@mieb.uscourts.gov on behalf of Eastern District of Michigan via Eastern District of Michigan <miebwebmaster@mieb.uscourts.gov> |
| Sent: | Monday, December 5, 2022 3:39 PM |
| To: | met@comcast.net |
| Subject: | Pro Se Self-Service Filing submitted on Monday, December 5, 2022 - 15:38 |

The Eastern District of Michigan Bankruptcy Court has received your following submission.

Submitted on Monday, December 5, 2022 - 15:38

Filer's Name: MICHAEL E. TINDALL

Filer's Email Address: met@comcast.net

Filer's Phone Number: 248-250-8819

Case Number: 12-03348

If you have questions regarding the Pro Se Electronic Document Upload Program, please call (313) 234-0065, (810) 235-4126, or (989) 894-8840.

==Documents==
 Document 1 Description: amended motion with adv heading, pos
 ==More Documents==
  Document 2 Description: ex 1
  Document 3 Description: ex 2
  Document 4 Description: ex 3
  Document 5 Description: ex 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN
*Debtor(s),*

_____\

MICHAEL A. MASON, US
BANKRUPTCY TRUSTEE
And STATE COURT JUDGMNT
CREDITOR BARBARA DUGGAN
**Plaintiffs**
v.

MICHELLE PICHLER, a/k/a MICHELLE GENTRY;
and, EDWARD LINCK
**Defendants.**
_____\

CASE NO. 12-32264
CHAPTER 7

ADVERSARY NO.12-03348

## CERTIFICATE OF SERVICE
(Modified for PEDUP)

Defendant, in pro per, hereby certifies that

**DE 442     \*\*CORRECTED\*\***

was submitted for filing through the PEDUP program on December 11, 2022 and will be served on Plaintiff Trustee Sweet by the Clerk's filing through the Court's ECF System on the date and at the time so filed by the Clerk.

Dated: 12/11/22

MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
Direct Email: met@comcast.net