UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

                                         Case No. 12-32264-dof

      CHRISTOPHER D. WYMAN,        Chapter 7 Proceeding
           Debtor.                      Hon. Daniel S. Opperman

_____/

MICHAEL A. MASON, U.S. Bankruptcy
Trustee, and BARBARA DUGGAN,

      Plaintiffs,

v.                                    Adversary Proceeding
                                    Case No. 12-03348-dof

MICHELLE PICHLER, a/k/a/ MICHELLE GENTRY
AND EDWARD LINCK,

      Defendants.

_____/

ORDER DENYING AMENDED CLAIMANT'S
FRCP 60(b)(4) MOTION TO VACATE

For the reasons stated in this Court's Opinion Denying Amended Claimant's FRCP

60(b)(4)) Motion To Vacate, entered contemporaneously with this Order;

IT IS HEREBY ORDERED that Michael E. Tindall's Motion To Vacate is DENIED.


**Signed on February 27, 2023**



                         **/s/ Daniel S. Opperman**
                         **Daniel S. Opperman**
                         **United States Bankruptcy Judge**

1